B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WOODBECK, FRANK** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**HUDSON, SUZAN J** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8991** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2126** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9045 S. TENAYA WAY**<br>**LAS VEGAS, NV**　　　　　　ZIP Code **89113** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9045 S. TENAYA WAY**<br>**LAS VEGAS, NV**　　　　　　ZIP Code **89113** |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business:<br>**CLARK** |
| Mailing Address of Debtor (if different from street address):<br>　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7　☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11　☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**WOODBECK, FRANK**<br>**HUDSON, SUZAN J** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Zachariah Larson              September 23, 2009**<br>Signature of Attorney for Debtor(s)              (Date)<br>**Zachariah Larson 7787** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                    **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **WOODBECK, FRANK**<br>**HUDSON, SUZAN J** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ FRANK WOODBECK**
Signature of Debtor  **FRANK WOODBECK**

**X /s/ SUZAN J HUDSON**
Signature of Joint Debtor **SUZAN J HUDSON**

Telephone Number (If not represented by attorney)

**September 23, 2009**
Date

**Signature of Attorney***

**X /s/ Zachariah Larson**
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & STEPHENS, LLC**
Firm Name

**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**

Address

**Email: zlarson@lslawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**September 23, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____

Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### District of Nevada

In re    **FRANK WOODBECK**
       **SUZAN J HUDSON**                 Case No. _____
                                   Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    __/s/ FRANK WOODBECK_____
                        **FRANK WOODBECK**

Date:   __September 23, 2009_____

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re **FRANK WOODBECK**
**SUZAN J HUDSON**
Debtor(s)

Case No. _____
Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ SUZAN J HUDSON**

                                    **SUZAN J HUDSON**

Date:    **September 23, 2009**

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

#### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Zachariah Larson 7787 | X  /s/ Zachariah Larson | September 23, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101
(702) 382-1170
zlarson@lslawnv.com**

#### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| FRANK WOODBECK SUZAN J HUDSON | X  /s/ FRANK WOODBECK | September 23, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X  /s/ SUZAN J HUDSON | September 23, 2009 |
|---|---|---|
|  | Signature of Joint Debtor (if any) | Date |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **FRANK WOODBECK,**                                        Case No. _____
      **SUZAN J HUDSON**

                                      ,          Chapter_____**7**_____
                               Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 4,382,549.28 | | |
| B - Personal Property | Yes | 5 | 138,773.82 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 9 | | 10,140,871.20 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 9 | | 70,202.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 100 | | 1,651,543.97 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,422.36 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,703.00 |
| Total Number of Sheets of ALL Schedules | | 133 | | | |
| Total Assets | | | 4,521,323.10 | | |
| Total Liabilities | | | | 11,862,618.00 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Nevada

In re    **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____ ,
                       Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

  ■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **FRANK WOODBECK,**                                    Case No. _____
         **SUZAN J HUDSON**
_____,
                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 9045 S. TENAYA WAY, LAS VEGAS, NV 89113 | PRIMARY RESIDENCE | H | 350,000.00 | 991,974.20 |
| 135 GRACIOUS CREST AVENUE, N. LAS VEGAS, NV 89032 | INVESTMENT PROPERTY | H | 79,805.00 | 138,348.00 |
| 5415 W. HARMON AVENUE, #2009, LAS VEGAS, NV 89103 | INVESTMENT PROPERTY | H | 66,000.00 | 110,376.00 |
| 3852 HOLLYCROFT DRIVE, N. LAS VEGAS, NV 89081 | INVESTMENT PROPERTY | H | 128,830.00 | 266,975.00 |
| 8585 PEACEFUL DREAMS STREET, LAS VEGAS, NV 89139 | INVESTMENT PROPERTY | H | 124,085.00 | 243,604.00 |
| 8589 PEACEFUL DREAMS STREET, LAS VEGAS, NV 89139 | INVESTMENT PROPERTY | H | 124,085.00 | 241,682.00 |
| 8862 SILVER GLEN DRIVE, FOUNTAIN, CO 80817 | INVESTMENT PROPERTY | H | 93,990.00 | 188,335.00 |
| 170 BOULEVARD, UNIT H526, ATLANTA, GA 30312 | INVESTMENT PROPERTY | H | 170,375.00 | 275,405.00 |
| 8109 ALTAMONT RIDG STREET, LAS VEGAS, NV 89113 | INVESTMENT PROPERTY (VACATION RENTAL) | H | 113,175.00 | 254,754.00 |
| 10575 MANN STREET, LAS VEGAS, NV 89141 | INVESTMENT PROPERTY | H | 116,250.00 | 204,983.00 |
| 8423 HOLLYWOOD HILLS AVENUE, LAS VEGAS, NV 89178 | INVESTMENT PROPERTY | J | 120,000.00 | 241,257.00 |
| 8458 PICO RIVERA AVENUE, LAS VEGAS, NV 89178 | INVESTMENT PROPERTY | J | 180,000.00 | 292,519.00 |
| 3214 DIAMOND BLUFF, UNION CITY, GA 30291 | INVESTMENT PROPERTY | W | 61,150.00 | 126,582.00 |
| 7039 KINGSTON COVE, UNIT 310, WILLIS, TX 77318 (VACATION RENTAL) | INVESTMENT PROPERTY | W | 93,750.00 | 312,876.00 |

Sub-Total >    **1,821,495.00**    (Total of this page)

__1__ continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **FRANK WOODBECK,**          Case No. _____
      **SUZAN J HUDSON**

_____,
                    Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **10587 MANN STREET, LAS VEGAS, NV  81941 (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HELD IN NAME OF TWO CRAZY GIRLS, LLC** | J | 58,125.00 | 193,491.00 |
| **8771 BRINDISI PARK AVENUE, LAS VEGAS, NV 89141 - (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HELD IN NAME OF POSITANO PARTNERSHIP, LLC** | J | 38,214.00 | 242,050.00 |
| **6444 BECKMAN GLEN COURT, LAS VEGAS, NV 89141 (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HELD IN NAME OF KINGBECK, LLC** | J | 28,599.78 | 247,559.00 |
| **9025 S. TENAYA WAY, LAS VEGAS, NV  89112 (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HELD IN NAME OF SCD PARTNERS, LLC** | C | 115,500.00 | 350,000.00 |
| **9835 OPAL BRIDGE COURT, LAS VEGAS, NV 89178 (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HELD IN NAME OF SCD PARTNERS, LLC** | J | 35,838.00 | 187,835.00 |
| **1624 BOX STEP DRIVE, HENDERSON, NV  89012 (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HLED IN NAME OF TWO CRAZY GIRLS, LLC** | J | 40,072.50 | 216,450.00 |
| **10567 MANN STREET, LAS VEGAS, NV  89141 (UNDER NAME OF BUSINESS)** | **INVESTMENT PROPERTY HELD IN NAME OF STARK HUDSON, LLC** | J | 116,250.00 | 255,000.00 |
| **81 W. SELLERS STREET, JASPER, GA  30143** | **INVESTMENT PROPERTY** | H | 48,125.00 | 361,000.00 |
| **3512 TERRAZA MAR AVENUE, N. LAS VEGAS, NV 89081  (UNDER NAME OF BUSINESS) (VACATION RENTAL)** | **INVESTMENT PROPERTY** | H | 96,655.00 | 220,911.00 |
| **945 JULIAN DRIVE, GILBERT, AZ 85296** | **INVESTMENT PROPERTY** | H | 242,675.00 | 479,921.00 |
| **THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND** | **INVESTMENT PROPERTY** | C | 1,500,000.00 | 3,210,000.00 |
| **531 GLEN OAKS DRIVE, MARYSVILLE, OH 43040** | **INVESTMENT PROPERTY** | C | 120,500.00 | 139,992.00 |
| **1531 FOX FIRE DRIVE, MARYSVILLE, OH 43040** | **INVESTMENT PROPERTY** | C | 120,500.00 | 146,992.00 |

|  | Sub-Total > | **2,561,054.28** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,382,549.28** |  |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **FRANK WOODBECK,**                                    Case No. _____
    **SUZAN J HUDSON**
_____,
                            Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | **C** | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **COMMUNITY BANK OF NEVADA JOINT ACCOUNT ENDING IN 3754** | **J** | 0.00 |
| | | **CHECKING ACCOUNT ENDING IN #2604 LOCATED AT BANK OF GEORGE** | **C** | 3,036.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS AND FURNISHINGS** | **J** | 6,825.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6. Wearing apparel. | **X** | | | |
| 7. Furs and jewelry. | **X** | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **NEW YORK LIFE INSURANCE COMPANY, WHOLE LIFE POLICY NUMBER ENDING IN 4117** | **H** | 21,085.50 |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |

Sub-Total >      **31,046.89**
(Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

                                     Debtors,

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | EQUITY TRUST COMPANY - TRADITIONAL IRA ENDING ACCOUNT NUMBER ENDING IN 76498 | W | 17,447.00 |
| | | IRA LOCATED AT AMERITRADE INC. | H | 9,575.00 |
| | | FIDELITY INVESTMENTS IRA | H | 7,295.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 25% INTEREST IN 5 FULL HEARTS, LLC | W | Unknown |
| | | 25% INTEREST IN 5 FULL HEARTS, LLC | H | Unknown |
| | | 100% INTEREST IN ADAVEN CONSULTING, LLC | H | Unknown |
| | | 90% INTEREST IN ANGEL INVESTORS, LLC | W | Unknown |
| | | 10% INTEREST IN ANGEL INVESTORS, LLC | H | Unknown |
| | | 100% INTEREST IN CONTACT MANAGEMENT INC. | W | Unknown |
| | | 100% INTEREST IN FRW LLC | H | Unknown |
| | | 30% INTEREST IN KINGBECK, LLC | W | Unknown |
| | | 30% INTEREST IN KINGBECK, LLC | H | Unknown |
| | | 40% INTEREST IN MORROW HUDSON, LLC | W | Unknown |
| | | 50% INTEREST IN MOUNTAIN MAGIC 1, LLC | W | Unknown |
| | | 50% INTEREST IN MOUNTAIN MAGIC 1, LLC | H | Unknown |
| | | 90% INTEREST IN MOUNTAIN MAGIC 2, LLC | W | Unknown |
| | | 10% INTEREST IN MOUNTAIN MAGIC 2, LLC | H | Unknown |
| | | 50% INTEREST IN MPC ACTION WEEKEND LLC | W | Unknown |
| | | 50% INTEREST IN MPC ACTION WEEKEND, LLC | H | Unknown |
| | | 33.3% INTEREST IN POSITANO PARTNERSHIP, LLC | W | Unknown |

|  | Sub-Total > | 34,317.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re  **FRANK WOODBECK,**                                          Case No. _____
       **SUZAN J HUDSON**
_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 33.3% INTEREST BY ADAVEN CONSULTING, LLC IN POWERTEAM.1, LLC | H | Unknown |
| | | 33.3% INTEREST IN SCD PARTNERS, LLC | W | Unknown |
| | | 100% INTEREST IN SILVER STATE ANGEL INVESTMENTS, LLC | H | Unknown |
| | | 50% INTEREST IN STARGAZER LEASING, LLC | W | Unknown |
| | | 50% INTEREST IN STARGAZER LEASING, LLC | H | Unknown |
| | | 40% INTEREST IN STARK HUDSON, LLC | W | Unknown |
| | | 50% INTEREST IN THE ENCHANTMENT WAY DEVELOPMENT, LLC | W | Unknown |
| | | 50% INTEREST IN THE ENCHANTMENT WAY DEVELOPMENT, LLC | H | Unknown |
| | | 100% INTEREST BY THE ENCHANTMENT DEVELOPMENT, LLC IN THE ENCHANTMENT WAY LP 1 | C | Unknown |
| | | 50% INTEREST IN THE ENCHANTMENT WAY MANAGEMENT, LLC | W | Unknown |
| | | 50% INTEREST IN THE ENCHANTMENT WAY MANAGEMENT, LLC | H | Unknown |
| | | 50% INTEREST IN TWO CRAZY GIRLS, LLC | W | Unknown |
| | | 50% INTEREST BY SILVER STATE ANGEL INVESTMENTS IN WOODBECK / STITT - SOHO LOFTS 812B, LLC (COMPANY CLOSED ON 03/20/2007) | H | Unknown |
| | | 10% INTEREST IN WOOD-MAR LAND ACQUISITION AND DEVELOPMENT, LLC (COMPANY CLOSED ON 11/30/2006) | W | Unknown |
| | | 40% INTEREST IN WOOD-MAR LAND ACQUISITION AND DEVELOPMENT, LLC (COMPANY CLOSED ON 11/30/2006) | H | Unknown |
| | | 25% INTEREST IN ZABAS, LLC | W | Unknown |
| | | 25% INTEREST IN ZABAS, LLC | H | Unknown |

Sub-Total >                    0.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                      Case No. _____
         **SUZAN J HUDSON**
                                                                              ,
                                              Debtors
## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **UNPAID RENT FROM JESSE AND STEPHANIE SORENSEN 945 E. JULIAN DRIVE, GILBERT, AZ 85296** | H | 5,598.00 |
| | | **RENT FROM SANDRA LYNETTE SOWERS - H526** | H | 6,475.00 |
| | | **RENT FROM DONALD LEONARD NELSON FOR 170 BLVD. SE** | H | 5,908.93 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **JUDGMENT ON KHAFE MORTGAGE C/O GARY EDWARD SCHNITZER 8985 S. EASTERN AVE., #200 LAS VEGAS, NV 89123** | C | 30,248.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >                48,229.93
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
         **SUZAN J HUDSON**
_____ ,
                                        Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 CHEVEROLET AVALANCHE 1500 SPORT UTILITY PICKUP (OWNED BY FRW, LLC)** | J | 7,900.00 |
| | | **2006 TOYOTA PRIUS (LOAN IN NAME OF CONTACT MANAGEMENT, INC.)** | J | 15,355.00 |
| | | **2005 BIG TEX 10' TRAILER** | H | 425.00 |
| | | **1987 TIFFIN ALLEGRA MOTORHOME** | H | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---:|---:|
| Sub-Total > | 25,180.00 |
| (Total of this page) | |
| Total > | 138,773.82 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **FRANK WOODBECK,**                                              Case No. _____
         **SUZAN J HUDSON**
_____ ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **CASH ON HAND** | Nev. Rev. Stat. § 21.090(1)(z) | 100.00 | 100.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **COMMUNITY BANK OF NEVADA JOINT** | Nev. Rev. Stat. § 21.090(1)(g) | 0.00 | 0.00 |
| **ACCOUNT ENDING IN 3754** | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | |
| | | | |
| **CHECKING ACCOUNT ENDING IN #2604** | Nev. Rev. Stat. § 21.090(1)(g) | 2,277.29 | 3,036.39 |
| **LOCATED AT BANK OF GEORGE** | Nev. Rev. Stat. § 21.090(1)(z) | 759.10 | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS AND FURNISHINGS** | Nev. Rev. Stat. § 21.090(1)(b) | 6,825.00 | 6,825.00 |
| | | | |
| **Interests in Insurance Policies** | | | |
| **NEW YORK LIFE INSURANCE COMPANY,** | Nev. Rev. Stat. § 21.090(1)(k) | 21,085.50 | 21,085.50 |
| **WHOLE LIFE POLICY NUMBER ENDING IN 4117** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **EQUITY TRUST COMPANY - TRADITIONAL IRA** | Nev. Rev. Stat. § 21.090(1)(r) | 17,447.00 | 17,447.00 |
| **ENDING ACCOUNT NUMBER ENDING IN 76498** | | | |
| | | | |
| **IRA LOCATED AT AMERITRADE INC.** | Nev. Rev. Stat. § 21.090(1)(r) | 9,575.00 | 9,575.00 |
| | | | |
| **FIDELITY INVESTMENTS IRA** | Nev. Rev. Stat. § 21.090(1)(r) | 7,295.00 | 7,295.00 |
| | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **JUDGMENT ON KHAFE MORTGAGE** | Nev. Rev. Stat. § 21.090(1)(z) | 1,140.90 | 30,248.00 |
| **C/O GARY EDWARD SCHNITZER** | | | |
| **8985 S. EASTERN AVE., #200** | | | |
| **LAS VEGAS, NV 89123** | | | |

Total:    66,504.79    95,611.89

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **FRANK WOODBECK,**     Case No. _____
**SUZAN J HUDSON**
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AFFORDABLE HABITAT 401K**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1403 SW TROON**<br>**PALM CITY, FL 34990** | C | | **BUSINESS LOAN**<br><br>**9045 S. TENAYA WAY, LAS VEGAS, NV 89113**<br><br>Value $          **350,000.00** | | | | 25,000.00 | 25,000.00 |
| Account No. **xxxxxxxxx1351**<br><br>**ASC, A DIVISION OF WELLS FARGO BANK, NA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1 HOME CAMPUS X2401-049**<br>**DES MOINES, IA 50328-0001** | | J | Opened  9/01/05 Last Active  6/01/09<br><br>**FIRST MORTGAGE**<br><br>**8458 PICO RIVERA AVENUE, LAS VEGAS, NV 89178**<br><br>Value $          **180,000.00** | | | | 292,519.00 | 112,519.00 |
| Account No. **xxxxxxxxx4835**<br><br>**AURORA LOAN SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10350 PARK MEADOWS DR.**<br>**LITTLETON, CO 80124** | | H | Opened  9/01/06 Last Active  1/01/09<br><br>**FIRST MORTGAGE**<br><br>**170 BOULEVARD, UNIT H526, ATLANTA, GA 30312**<br><br>Value $          **170,375.00** | | | | 275,405.00 | 105,030.00 |
| Account No. **xxxxxxxxx9162**<br><br>**AURORA LOAN SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10350 PARK MEADOWS DR.**<br>**LITTLETON, CO 80124** | | H | Opened  4/01/06 Last Active  5/07/09<br><br>**FIRST MORTGAGE**<br><br>**8862 SILVER GLEN DRIVE, FOUNTAIN, CO 80817**<br><br>Value $          **93,990.00** | | | | 188,335.00 | 94,345.00 |

__8__   continuation sheets attached

Subtotal         781,259.00        336,894.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

                                        ,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7285** | | | Opened 10/01/05  Last Active 10/01/08 | | | | | |
| BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065 | | W | SECOND MORTGAGE 3214 DIAMOND BLUFF, UNION CITY, GA 30291 | | | | | |
| | | | Value $              61,150.00 | | | | 19,722.00 | 19,722.00 |
| Account No. **xxxx8292** | | | Opened  4/01/05  Last Active  5/01/09 | | | | | |
| BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065 | | H | FIRST MORTGAGE 8585 PEACEFUL DREAMS STREET, LAS VEGAS, NV  89139 | | | | | |
| | | | Value $             124,085.00 | | | | 243,604.00 | 119,519.00 |
| Account No. **xxxx4045** | | | Opened 12/01/04  Last Active  3/10/09 | | | | | |
| BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065 | | H | FIRST MORTGAGE 3852 HOLLYCROFT DRIVE, N. LAS VEGAS, NV  89081 | | | | | |
| | | | Value $             128,830.00 | | | | 237,772.00 | 108,942.00 |
| Account No. **xxxxx0256** | | | Opened  3/01/07  Last Active  3/01/09 | | | | | |
| BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065 | | H | FIRST MORTGAGE 8109 ALTAMONT RIDG STREET, LAS VEGAS, NV  89113 | | | | | |
| | | | Value $             113,175.00 | | | | 215,200.00 | 102,025.00 |
| Account No. **xxxx7371** | | | Opened  6/01/04  Last Active  5/01/09 | | | | | |
| BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065 | | H | FIRST MORTGAGE 135 GRACIOUS CREST AVENUE, N. LAS VEGAS, NV  89032 | | | | | |
| | | | Value $              79,805.00 | | | | 138,348.00 | 58,543.00 |

Sheet  __1__  of  __8__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 854,646.00 | 408,751.00 |
|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **FRANK WOODBECK,**      Case No. _____
 **SUZAN J HUDSON**
_____,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0280**<br><br>**BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065** | | H | Opened 3/01/07  Last Active 3/01/09<br><br>**SECOND MORTGAGE**<br><br>**8109 ALTAMONT RIDG STREET, LAS VEGAS, NV 89113**<br><br>Value $           113,175.00 | | | | 39,554.00 | 39,554.00 |
| Account No.<br><br>**BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065** | X | C | **FIRST MORTGAGE**<br><br>**3512 TERRAZA MAR AVENUE, N. LAS VEGAS, NV 89081 (UNDER NAME OF BUSINESS) (VACATION RENTAL)**<br><br>Value $           96,655.00 | | | | 182,316.00 | 85,661.00 |
| Account No. **xxxxx6757**<br><br>**BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065** | X | C | **SECOND MORTGAGE**<br><br>**3512 TERRAZA MAR AVENUE, N. LAS VEGAS, NV 89081 (UNDER NAME OF BUSINESS) (VACATION RENTAL)**<br><br>Value $           96,655.00 | | | | 38,595.00 | 38,595.00 |
| Account No. **xxxxxxxxxx5799**<br><br>**BANK OF AMERICA ATTN: BANKRUPTCY DESK/MANAGING AGENT 4161 PIEDMONT PKWY. GREENSBORO, NC 27410** | | H | Opened 12/01/04  Last Active  3/01/09<br><br>**SECOND MORTGAGE**<br><br>**3852 HOLLYCROFT DRIVE, N. LAS VEGAS, NV 89081**<br><br>Value $           128,830.00 | | | | 29,203.00 | 29,203.00 |
| Account No. **xxxxx4550**<br><br>**BANK OF AMERICA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30750 LOS ANGELES, CA 90030-0750** | X | C | **FIRST MORTGAGE**<br><br>**1624 BOX STEP DRIVE, HENDERSON, NV 89012 (UNDER NAME OF BUSINESS)**<br><br>Value $           80,145.00 | | | | 168,700.00 | 88,555.00 |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  | 458,368.00 | 281,568.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **FRANK WOODBECK,**          Case No. _____
    **SUZAN J HUDSON**

                            ,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4718** | | | SECOND MORTGAGE | | | | | |
| **BANK OF AMERICA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30750 LOS ANGELES, CA 90030-0750** | X | C | 1624 BOX STEP DRIVE, HENDERSON, NV 89012 (UNDER NAME OF BUSINESS) | | | | | |
| | | | Value $         **80,145.00** | | | | 47,750.00 | 47,750.00 |
| Account No. | | | BUSINESS LOAN | | | | | |
| **BRUCE & SANDI ROGOL ATTN: BANKRUPTCY DESK/MANAGING AGENT 9781 COFFEE AVENUE LAS VEGAS, NV 89147** | | C | 9045 S. TENAYA WAY, LAS VEGAS, NV 89113 | | | | | |
| | | | Value $         **350,000.00** | | | | 20,886.17 | 20,886.17 |
| Account No. **xxxxxx4919** | | | Opened 9/01/05 Last Active 6/01/09 | | | | | |
| **CHASE MORTGAGE ATTN: BANKRUPTCY DESK/MANAGING AGENT 10790 RANCHO BENA SAN DIEGO, CA 92127** | | J | FIRST MORTGAGE<br><br>8423 HOLLYWOOD HILLS AVENUE, LAS VEGAS, NV 89178 | | | | | |
| | | | Value $         **120,000.00** | | | | 241,257.00 | 121,257.00 |
| Account No. **xxxxxxxx8429** | | | Opened 9/01/05 Last Active 10/01/08 | | | | | |
| **CHASE MORTGAGE ATTN: BANKRUPTCY DESK/MANAGING AGENT 10790 RANCHO BENA SAN DIEGO, CA 92127** | | W | FIRST MORTGAGE<br><br>1531 FOX FIRE DRIVE, MARYSVILLE, OH 43040 | | | | | |
| | | | Value $         **120,500.00** | | | | 146,992.00 | 26,492.00 |
| Account No. **xxxxxxxx8411** | | | Opened 9/01/05 Last Active 10/01/08 | | | | | |
| **CHASE MORTGAGE ATTN: BANKRUPTCY DESK/MANAGING AGENT 10790 RANCHO BENA SAN DIEGO, CA 92127** | | W | FIRST MORTGAGE<br><br>531 GLEN OAKS DRIVE, MARYSVILLE, OH 43040 | | | | | |
| | | | Value $         **120,500.00** | | | | 139,992.00 | 19,492.00 |

Sheet  **3**  of  **8**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     596,877.17     235,877.17

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2304 | | | Opened 11/01/04  Last Active  6/01/09 | | | | | |
| CHEVY CHASE FED SAV BANK ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT 6200 CHEVY CHASE DR. LAUREL, MD 20707 | | H | FIRST MORTGAGE 9045 S. TENAYA WAY, LAS VEGAS, NV 89113 | | | | | |
| | | | Value $         350,000.00 | | | | 551,382.00 | 201,382.00 |
| Account No. xxxxxxxx8236 | | | Opened 10/01/04  Last Active  5/01/09 | | | | | |
| CHEVY CHASE FED SAV BANK ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT 6200 CHEVY CHASE DR. LAUREL, MD 20707 | | H | FIRST MORTGAGE 5415 W. HARMON AVENUE, #2009, LAS VEGAS, NV  89103 | | | | | |
| | | | Value $          66,000.00 | | | | 110,376.00 | 44,376.00 |
| Account No. xxxxxx334-4 | | | MORTGAGE | | | | | |
| CITIMORTGAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 295 N. RURAL RD. 268 CHANDLER, AZ 85226 | X | C | 9835 OPAL BRIDGE COURT, LAS VEGAS, NV  89178 (UNDER NAME OF BUSINESS) | | | | | |
| | | | Value $         108,600.00 | | | | 187,835.00 | 79,235.00 |
| Account No. | | | BUSINESS LOAN | | | | | |
| COLLETTE POWERS BARBEE ATTN: BANKRUPTCY DESK/MANAGING AGENT 1493 SW TROON PALM CITY, FL 34990 | | C | 9045 S. TENAYA WAY, LAS VEGAS, NV 89113 | | | | | |
| | | | Value $         350,000.00 | | | | 20,000.00 | 20,000.00 |
| Account No. xxxxxxx x800-1 | | | MORTGAGE | | | | | |
| COMMUNITY FIRST BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 201 W. SYCAMORE STREET KOKOMO, IN 46901 | X | C | 9025 S. TENAYA WAY, LAS VEGAS, NV 89112 (UNDER NAME OF BUSINESS) | | | | | |
| | | | Value $         350,000.00 | | | | 350,000.00 | 0.00 |

Sheet __4__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,219,593.00 | 344,993.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
                  Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **294** | | | FIRST MORTGAGE | | | | | |
| CONSOLIDATED MORTGAGE, LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1291 GALLERIA DR. # 220 HENDERSON, NV 89014 | - | | THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND | | | | | |
| | | | Value $          1,500,000.00 | | | | 2,340,000.00 | 840,000.00 |
| Account No. **473** | | | SECOND MORTGAGE | | | | | |
| CONSOLIDATED MORTGAGE, LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1291 GALLERIA DR. # 220 HENDERSON, NV 89014 | | C | THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND | | | | | |
| | | | Value $          1,500,000.00 | | | | 845,000.00 | 845,000.00 |
| Account No. **xxx2038** | | | Opened  2/01/07  Last Active 10/01/08 | | | | | |
| FRANKLIN CREDIT MANAGEMENT CORPORATION C/O BANKRUPTCY DEPT/MANAGING AGENT 119 E. 5TH STREET EAST LIVERPOOL, OH 43920 | | W | SECOND MORTGAGE 7039 KINGSTON COVE, UNIT 310, WILLIS, TX  77318  (VACATION RENTAL) | | | | | |
| | | | Value $          93,750.00 | | | | 49,313.00 | 49,313.00 |
| Account No. | | | MORTGAGE | | | | | |
| GARY AND MARY LUCILLE LAWSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 38 LOCUST PEG RD. JASPER, GA 30143 | X | C | 81 W. SELLERS STREET, JASPER, GA 30143 | | | | | |
| | | | Value $          96,250.00 | | | | 361,000.00 | 264,750.00 |
| Account No. **xxxxxx6621** | | | MORTGAGE | | | | | |
| GMAC MORTGAGE ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 780 WATERLOO, IA 50704-0780 | X | C | 10587 MANN STREET, LAS VEGAS, NV 81941 (UNDER NAME OF BUSINESS) | | | | | |
| | | | Value $          116,250.00 | | | | 193,491.00 | 77,241.00 |

Sheet **5** of **8** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 3,788,804.00 | 2,076,304.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **FRANK WOODBECK,**
    **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2577**<br><br>**GMAC MORTGAGE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 780**<br>**WATERLOO, IA 50704-0780** | X | C | **MORTGAGE**<br><br>**8771 BRINDISI PARK AVENUE, LAS VEGAS, NV 89141 - (UNDER NAME OF BUSINESS)**<br><br>Value $     **115,800.00** | | | | 242,050.00 | 126,250.00 |
| Account No.<br><br>**MARK CITSAY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**209 POPOLO DRIVE**<br>**LAS VEGAS, NV 89138** | X | H | **BUSINESS LOAN**<br><br>**THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND**<br><br>Value $     **1,500,000.00** | | | | 25,000.00 | 25,000.00 |
| Account No. **xxxxxxxx9029**<br><br>**ONEWEST BANK / INDYMAC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**6900 BEATRICE DRIVE**<br>**KALAMAZOO, MI 49009** | | W | **Opened 10/01/05  Last Active 12/01/08**<br><br>**FIRST MORTGAGE**<br><br>**3214 DIAMOND BLUFF, UNION CITY, GA 30291**<br><br>Value $     **61,150.00** | | | | 106,860.00 | 45,710.00 |
| Account No. **xxxxxxxx6925**<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 551170**<br>**JACKSONVILLE, FL 32255-1170** | | W | **Opened 2/01/07  Last Active 10/01/08**<br><br>**FIRST MORTGAGE**<br><br>**7039 KINGSTON COVE, UNIT 310, WILLIS, TX 77318  (VACATION RENTAL)**<br><br>Value $     **93,750.00** | | | | 263,563.00 | 169,813.00 |
| Account No. **xxxxxxxx9699**<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 551170**<br>**JACKSONVILLE, FL 32255-1170** | | H | **Opened 1/01/07  Last Active 1/01/09**<br><br>**FIRST MORTGAGE**<br><br>**945 JULIAN DRIVE, GILBERT, AZ 85296**<br><br>Value $     **242,675.00** | | | | 479,921.00 | 237,246.00 |

Sheet  **6**  of  **8**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,117,394.00 | 604,019.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **FRANK WOODBECK,**
　　　**SUZAN J HUDSON**

Case No. _____

_____,
　　　　　　　　　　　Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx3576**<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 551170**<br>**JACKSONVILLE, FL 32255-1170** | | H | **Opened 6/21/07 Last Active 4/06/09**<br><br>**FIRST MORTGAGE**<br><br>**10575 MANN STREET, LAS VEGAS, NV 89141**<br><br>Value $　　　　　116,250.00 | | | | 204,983.00 | 88,733.00 |
| Account No. **xxxxx4484**<br><br>**SPECIALIZED LOAN SERVICING, LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8742 LUCENT BLVD.**<br>**LITTLETON, CO 80129** | | H | **Opened 4/01/05 Last Active 5/06/09**<br><br>**FIRST MORTGAGE**<br><br>**8589 PEACEFUL DREAMS STREET, LAS VEGAS, NV  89139**<br><br>Value $　　　　　124,085.00 | | | | 241,682.00 | 117,597.00 |
| Account No.<br><br>**STAN AND RISSA SKLAR**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**17 HUTTON LANE**<br>**MARCUS HOOK, PA 19061** | | C | **BUSINESS LOAN**<br><br>**9045 S. TENAYA WAY, LAS VEGAS, NV 89113**<br><br>Value $　　　　　350,000.00 | | | | 75,000.00 | 75,000.00 |
| Account No. **xxxxx1506**<br><br>**STATE FARM BANK**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 2316**<br>**BLOOMINGTON, IL 61702** | | C | **LINE OF CREDIT**<br><br>**9045 S. TENAYA WAY, LAS VEGAS, NV; 5415 W. HARMON AVE. #2009, LAS VEGAS, NV; AND 135 GRACIOUS CREST AVE., LAS VEGAS, NV**<br><br>Value $　　　　　350,000.00 | | | | 224,706.03 | 224,706.03 |
| Account No.<br><br>**TAMMY & TIMOTHY BILLINGTON**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8228 S. HOMESTEAD LANE**<br>**TEMPE, AZ 85284** | | C | **BUSINESS LOAN**<br><br>**9045 S. TENAYA WAY, LAS VEGAS, NV 89113**<br><br>Value $　　　　　350,000.00 | | | | 10,000.00 | 10,000.00 |

Sheet ___7___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 756,371.03 | 516,036.03 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **FRANK WOODBECK,**                                      Case No. _____
     **SUZAN J HUDSON**

_____,
                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx6324**<br><br>**TAYLOR, BEAN, WHITAKER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 315 NE 14TH STREET OCALA, FL 34470** | X | C | MORTGAGE<br><br>**10567 MANN STREET, LAS VEGAS, NV 89141 (UNDER NAME OF BUSINESS)**<br><br>Value $       **116,250.00** | | | | **255,000.00** | **138,750.00** |
| Account No.<br><br>**TOCAYO INVESTMENTS, LLC 401 K PROFIT SHARING PLAN & TRUST ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10812 ELM RIDGE AVENUE LAS VEGAS, NV 89144** | | C | BUSINESS LOAN / PROMISSORY NOTE<br><br>**9045 S. TENAYA WAY, LAS VEGAS, NV 89113**<br><br>Value $       **350,000.00** | | | | **65,000.00** | **65,000.00** |
| Account No. **xxxxx5659**<br><br>**USAA FEDERAL SAVINGS BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 47504 SAN ANTONIO, TX 78265** | X | C | MORTGAGE<br><br>**6444 BECKMAN GLEN COURT, LAS VEGAS, NV 89141 (UNDER NAME OF BUSINESS)**<br><br>Value $       **86,666.00** | | | | **247,559.00** | **160,893.00** |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |

Sheet  **8**   of  **8**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **567,559.00** | **364,643.00** |
| Total<br>(Report on Summary of Schedules) | **10,140,871.20** | **5,169,085.20** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re  **FRANK WOODBECK,**                                    Case No. _____
       **SUZAN J HUDSON**
                                                        ,
_____
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**8**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **ALIMONY/CHILD SUPPORT** | | | | | | |
| **VIRGINIA WOODBECK 9030 DIAMOND DRIVE CHANDLER, AZ 85248** | | H | | | | | | 26,300.00 | |
| | | | | | | | 26,300.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **8**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 26,300.00 | |
|---|---|---|---|
| | (Total of this page) | 26,300.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
         **SUZAN J HUDSON**
                                                    ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xx1-056** | | | | | PROPERTY TAX FOR 9045 S. TENAYA WAY | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | 3,036.48 | 0.00 / 3,036.48 |
| Account No. **xxx-xx-xx0-051** | | | | | PROPERTY TAX FOR 135 GRACIOUS CREST AVE. | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | 1,110.99 | 0.00 / 1,110.99 |
| Account No. **xxx-xx-xx3-018** | | | | | PROPERTY TAX FOR 5415 W. HARMON AVE #2009 | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | 888.36 | 0.00 / 888.36 |
| Account No. **xxx-xx-xx3-027** | | | | | PROPERTY TAX FOR 3852 HOLLYCROFT DRIVE | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | 1,372.17 | 0.00 / 1,372.17 |
| Account No. **xxx-xx-xx1-080** | | | | | PROPERTY TAX FOR 8585 PEACEFUL DREAMS STREET | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | 1,478.25 | 0.00 / 1,478.25 |

Sheet __2__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) 7,886.25 | 7,886.25 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
         **SUZAN J HUDSON**
                                                        ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | | |
| Account No. xxx-xx-xx1-079 | | | | | | **PROPERTY TAX FOR 8589 PEACEFUL DREAMS STREET** | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | | 1,478.25 | 0.00 / 1,478.25 |
| Account No. xxx-xx-xx1-007 | | | | | | **PROPERTY TAXES FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA 89113** | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | | 1,345.23 | 0.00 / 1,345.23 |
| Account No. xxx-xx-xx3-005 | | | | | | **PROPERTY TAXES FOR 10575 MANN STREET, LAS VEGAS, NEVADA 89141** | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | | 1,415.13 | 0.00 / 1,415.13 |
| Account No. xxx-xx-xx0-074 | | | | | | **PROPERTY TAX FOR 8423 HOLLYWOOD HILLS AVE., LAS VEGAS, NEVADA** | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | | 1,507.80 | 0.00 / 1,507.80 |
| Account No. xxx-xx-xx0-025 | | | | | | **PROPERTY TAX FOR 8458 PICO RIVERA AVE., LAS VEGAS NEVADA** | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | | | 1,798.92 | 0.00 / 1,798.92 |

Sheet _3_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 7,545.33 | 0.00 / 7,545.33 |
|---|---|---|---|
| | (Total of this page) | | |

B6E (Official Form 6E) (12/07) - Cont.

In re     **FRANK WOODBECK,**
          **SUZAN J HUDSON**                                    Case No. _____

_____,
                                   Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. xxx-xx-xx3-002 | | PROPERTY TAXES FOR 10587 MANN STREET, LAS VEGAS, NEVADA | | | | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | 709.07 | 0.00 | 709.07 |
| Account No. xxx-xx-xx3-105 | | PROPERTY TAXES FOR 8771 BRINDISI PARK AVE., LAS VEGAS, NEVADA | | | | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | 576.59 | 0.00 | 576.59 |
| Account No. xxx-xx-xx3-033 | | PROPERTY TAX FOR 6444 BECKMAN GLEN COURT, LAS VEGAS, NEVADA | | | | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | 1,114.18 | 0.00 | 1,114.18 |
| Account No. xxx-xx-xx1-054 | | PROPERTY TAXES FOR 9025 S. TENAYA WAY, LAS VEGAS, NEVADA | | | | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | 2,899.36 | 0.00 | 2,899.36 |
| Account No. xxx-xx-xx1-079 | | PROPERTY TAXES FOR 9835 OPAL BRIDGE COURT, LAS VEGAS, NEVADA | | | | | | | | |
| CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155 | C | | | | | | | 476.00 | 0.00 | 476.00 |

Sheet **4** of **8** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 5,775.20 | | 5,775.20 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                      Case No. _____
         **SUZAN J HUDSON**
                                                          ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-xx6-098 <br><br> **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 SOUTH GRAND CENTRAL PKWY LAS VEGAS, NV 89155** | | C | **PROPERTY TAXES FOR 1624 BOX STEP DRIVE, HENDERSON, NEVADA** | | | | 580.86 | 0.00 | 580.86 |
| Account No. xxx-xx-xx3-007 <br><br> **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 SOUTH GRAND CENTRAL PKWY LAS VEGAS, NV 89155** | | C | **PROPERTY TAXES FOR 10567 MANN STREET, LAS VEGAS, NEVADA** | | | | 521.81 | 0.00 | 521.81 |
| Account No. xxx-xx-xx1-016 <br><br> **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | | C | **PROPERTY TAXES FOR 3512 TERRAZA MAR AVE., N. LAS VEGAS, NEVADA (SUBJECT TO)** | | | | 1,169.46 | 0.00 | 1,169.46 |
| Account No. xxx-xx-xx1-001 <br><br> **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | | C | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00 | 1,538.57 |
| Account No. xxx-xx-xx1-002 <br><br> **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | | C | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00 | 1,538.57 |

Sheet  __5__  of  __8__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 5,349.27 | 5,349.27 |

B6E (Official Form 6E) (12/07) - Cont.

In re **FRANK WOODBECK,**            Case No. _____
    **SUZAN J HUDSON**
                                ,
                       Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xx1-003**<br><br>**CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | C | | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00<br><br>1,538.57 |
| Account No. **xxx-xx-xx1-004**<br><br>**CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | C | | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00<br><br>1,538.57 |
| Account No. **xxx-xx-xx1-005**<br><br>**CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | C | | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00<br><br>1,538.57 |
| Account No. **xxx-xx-xx1-006**<br><br>**CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | C | | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00<br><br>1,538.57 |
| Account No. **xxx-xx-xx1-008**<br><br>**CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | C | | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | 1,538.57 | 0.00<br><br>1,538.57 |

Sheet ___6___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 7,692.85 | 7,692.85 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **FRANK WOODBECK,**
**SUZAN J HUDSON**
                                                                              Case No. _____

Debtors                                                             ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxx-xx-xx1-009**<br><br>**CLARK COUNTY TREASURER ATTN: BANKRUPTCY DESK/MANAGING AGENT 500 SOUTH GRAND CENTRAL PARKWAY P.O. BOX 551220 LAS VEGAS, NV 89155** | C | | | | **PROPERTY TAXES FOR 7355 SUSTAINABLE COURT (THE ENCHANTMENT WAY)** | | | | **1,538.57** | **0.00**<br><br>**1,538.57** |
| Account No. **xxxxxx5001**<br><br>**EL PASO COUNTY ASSESSOR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 27 E. VERMIJO AVENUE 2ND FLOOR COLORADO SPRINGS, CO 80903** | C | | | | **PROPERTY TAX FOR 8862 SILVER GLEN DRIVE** | | | | **1,103.10** | **0.00**<br><br>**1,103.10** |
| Account No. **xx-xxxx-LL-170-0**<br><br>**FULTON COUNTY TAX COMMISSIONER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 141 PRYOR STREET ATLANTA, GA 30303** | C | | | | **PROPERTY TAX FOR 170 BOULEVARD, UNIT H526** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. **xxFxxxxxxx0217**<br><br>**FULTON COUNTY TAX COMMISSIONER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 141 PRYOR STREET ATLANTA, GA 30303** | C | | | | **PROPERTY TAX FOR 3214 DIAMOND BLUFF, UNION CITY, GA** | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. **xxx-xx-396 9**<br><br>**MARICOPA COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 301 W. JEFFERSON, ROOM 100 PHOENIX, AZ 85003-2199** | C | | | | **PROPERTY TAX FOR 945 JULIAN DRIVE** | | | | **0.00** | **0.00**<br><br>**0.00** |

Sheet _7_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **2,641.67** | **2,641.67** |

B6E (Official Form 6E) (12/07) - Cont.

In re    **FRANK WOODBECK,**
         **SUZAN J HUDSON**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | **PROPERTY TAX FOR 7039 KINGSTON COVE, UNIT 310, WILLIS TEXAS** | | | | | |
| **MONTGOMERY COUNTY TAX OFFICE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 400 N. SAN JACINTO AVE. CONROE, TX 77301** | C | | | | | | | | **0.00** |
| | | | | | | | | **0.00** | **0.00** |
| Account No. **xx-xx-xxxx3.018** | | | | **PROPERTY TAX FOR 531 GLEN OAKS DRIVE, MARYSVILLE, OH** | | | | | |
| **UNION COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 420 MARYSVILLE, OH 43040-0420** | C | | | | | | | | **0.00** |
| | | | | | | | | **3,413.30** | **3,413.30** |
| Account No. **xx-xx-xxxx3.014** | | | | **PROPERTY TAX FOR 1531 FOX FIRE DRIVE, MARYSVILLE, OHIO** | | | | | |
| **UNION COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 420 MARYSVILLE, OH 43040-0420** | C | | | | | | | | **0.00** |
| | | | | | | | | **3,598.96** | **3,598.96** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **8** of **8** continuation sheets attached to | Subtotal | **0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) **7,012.26** | **7,012.26** |
| | Total | **26,300.00** |
| (Report on Summary of Schedules) | **70,202.83** | **43,902.83** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **FRANK WOODBECK,**
　　　　**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **AARON HIXON** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **13173 KING SALMON COURT** **OREGON CITY, OR 97045** | | C | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **ABELARDO SHIRAKI** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **5526 SEAN CIRCLE #55** **SAN JOSE, CA 95123** | | C | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **ADRIANA BORCEA** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **2021 VIA COMO COURT** **CORONA, CA 92881** | | C | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **AL & BETH VERDIN** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **2063 KING MESA DRIVE** **HENDERSON, NV 89012** | | C | | | | | **Unknown** |

_99_  continuation sheets attached

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    S/N:31449-090917    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**                                                 Case No. _____
        **SUZAN J HUDSON**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ALEX RODRIGUEZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10587 MANN STREET LAS VEGAS, NV 89141** | | C | RESIDENTIAL LEASE | | | | Unknown |
| Account No. <br><br> **ALICE HUPP ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1214 HARVEY WICHITA FALLS, TX 76302** | | C | REAL ESTATE SEMINAR | | | | Unknown |
| Account No. <br><br> **ALISON KARCHER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 404 LAKE WINEMERE STREET LAS VEGAS, NV 89138** | | C | REAL ESTATE SEMINAR | | | | Unknown |
| Account No. **xxxxxxxx6068** <br><br> **ALLSTATE ADJ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1050 E. FLAMINGO RD. LAS VEGAS, NV 89119** | | W | Opened 10/30/03 MEDICAL BILL | | | | 1,147.00 |
| Account No. **xxxxxxxxxxx3769** <br><br> **AMERICAN BROADCASTERS CREDIT UNION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30495 TAMPA, FL 33630** | | H | Opened  7/01/95  Last Active  7/01/09 CREDIT CARD PURCHASES | | | | 8,048.00 |

Sheet no. __**1**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,195.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxxxx-x1008**<br><br>**AMERICAN EXPRESS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 5207**<br>**FORT LAUDERDALE, FL 33310-5207** | C | | | | **CREDIT CARD PURCHASES** | | | | 0.00 |
| Account No. **xxxxxxxxx xxxxxx8411**<br><br>**AMERICAN SECURITY INSURANCE COMPANY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 50355**<br>**ATLANTA, GA 30302** | C | | | | **INSURANCE POLICY PURCHASED BY MORTGAGEE FOR PROPERTY LOCATED AT 531 GLEN OAKS DR., MARYSVILLE, OH 43040** | | | | 1,636.00 |
| Account No. **xxxxxxxxx xxxxxx8429**<br><br>**AMERICAN SECURITY INSURANCE COMPANY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 50355**<br>**ATLANTA, GA 30302** | C | | | | **INSURANCE POLICY PURCHASED BY MORTGAGEE FOR PROPERTY LOCATED AT 1531 FOX FIRE DRIVE, MARYSVILLE, OH 43040** | | | | 1,636.00 |
| Account No. **xxxxx5014**<br><br>**AMERIGAS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3434 KIER ROAD**<br>**NORTH LAS VEGAS, NV 89030-4479** | C | | | | **GAS BILL FOR 9025 S. TENAYA WAY, LAS VEGAS, NEVADA** | | | | 190.38 |
| Account No. **-xxxxxxxxxxxx7753**<br><br>**AMEX**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 297871**<br>**FORT LAUDERDALE, FL 33329** | H | | | | **Opened 1/01/72 Last Active 6/01/09**<br>**CREDIT CARD PURCHASES** | | | | 613.90 |

Sheet no. __**2**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,076.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | MISCELLANEOUS ENGINEERING COSTS FOR THE ENCHANTMENT WAY DEVELOPMENT | | | | |
| **AMTI SUNBELT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 720 SUSANNA WAY HENDERSON, NV 89011** | C | | | | | | | | **2,001.25** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **AMY O'KEEFE C/O SOUTHWEST HOMES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **AMY PULVER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 36 W. WICKIEUP LANE PHOENIX, AZ 85027** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **ANDY BAILEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10808 SCANADELLA STREET LAS VEGAS, NV 89141** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **ANDY KING C/O CUSTOM HOME LOANS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10898 AVENZANO STREET LAS VEGAS, NV 89141** | C | | | | | | | | **Unknown** |

Sheet no. **3** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,001.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | RESIDENTIAL LEASE | | | | |
| ANNA SORRELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5415 W. HARMON AVE. #2009 LAS VEGAS, NV 89103 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ANNA VLASOVA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4840 HASKEL AVE. ENCINO, CA 91436 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ANNE REID ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 589 GUARD HILL ROAD BEDFORD, NY 10506 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ANTHONY CROY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5527 ASHLEIGH WALK DRIVE SUWANEE, GA 30024 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ANTHONY CROY, JR. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5527 ASHLEIGH WALK DRIVE SUWANEE, GA 30024 | C | | | | | | Unknown |

Sheet no. __4__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**    Case No. _____
       **SUZAN J HUDSON**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| ANTHONY L. MCLAIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7864 TOLBERTS MILL LAS VEGAS, NV 89131 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| ANTHONY MITCHELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 577 BIRCH AVE. UPLAND, CA 91786 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| ANTHONY RUFO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5432 ROYAZ VISTA LANE LAS VEGAS, NV 89149 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| ARDICE FAORO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1626 N. WILCOX AVE., #130 LOS ANGELES, CA 90078 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| ARICA DRISKILL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3403 SECOND STREET BROWNWOOD, TX 76801 | C | | | | | | | | Unknown |

Sheet no. __5__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                      Case No. _____
         **SUZAN J HUDSON**

_____ ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ARROYO MESA TOWNHOMES C/O RPMG ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3283 E. WARM SPRINGS ROAD., #300 LAS VEGAS, NV 89120** | C | | | HOME OWNER ASSOCIATION FEES FOR 1624 BOX STEP DRIVE., HENDERSON, NEVADA 89012 | | | | 0.00 |
| Account No. **ARTHELLE LOVEJOY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2239 GUM TREE LANE FALLBROOK, CA 92028** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No. **ARTHUR ALVAREZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 305 N. 10TH STREET APT. 20 LAS VEGAS, NV 89101** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No. **ARTHUR AND DENISE LOVE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9835 OPAL BRIDGE COURT LAS VEGAS, NV 89178** | C | | | RESIDENTIAL LEASE | | | | Unknown |
| Account No. xxxxxxxx6855 **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10350 PARK MEADOWS DR. LITTLETON, CO 80124** | | W | | Opened 2/01/05 Last Active 12/01/08 FORECLOSED PROPERTY OF 124 SIR NOBLE STREET, LAS VEGAS, NV 89110 | | | | 160,000.00 |

Sheet no. **_6_** of **_99_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **160,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**　　　　　　　　　　　　　　　Case No. _____
　　　　**SUZAN J HUDSON**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx6913 <br><br> **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10350 PARK MEADOWS DR. LITTLETON, CO 80124** | | W | **Opened 2/01/05 Last Active 10/01/08 FORECLOSED PROPERTY OF 124 SIR NOBLE STREET, LAS VEGAS, NV 89110** | | | | 29,587.27 |
| Account No. xxxxxxxx1344 <br><br> **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10350 PARK MEADOWS DR. LITTLETON, CO 80124** | | H | **Opened 10/01/06 Last Active 4/16/09 FORECLOSED PROPERTY OF 1043 DORSET DRIVE, HENDERSONVILLE, TN 37075** | | | | 240,000.00 |
| Account No. <br><br> **AXCENIA HRICZISCSE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 155 S. LAS FLORES DRIVE #135 SAN MARCOS, CA 92069** | | C | **REAL ESTATE SEMINAR** | | | | Unknown |
| Account No. xxxxx3406 <br><br> **BAC HOME LOANS/COUNTRYWIDE ATTN: BANKRUPTCY DESK/MANAGING AGENT 450 AMERICAN ST. SIMI VALLEY, CA 93065** | | W | **Opened 9/01/05 Last Active 1/30/09 FORECLOSED PROPERTY OF 101 DUSKY WILLOW DRIVE, REYNOLDSBURG, OH 43068** | | | | 150,397.00 |
| Account No. 0864 <br><br> **BANK OF AMERICA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 17054 WILMINGTON, DE 19884** | | C | **Opened 3/01/99 Last Active 2/01/09 CREDIT CARD PURCHASES** | | | | 57,589.23 |

Sheet no. __**7**___ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　Subtotal
　　　　　　　　　　　　　　　　(Total of this page)　　　　**477,573.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6005** <br><br> **BANK OF AMERICA** <br> **ATTN:  BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 1598** <br> **NORFOLK, VA 23501** | J | | | **Opened  6/01/00  Last Active  2/01/09** <br> **CREDIT CARD PURCHASES** | | | | **12,910.00** |
| Account No. <br><br> **BARBARA SHAW** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **47483 MANTIS STREET** <br> **FREMONT, CA 94539** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **BARBARA UNDERWOOD** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **330 CLIFF DRIVE #303** <br> **LAGUNA BEACH, CA 92651** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **BENNY LONG** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **3223 HERMITAGE ROAD E** <br> **JACKSONVILLE, FL 32277** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **BETH HINKLE** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **1612 W. GAGE AVENUE** <br> **FULLERTON, CA 92833** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**8**__ of __**99**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,910.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
      **SUZAN J HUDSON**
                                           ,

Case No. _____

               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BILL & DONNA HOOVER** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**10817 108TH AVENUE NE** <br>**KIRKLAND, WA 98033-4406** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**BILL BUMPHREY** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**1410 RED CREST LANE #204** <br>**LAS VEGAS, NV 89144** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**BILL SKLAR** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**1185 MIDORI STREET** <br>**HENDERSON, NV 89002** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**BOB & BEVERLY PERING** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**1616 AMRL AVE.** <br>**CHULA VISTA, CA 91911** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**BOBBY MECKE** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**2537 GOLFERS STREET** <br>**LAS VEGAS, NV 89142** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. **9** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                           Case No. _____
          **SUZAN J HUDSON**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **BRENDA CHILDERS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 100 WEST BEENE STREET FULTON, MS 38843** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **BRIAN CALDER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 1837 LODI, CA 95241** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **BRIAN LEE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 46 ANDRE LANE COURT TORONTO, ON CANADA** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **BRID'JETTE WHALEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2604 CAMPOBELLO AVE. NORTH LAS VEGAS, NV 89081** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **BRIDGET COPLEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1580 LOCHINVAR AVE. SUNNYVALE, CA 94087** | C | | | | | | | | **Unknown** |

Sheet no. __**10**__ of __**99**__ sheets attached to Schedule of                                Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BRUCE & SUSAN NORTON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 18304 CALLE LA SERRE RANCHO SANTA FE, CA 92091** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **BRUCE JOHNSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2075 KING MESA HENDERSON, NV 89012** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **BRUCE ROGOL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9781 COFFEE AVE. LAS VEGAS, NV 89147** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **BRYAN MALDONADO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9863 SILVER LASSO ROAD HENDERSON, NV 89074** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxx6150** <br><br> **BYL COLLECTION SERVICES, LLC ATTN: BANKRUPTCY DESK/MANAGING AGENT 301 LACEY ST. WEST CHESTER, PA 19382** | H | | **Opened 3/02/09 COLLECTIONS** | | | | **85.00** |

Sheet no. __11__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **85.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
      **SUZAN J HUDSON**
                                      ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** BYRON SPENCER & MISTY CHERRY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 135 GRACIOUS CREST AVENUE NORTH LAS VEGAS, NV 89032 | | H | | | RESIDENTIAL LEASE | | | | Unknown |
| **Account No. x1107** CAMERON AND CRESTONE HOA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9300 INDIAN CANE AVE LAS VEGAS, NV 89178 | | C | | | HOME OWNER ASSOCIATION FEES FOR 9835 OPAL BRIDGE COURT, LAS VEGAS, NEVADA | | | | 192.00 |
| **Account No.** CANDIE LUGO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7792 APACHE CLIFF STREET LAS VEGAS, NV 89113 | | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| **Account No.** CAONEX ABREU ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9910 W. CALUSA CLUB DRIVE MIAMI, FL 33186 | | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| **Account No. xxxx-xxxx-xxxx-1796** CAPITAL ONE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30285 SALT LAKE CITY, UT 84130-0285 | | W | | | OCTOBER 2008 BUSINESS EXPENSE | | | | 7,074.44 |

Sheet no. __12__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,266.44**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**                               Case No. _____
        **SUZAN J HUDSON**

_____ ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-xxxx-xxxx-5991**<br><br>**CAPITAL ONE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130-0285** | | H | | | **OCTOBER 2008**<br>**BUSINESS EXPENSE** | | | | **765.44** |
| Account No. **xxxx-xxxx-xxxx-0927**<br><br>**CAPITAL ONE BANK**<br>**ATTN:  BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 85520**<br>**RICHMOND, VA 23285** | | W | | | **Opened  9/01/97  Last Active  2/01/09**<br>**CREDIT CARD PURCHASES** | | | | **2,765.25** |
| Account No. **ALRxxxxxxx3512**<br><br>**CAPITAL ONE, NA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**6151 CHEVY CHASE DRIVE**<br>**LAUREL, MD 20707** | | C | | | **INSURANCE POLICY PURCHASED BY**<br>**MORTGAGEE FOR PROPERTY OF 5415 W.**<br>**HARMON AVE. #2009, LAS VEGAS, NEVADA** | | | | **1,159.00** |
| Account No.<br><br>**CARL & LISA MIDDLETON**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**274 AWENDOW CIRCLE**<br>**ELLENWOOD, GA 30294** | | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**CARLTON DYER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8926 SIERRA LINDA DRIVE**<br>**LAS VEGAS, NV 89147** | | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. \_**13**\_ of \_**99**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,689.69**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CAROL LIEGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6325 SANDBURG ROAD, STE. 1700 MINNEAPOLIS, MN 55427** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CAROL PARKINS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 21551 SAINT JOHN LANE HUNTINGTON BEACH, CA 92646** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CAROL ZELAZNY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 393 VERMONT RT. 15 JERICHO, VT 05465** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CAROLYN CALLEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2674 REDWOOD STREET LAS VEGAS, NV 89146** | C | | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CAROLYN WATERS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4441 VILLA TOSCANO COURT LAS VEGAS, NV 89141** | C | | | | | | | | **Unknown** |

Sheet no. __14__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| CARROLL STRAUS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 24000 ALICIA PKWY MISSION VIEJO, CA 92691 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| CARY & DEANNA MCLAUGHLIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4888 MT. GAYWAS DRIVE SAN DIEGO, CA 92117 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| CELYN ARADANAS-HANSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6817 S. 58TH AVE LAVEEN, AZ 85339 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| CHAD PURCELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 12733 WINDERMERE ISLES PLACE WINDERMERE, FL 34786 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| CHARLENE DAY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 119 BOZRAH, CT 06334 | C | | | | | | Unknown |

Sheet no. __15__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**　　　　　　　　　　　　Case No. _____
　　　　**SUZAN J HUDSON**

_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CHARLES & JACQUELYN SPRINGS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4528 CLARK FORK PLACE COLORADO SPRINGS, CO 80918** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. <br><br> **CHARLES BELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2406 GREENS AVE. HENDERSON, NV 89014** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. <br><br> **CHARLES JOHNSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5250 OLD NATIONAL HIGHWAY ATLANTA, GA 30349** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. <br><br> **CHARLOTTE GRAY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8643 CLIFTON WAY BEVERLY HILLS, CA 90211** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-6752** <br><br> **CHASE ATTN:  BNKRUPTCY DESK/MANAGING AGENT PO BOX 15298 WILMINGTON, DE 19886-5298** | W | | Opened  8/01/95  Last Active  1/01/09 CREDIT CARD PURCHASES | | | | **15,051.00** |

Sheet no. __**16**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**15,051.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6911** <br><br> **CHASE** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 15298** <br> **WILMINGTON, DE 19850-5298** | | H | **MAY 2009** <br> **BUSINESS EXPENSE** | | | | **32,081.41** |
| Account No. <br><br> **CHERI TROY** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 474** <br> **ROY, WA 98580** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **CHRIS & CLAUDIA EDGE** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **713 SCORPION CIRCLE** <br> **COLORADO SPRINGS, CO 80906** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **CHRIS FLEISHNER** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **2307 CAMDEN AVENUE** <br> **LOS ANGELES, CA 90064** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **CHRIS LEBEDEFF** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **1534 N. MOORPARK ROAD #377** <br> **THOUSAND OAKS, CA 91360** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __17__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,081.41**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
         **SUZAN J HUDSON**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CHRIS WHITE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2567 LANO RUSH DRIVE HENDERSON, NV 89015** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CHRISTI MOTTOLA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2215 PACIFIC DRIVE CORONA DEL MAR, CA 92625** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CHRISTINE L. MARWELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10554 BUTTERFIELD ROAD LOS ANGELES, CA 90064** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CHRISTINE MORROW ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1336 N. DILLON MESA, AZ 85207** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **CHRISTINE WILSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6186 PASEO MONONA CARLSBAD, CA 92009** | C | | | | | | | | Unknown |

Sheet no. __18__ of __99__ sheets attached to Schedule of                    Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
      **SUZAN J HUDSON**

_____,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8547**<br><br>**CITI**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 6241**<br>**Sioux Falls, SD 57117** | C | | **Opened 10/01/87 Last Active 4/17/09**<br>**CREDIT CARD PURCHASES** | | | | 30,437.60 |
| Account No. **xxxx-xxxx-xxxx-0586**<br><br>**CITI**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 6241**<br>**Sioux Falls, SD 57117** | | W | **Opened 11/01/99 Last Active 11/13/08**<br>**CREDIT CARD PURCHASES** | | | | 22,255.00 |
| Account No. **xxxxxxxxxx3644**<br><br>**CITI**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117** | C | | **Opened 9/01/08 Last Active 4/09/09**<br>**CREDIT CARD PURCHASES** | | | | 11,228.09 |
| Account No. **xxxxxxxxxx6002**<br><br>**CITI**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 6003**<br>**HAGERSTOWN, MD 21742** | C | | **Opened 2/01/09 Last Active 5/01/09**<br>**CREDIT CARD PURCHASES** | | | | 5,472.83 |
| Account No. **xxxx-xxxx-xxxx-0592**<br><br>**CITIBUSINESS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 44180**<br>**JACKSONVILLE, FL 32231-4180** | | H | **MARCH 2009**<br>**BUSINESS EXPENSE** | | | | 3,730.46 |

Sheet no. __**19**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

73,123.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
    **SUZAN J HUDSON**
                                                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6200**<br><br>**CITIBUSINESS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 44180**<br>**JACKSONVILLE, FL 32231-4180** | C | | | **BUSINESS EXPENSE (ENCHANTMENT WAY)** | | | | 0.00 |
| Account No. **xxxx9858**<br><br>**CITIMORTGAGE, INC.**<br>**ATTN:  BANKRUPTCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 9438**<br>**GAITHERSBURG, MD 20898** | | W | | **Opened  9/01/05  Last Active 10/01/08**<br>**FORECLOSED PROPERTY OF 103 DUSKY**<br>**WILLOW DRIVE, REYNOLDSBURG, OH  43068** | | | | 123,300.00 |
| Account No. **xxx-xxx85-10**<br><br>**CITY OF MARYSVILLE**<br>**UTILITY BILLING OFFICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 E. 6TH STREET**<br>**MARYSVILLE, OH 43040** | C | | | **WATER BILL FOR 1531 FIRE DRIVE,**<br>**MARYSVILLE, OHIO 43040** | | | | 75.84 |
| Account No. **xxx-xxx85-02**<br><br>**CITY OF MARYSVILLE**<br>**UTILITY BILLING OFFICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 E. 6TH STREET**<br>**MARYSVILLE, OH 43040** | C | | | **2009**<br>**SEWER BILL FOR 1531 FOX FIRE DRIVE,**<br>**MARYSVILLE, OH** | | | | 5.64 |
| Account No. **xxx-xxx85-09**<br><br>**CITY OF MARYSVILLE**<br>**UTILITY BILLING OFFICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 E. 6TH STREET**<br>**MARYSVILLE, OH 43040** | C | | | **DECEMBER 2008**<br>**ELECTRICITY BILL FOR 1531 FOX FIRE**<br>**DRIVE, MARYSVILLE, OHIO** | | | X | 316.58 |

Sheet no. __20__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

123,698.06

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**               Case No. _____
      **SUZAN J HUDSON**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-xxx83-04**<br><br>**CITY OF MARYSVILLE**<br>**UTILITY BILLING OFFICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 E. 6TH STREET**<br>**MARYSVILLE, OH 43040** | C | | | **DECEMBER 2008**<br>**ELECTRICITY BILL FOR 531 GLEN OAKS**<br>**DRIVE, MARYSVILLE, OHIO** | | | X | 302.26 |
| Account No. **xxx-xxx83-05**<br><br>**CITY OF MARYSVILLE**<br>**UTILITY BILLING OFFICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 E. 6TH STREET**<br>**MARYSVILLE, OH 43040** | C | | | **2009**<br>**SEWER BILL FOR 531 GLEN OAKS DRIVE.,**<br>**MARYSVILLE, OHIO** | | | | 8.46 |
| Account No. **xxx-xxx83-02**<br><br>**CITY OF MARYSVILLE**<br>**UTILITY BILLING OFFICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 E. 6TH STREET**<br>**MARYSVILLE, OH 43040** | C | | | **2009**<br>**WATER BILL FOR 531 GLEN OAKS DRIVE,**<br>**MARYSVILLE, OHIO** | | | | 54.77 |
| Account No. **xxxxx1-05-1**<br><br>**CITY OF NORTH LAS VEGAS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2829 FORT SUMTER DRIVE**<br>**NORTH LAS VEGAS, NV 89030** | C | | | **WATER/SEWER BILL FOR 3512 TERRAZA**<br>**MAR AVE., N. LAS VEGAS, NEVADA** | | | | 126.09 |
| Account No. **xxxxx0-09-8**<br><br>**CITY OF NORTH LAS VEGAS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2829 FORT SUMTER DRIVE**<br>**NORTH LAS VEGAS, NV 89030** | C | | | **WATER/SEWER BILL FOR 3852 HOLLYCROFT**<br>**DRIVE., N. LAS VEGAS, NEVADA** | | | | 127.82 |

Sheet no. __21__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

619.40

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0335** <br><br> **CLARK COUNTY WATER RECLAMATION DISTRICT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5857 E. FLAMINGO RD. LAS VEGAS, NV 89122** | C | | **2009** **UTILITY BILL FOR 124 SIMOBLE, LAS VEGAS, NEVADA** | | | | 103.06 |
| Account No. **xx4751** <br><br> **CLARK COUNTY WATER RECLAMATION DISTRICT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5857 E. FLAMINGO RD. LAS VEGAS, NV 89122** | C | | **2009** **UTILITY BILL FOR 10582 LONGORIA GARDEN STREET, LAS VEGAS, NEVADA** | | | | 103.06 |
| Account No. <br><br> **CLIFF AND VIRGINIA BERG ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2165 SUNCREST BLVD. EL CAJON, CA 92021** | C | | **REAL ESTATE SEMINAR** | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-0311** <br><br> **COMERICA BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6335 FARGO, ND 58125-6335** | H | | **MARCH 2009** **BUSINESS EXPENSE** | | | | 7,838.05 |
| Account No. **xxxx-xxxx-xxxx-0347** <br><br> **COMMUNITY BANK OF NEVADA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 569120 DALLAS, TX 75356** | H | | **APRIL 2009** **BUSINESS EXPENSE** | | | | 10,767.23 |

Sheet no. __**22**__ of __**99**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,811.40

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**    Case No. _____
     **SUZAN J HUDSON**

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **Account No.** | | | | REAL ESTATE SEMINAR | | | | |
| **CONNIE SANTILLI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10554 BUTTERFIELD ROAD LOS ANGELES, CA 90064** | C | | | | | | | **Unknown** |
| **Account No.** | | | | REAL ESTATE SEMINAR | | | | |
| **COREY OLDKNOW ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2320 WOODCREST DRIVE SMYRNA, GA 30082** | C | | | | | | | **Unknown** |
| **Account No.** | | | | REAL ESTATE SEMINAR | | | | |
| **CORKY & COLLETTE SIMMONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1403 SW TROON CIRCLE PALM CITY, FL 34990** | C | | | | | | | **Unknown** |
| **Account No.** | | | | REAL ESTATE SEMINAR | | | | |
| **CORY SPEHAR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1000 N. GREEN VALLEY PKWY #440-397 HENDERSON, NV 89074** | C | | | | | | | **Unknown** |
| **Account No. xxx xxxx xxxxx3604** | | | | CABLE BILL FOR 3512 TERRAZA MAR AVE., N. LAS VEGAS, NEVADA | | | | |
| **COX COMMUNICATIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1700 VEGAS DRIVE LAS VEGAS, NV 89106** | C | | | | | | | **595.73** |

Sheet no. __23__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
                        (Total of this page)     **595.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
          **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxx xxxxx3301** <br><br> **COX COMMUNICATIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1700 VEGAS DRIVE LAS VEGAS, NV 89106** | C | | **CABLE AND PHONE BILL FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA** | | | | **83.52** |
| Account No. <br><br> **CRAIG GIBBLE C/O CCG & ASSOCIATES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 30278 MERSEY COURT TEMECULA, CA 92591-3820** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **CRISTY HUENDER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3424 LACEBANK PINE STREET LAS VEGAS, NV 89129** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **CROSS CREEK COMMUNITY ASSOCIATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 1711 COLORADO SPRINGS, CO 80901** | C | | **HOME OWNERS ASSOCIATION FEES FOR 8862 SILVER GLEN DRIVE., FOUNTAIN, COLORADO 80817** | | | | **121.75** |
| Account No. <br><br> **CROSS CREEK COMMUNITY ASSOCIATION C/O MANAGMENT ADVANTAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 1711 COLORADO SPRINGS, CO 80901** | C | | **HOME OWNER ASSOCIATION FEES FOR 8222 SILVER GLEN DRIVE., FOUNTAIN, COLORADO** | | | | **298.13** |

Sheet no. __**24**__ of __**99**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**503.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**                      Case No. _____
         **SUZAN J HUDSON**

_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | HWJC | | | | | | |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| CYNTHIA BROOKS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 16270 N. 30TH AVE. PHOENIX, AZ 85053 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| D. BRENT TYLER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1529 PASTURE LANE LAS VEGAS, NV 89110 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DALE BERWANGER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3011 GROVELAND SCHOOL ROAD WAYZATA, MN 55391 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DALE BUNDY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2208 E. TEMPLE COURT GILBERT, AZ 85296 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DARCI POLONI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1208 SONATINA DRIVE HENDERSON, NV 89052 | C | | | | | | | Unknown |

Sheet no. __25__ of __99__ sheets attached to Schedule of               Subtotal             0.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **DARIN APPLEGATE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4632 S. WINSTON AVE. TULSA, OK 74135** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **DARLENE MEA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7929 BLUEBROOK DRIVE LAS VEGAS, NV 89147** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **DARRELL K. WHALEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3133 SUNRISE COVE AVE. NORTH LAS VEGAS, NV 89031** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **DARYL BOZEMAN C/O TRANSFORMATIONS CORPORATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8550 W. DESERT INN, SUITE 102-213 LAS VEGAS, NV 89117** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **DAVE DELMAR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 45612 BROWN ROAD HAINES, OR 97833** | C | | | | | | **Unknown** |

Sheet no. __26__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
      **SUZAN J HUDSON**
                                      Case No. _____

                                             ,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DAVID & ANGIE O'LEARY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 522 LOS ALTOS DRIVE CHULA VISTA, CA 91914** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**DAVID & RITA STARK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2021 E MARLENE DRIVE GILBERT, AZ 85296** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**DAVID CARTER C/O AMERICAN NATIONWIDE MORTGAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 720 S. JONES LAS VEGAS, NV 89107** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**DAVID DUMMERMUTH C/O AMERICAN HOME INVESTMENTS, LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6265 THUNDERBIRD MENTOR, OH 44060** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**DAVID FORESTIERI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 210 E. FLAMINGO ROAD #212 LAS VEGAS, NV 89169** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |

Sheet no. __27__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal
                                       (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
     **SUZAN J HUDSON**                                    Case No. _____

_____ ,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DAVID FUCHS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**402 W. OJAI AVE. #101-527**<br>**OJAI, CA 93023** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**DAVID PETERS-SCHRAM**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**605 GLENWOOD ROAD UNIT A**<br>**GLENDALE, CA 91202** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**DAVID SEIDER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**13874 BRUYERE COURT**<br>**SAN DIEGO, CA 92129** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**DAVID STROUD**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9999 W. KATIE AVE. #1278**<br>**LAS VEGAS, NV 89147** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**DC ALBERT SIMONCELLI**<br>**C/O MOUNTAIN WEST**<br>**CHIROPRACTIC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9034 W. SAHARA AVE**<br>**LAS VEGAS, NV 89117** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __28__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
      (Total of this page)           **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DEBBIE PANICE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8953 BELCONTE LANE HENDERSON, NV 89074 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DEBI THOMAS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10044 DEL DIOS HWY ESCONDIDO, CA 92029 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DEBORAH BRADLEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 1423 CROWS NEST, NSW 2065 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DEBORAH FREEDMAN C/O AUDREY MINIAMI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 411 SANTA SANTA MONICA, CA 90401 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DEBORAH KASS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4831 LAS VIRGENES ROAD #191 CALABASAS, CA 91302 | C | | | | | | | | Unknown |

Sheet no. __29__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DEE DEE HESSLER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 32 E. KELLY LANE TEMPE, AZ 85284 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DELL METZLER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 5167 ANAHEIM, CA 92814-1167 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DENISE FOLEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8611 ROCKY AVENUE LAS VEGAS, NV 89143 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DENISE KAMENZIND ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 29559 PLATANUS DRIVE ESCONDIDO, CA 92026 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| DENISE LORENZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9456 JONES AVE. DURHAM, CA 95938 | C | | | | | | | Unknown |

Sheet no. __30__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**                                  Case No. _____
            **SUZAN J HUDSON**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**DIANE HEATH**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9011 W. BOPP ROAD**<br>**TUCSON, AZ 85735** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**DIANN THOMSEN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**520 N. GREGG ROAD**<br>**NIXA, MO 65714** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**DIANNE BAKER**<br>**C/O OCEANA INVESTMENT GROUP**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9815**<br><br>**DISCOVER**<br>**ATTN: BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 15316**<br>**WILMINGTON, DE 19850** | H | | | **Opened 9/01/08 Last Active 6/01/09**<br>**BUSINESS EXPENSE** | | | | **6,260.15** |
| Account No.<br><br>**DOUG GEMMELL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9001 GLENISTAR GATE AVENUE**<br>**LAS VEGAS, NV 89143** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**31**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,260.15**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DOUG TAYLOR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3462 SIOUX WAY LAS VEGAS, NV 89109 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| DR. IAN YAMANE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2304 SILVER BLUFF COURT LAS VEGAS, NV 89134 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| EARL & SUE STITT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2536 RIMROCK AVE., STE. 400-233 GRAND JUNCTION, CO 81505 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| EDDIE EPSTEIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7500 W. LAKE MEAD BLVD., STE. 9-460 LAS VEGAS, NV 89128-0297 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| EDDIE LUGO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5216 JACKSON VALLEY COURT LAS VEGAS, NV 89130 | C | | | | | | | | Unknown |

Sheet no. __32__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ELAINA SAPERSTEIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10765 PORTER MT COURT LAS VEGAS, NV 89129** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No. **ELISABETH OKUN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4252 BAKMAN AVE. NORTH HOLLYWOOD, CA 91602** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No. **ELSINORE HOA C/O THOROUGHBRED MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2555 W. CHEYENNE AVE. NORTH LAS VEGAS, NV 89032** | C | | | HOME OWNER ASSOCIATION FEES FOR 10575 MANN STREET, LAS VEGAS, NEVADA | | | | 108.00 |
| Account No. **ELSINORE HOA C/O THOROUGHBRED MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2555 W. CHEYENNE AVE. NORTH LAS VEGAS, NV 89032** | C | | | HOME OWNER ASSOCIATION FEES FOR 10582 LONGORIA GARDEN STREET, LAS VEGAS, NEVADA | | | | 919.00 |
| Account No. **ELSINORE HOA C/O THOROUGHBRED MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2555 W. CHEYENNE AVE. NORTH LAS VEGAS, NV 89032** | C | | | HOME OWNER ASSOCIATION FEES FOR 10587 MANN STREET, LAS VEGAS, NEVADA 89141 | | | | 0.00 |

Sheet no. __33__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,027.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                       Case No. _____
         **SUZAN J HUDSON**
                                                                        ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ELSINORE HOA** C/O THOROUGHBRED MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2555 W. CHEYENNE AVE. NORTH LAS VEGAS, NV 89032 | C | | | | HOME OWNER ASSOCIATION FEES FOR 6444 BECKMAN GLEN COURT, LAS VEGAS, NEVADA | | | | 0.00 |
| Account No. **ELSINORE HOA** C/O THOROUGHBRED MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2555 W. CHEYENNE AVE. NORTH LAS VEGAS, NV 89032 | C | | | | HOME OWNER ASSOCIATION FEES FOR 10567 MANN STREET, LAS VEGAS, NEVADA | | | | 0.00 |
| Account No. **xxx-xxx-xxx2-146** EMBARQ COMMUNICATIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5454 W. 110TH STREET LEAWOOD, KS 66211 | C | | | | TELEPHONE/CABLE BILL FOR 9025 S. TENAYA WAY, LAS VEGAS, NEVADA | | | | 140.12 |
| Account No. **xxx-xxx-xxx8-136** EMBARQ COMMUNICATIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5454 W. 110TH STREET LEAWOOD, KS 66211 | C | | | | HOME OFFICE FAX | | | | 46.67 |
| Account No. **xxx-xxx-xxx0-117** EMBARQ COMMUNICATIONS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5454 W. 110TH STREET LEAWOOD, KS 66211 | C | | | | HOME OFFICE PHONE | | | | 0.00 |

Sheet no. __34__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186.79

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**                                        Case No. _____
        **SUZAN J HUDSON**

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxx-xxx5-285**<br><br>**EMBARQ COMMUNICATIONS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5454 W. 110TH STREET**<br>**LEAWOOD, KS 66211** | C | | | | **HOME PHONE** | | | | 0.00 |
| Account No. **xxx-xxx-xxx2-444**<br><br>**EMBARQ COMMUNICATIONS, INC.**<br>**ATTN: BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 79255**<br>**CITY OF INDUSTRY, CA 91716-9255** | C | | | | **CABLE/PHONE SYSTEM FOR 8109 ALMONT RIDGE, LAS VEGAS, NEVADA 89113** | | | | 27.18 |
| Account No. **xxxxxxxx7889**<br><br>**EMC MORTGAGE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 141358**<br>**IRVING, TX 75014** | | W | | | **Opened 5/01/06 Last Active 12/01/08**<br>**FORECLOSED PROPERTY OF 7674 SANDY SPRINGS POINT, FOUNTAIN, CO 80817** | | | | 116,016.00 |
| Account No. **xxxxxxxx9286**<br><br>**EMC MORTGAGE**<br>**ATTN: BANKRUPTCY**<br>**DESK/MANAGING AGENT**<br>**800 STATE HIGHWAY 121 BY**<br>**LEWISVILLE, TX 75067** | | W | | | **Opened 5/01/06 Last Active 10/01/08**<br>**FORECLOSED PROPERTY OF 7674 SANDY SPRINGS POINT, FOUNTAIN, CO 80817** | | | | 28,888.00 |
| Account No. **xxxxxxxx3232**<br><br>**EMC MORTGAGE CORPORATION**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**909 HIDDEN RIDGE**<br>**SUITE 200**<br>**IRVING, TX 75038** | | H | | | **Opened 10/01/06 Last Active 4/17/09**<br>**FORECLOSED PROPERTY OF 1043 DORSET DRIVE, HENDERSONVILLE, TN 37075** | | | | 60,373.00 |

Sheet no. __**35**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **205,304.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2009** **ELECTRICITY BILL FOR 7039 KINGSTON COVE #310, WILLIS, TEXAS** | | | | |
| **ENTERGY TEXAS, INC.** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **PO BOX 8104** **BATON ROUGE, LA 70891-8104** | C | | | | | | | **386.83** |
| Account No. | | | | **REAL ESTATE SEMINAR** | | | | |
| **ERFAN HETTINI** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **841 QUAIL COURT** **ARROYO GRANDE, CA 93420** | C | | | | | | | **Unknown** |
| Account No. | | | | **REAL ESTATE SEMINAR** | | | | |
| **ERIC KARLEN** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **404 LAKE WINDEMERE STREET** **LAS VEGAS, NV 89138** | C | | | | | | | **Unknown** |
| Account No. | | | | **REAL ESTATE SEMINAR** | | | | |
| **FARIS SOS** **ATTN: BANKRUPTCY DEPT. / MANAGING AGENT** **1301 S. HALLADAY STREET** **SANTA ANA, CA 92707** | C | | | | | | | **Unknown** |
| Account No. xxxxxxxx9903 | | W | | **Opened 4/01/06 Last Active 12/01/08** **FORECLOSED PROPERTY OF 8222 SILVER GLEN DRIVE, FOUNTAIN, CO 80817** | | | | |
| **FIRST HORIZON HOME LOANS** **ATTN: BANKRUPTCY DESK/MANAGING AGENT** **4000 HORIZON WAY** **IRVING, TX 75063** | | | | | | | | **40,374.00** |

Sheet no. __36__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**40,760.83**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| FRANCISCO PEREZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5300 OAKPARK LANE #105 OAK PARK, CA 91377 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| FRANK AND DEBRA JO BRIGHT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 28372 COUNTY ROAD SUMMERLAND KEY, FL 33042 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| FRANK FRAGALE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2222 ARMACOST DRIVE HENDERSON, NV 89074 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GAIL BARBER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2102 SKYVIEW GLEN ESCONDIDO, CA 92027 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GAIL SCHWARTZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 847 S. SHERBOURNE DRIVE #5 LOS ANGELES, CA 90035 | C | | | | | | | | Unknown |

Sheet no. __37__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GARY REBMAN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9721 ENNISKEEN AVE. LAS VEGAS, NV 89129 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GARY ROSE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7816 LOBELLA STREET LAS VEGAS, NV 89123 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GARY VERDIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 700 E. DRAKE STREET FORT COLLINS, CO 80525 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GAVIN & LINDSAY DELMAS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1028 WILLOW TREE DRIVE #C LAS VEGAS, NV 89128 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| GEORGE CAPPELLO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7168 FAIRWIND ACRES PLACE LAS VEGAS, NV 89131 | C | | | | | | | | Unknown |

Sheet no. __38__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**GEORGE MEYER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**880 S. TAFT**<br>**DENVER, CO 80228** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxxxx-x5119**<br><br>**GEORGIA POWER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**805 B R D ABERNATHY BLVD.**<br>**ATLANTA, GA 30310** | C | | | | **ELECTRICITY BILL FOR 170 BLVD SE #H526, ATLANTA, GA** | | | | **96.87** |
| Account No.<br><br>**GITA PATEL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5911 KILLAMEY CIRCLE**<br>**SAN JOSE, CA 95138** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**GLORIA WATSON**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**250 JULIA COURT**<br>**FAYETTEVILLE, GA 30214** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-8530**<br><br>**GUARANTY BANK**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 6335**<br>**FARGO, ND 58125-6335** | H | | | | **BUSINESS EXPENSE** | | | | **7,838.05** |

Sheet no. __**39**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,934.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
       **SUZAN J HUDSON**                                          Case No. _____

                                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H/W | J | C | | | | | |
| Account No.<br><br>**HARMONY HOA**<br>**C/O NICKLIN PROPERTY MGMT.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**375 N. STEPHANIE STREET #911B**<br>**HENDERSON, NV 89014** | C | | | | **HOME OWNER ASSOCIATION FEES FOR 135 GRACIOUS CREST AVE., N. LAS VEGAS, NEVADA** | | | | **140.00** |
| Account No.<br><br>**HARRY & YOLANDA ZELLARS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**6956 E. BROAD STREET., STE. 213**<br>**COLUMBUS, OH 43213** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**HEIGHTS AT CROSS CREEK**<br>**C/O COLORADO ASSOCIATION**<br>**SERVICES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10 N. MEADE AVE.**<br>**COLORADO SPRINGS, CO 80909** | C | | | | **HOME OWNER ASSOCIATION FEES FOR FORECLOSED PROPERTY OF 7674 SANDY SPRINGS PT., FOUNTAIN, COLORADO** | | | | **353.30** |
| Account No.<br><br>**HELDER GUZMAN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1934 E. FAIRWAY DRIVE #3**<br>**ORANGE, CA 92866** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**HELEANA ADELE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5721 HIDDEN BROOK CIRCLE**<br>**ATLANTA, GA 30349** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**40**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                                  (Total of this page)      **493.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                          Case No. _____
         **SUZAN J HUDSON**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| HENRY CALMA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3599 EUREKA COAST WAY LAS VEGAS, NV 89141 | C | | | | | | | | Unknown |
| Account No. | | | | | HOME OWNERS ASSOCIATION FEES FOR 3214 DIAMOND BLUFF, UNION CITY, GA | | | | |
| HIGH POINT COMMONS HOA C/O HOMEOWNERS ASSOCIATION, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 1677 STOCKBRIDGE, GA 30281 | C | | | | | | | | 229.38 |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| HILDA PHILLIPS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3120 RAWLEY PIKE HARRISONBURG, VA 22801 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| HOLLY ANGOTTI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10642 LAGO CANTINI LAS VEGAS, NV 89141 | C | | | | | | | | Unknown |
| Account No. | | | | | RESIDENTIAL LEASE | | | | |
| IAN RICKEY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8458 PICO RIVERA AVE. LAS VEGAS, NV 89178 | C | | | | | | | | Unknown |

Sheet no. __41__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          229.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
    **SUZAN J HUDSON**
                                           , Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**IMAL WAGNER** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**9627 ASPEN STREET** <br>**BURTONSVILLE, MD 20866** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. **xxxxxxxx7703** <br><br>**INDYMAC BANK** <br>**ATTN: BANKRUPTCY** <br>**DESK/MANAGING AGENT** <br>**1 NATIONAL CITY PKWY.** <br>**KALAMAZOO, MI 49009** | | W | Opened 4/01/06 Last Active 12/01/08 <br>FORECLOSED PROPERTY OF 8222 SILVER GLEN DRIVE, FOUNTAIN, CO 80817 | | | | **162,709.00** |
| Account No. <br><br>**INGEMAR RODRIGUEZ** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**216353 BOX VALLEY** <br>**SAN DIEGO, CA 92127** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. <br><br>**INVESTMENT PARTNERS GROUP** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**2385 E. WINDMILL LANE #306** <br>**LAS VEGAS, NV 89123** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. <br><br>**IVAN BARRON C/O NATIONAL ASSOCIATION** <br>**OF HISPANIC REAL ESTATE** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**3880 RIVERAL DRIVE** <br>**SAN DIEGO, CA 92109** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |

Sheet no. __42__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

           Subtotal
    (Total of this page)      **162,709.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
　　　　**SUZAN J HUDSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JACK JOHNSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7487 SCRAGGS STREET LAS VEGAS, NV 89123 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JACK JOHNSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3530 TRAVIS STREET. APT. 333 DALLAS, TX 75204 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JAHNAVI KOPECKA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4800 LAGUNA ROAD COLLEGE PARK, MD 20740 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JAMIE KUIZON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30023 LAS VEGAS, NV 89173 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JANICE ABBASOV ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10592 ABALONE LANDING TERRACE SAN DIEGO, CA 92130 | C | | | | | | Unknown |

Sheet no. __43__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　Subtotal　　　　　　| 0.00 |
　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**                                        Case No. _____
**SUZAN J HUDSON**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JARRAD JANSSEN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1585 PATTON**<br>**LAKE OSWEGO, OR 97034** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>**JASON & DEBBIE JONES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2385 W. WINDMILL LANE #306**<br>**LAS VEGAS, NV 89123** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>**JD & SUZANNE MORRIS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**7990 PASEO MEBRILLO**<br>**CARLSBAD, CA 92009** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>**JEAN MORROW**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**12838 DARWIN AVE.**<br>**GRAND TERRACE, CA 92313** | C | | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>**JEAN WALL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 161164**<br>**HONOLULU, HI 96816** | C | | | REAL ESTATE SEMINAR | | | | Unknown |

Sheet no. __44__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**JEFF ANDREW<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1968 PACIFIC BEACH DRIVE<br>SAN DIEGO, CA 92109** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**JEFF LAUTEN<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>10575 MANN STREET<br>LAS VEGAS, NV 89141** | C | | | | **RESIDENTIAL LEASE** | | | | **Unknown** |
| Account No.<br><br>**JENNIFER WEISBRUCH<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>2102 SKYVIEW GLEN<br>ESCONDIDO, CA 92027** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**JENNIFER WOLTER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>2250 E. TROPICANA AVE. #19-385<br>LAS VEGAS, NV 89119** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**JENNY TOLCHIN<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>10320 FALSTOM CIRCLE<br>OLD BRIDGE, NJ 08857** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __45__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**   Case No. _____
        **SUZAN J HUDSON**

_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JEREMY BLAY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 438 OBERLE PLACE PLACENTIA, CA 92870-8226 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JEREMY STAYTON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 11970 WALNUT LANE #104 LOS ANGELES, CA 90026 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JERRY BARTON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2748 PORT OF CALL DRIVE LAS VEGAS, NV 89128 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JERRY OAKES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 18811 PARK GROVE DALLAS, TX 75287 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JERRY WILLIAMS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1000 SECRET GARDEN STREET LAS VEGAS, NV 89145 | C | | | | | | | | Unknown |

Sheet no. __46__ of __99__ sheets attached to Schedule of   Subtotal   0.00
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**  **SUZAN J HUDSON**                                   Case No. _____

                                                                          ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **JIM & CAROLYN MILLER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2867 TRUE ROAD YUBA CITY, CA 95993-9699** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **JIM & HEIDI HARRISON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2600 FRONTERA ROAD HENDERSON, NV 89074** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **JIM & NIKKIE TETZLAFF ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8136 CELINA HILLS STREET LAS VEGAS, NV 89131** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **JIM & ROBERTA TURK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3210 BEECH TREE COURT FAIRFAX, VA 22030** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **JIM ANDERSON C/O ELECTONIC COMMERCE INTERNATIONAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1930 VILLAGE CENTER CIRCLE, STE. 3-201** | C | | | | | | | | Unknown |

Sheet no. __47__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**                Case No. _____
        **SUZAN J HUDSON**

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>JIMMY KROEGER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>281 BOLENDER PONTIUS ROAD<br>CIRCLEVILLE, OH 43113 | C | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>JOHN & JENNIFER MOGAR<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>4635 TERRAZA MAR MARVELOSA<br>SAN DIEGO, CA 92130 | C | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>JOHN & JOANNE CLENDINING<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>629 ELDRIDGES HILL ROAD<br>PILESGROVE, NJ 08098 | C | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>JOHN & SANDY WOODS<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>73030 EL PASEO #470<br>PALM DESERT, CA 92260 | C | | REAL ESTATE SEMINAR | | | | Unknown |
| Account No.<br><br>JOHN HUNTER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>4275 CHEROKEE AVE.<br>SAN DIEGO, CA 92104 | C | | REAL ESTATE SEMINAR | | | | Unknown |

Sheet no. __48__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**                          Case No. _____
       **SUZAN J HUDSON**

                                                                  , 
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JOHN WALTERS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10044 DEL DIOS HWY ESCONDIDO, CA 92029 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JON JACKSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 11508 E. BRADHURST STREET WHITTIER, CA 90606 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JONATHAN VANCLUTE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 667 TOYON AVE. SUNNYVALE, CA 94086 | C | | | | | | Unknown |
| Account No. | | | RESIDENTIAL LEASE | | | | |
| JOSEPH AND DANA MANTYNEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8585 PEACEFUL DREAMS STREET LAS VEGAS, NV 89139 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| JOSHUA MARR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3500 E. 1ST. STREET #1 LONG BEACH, CA 90803 | C | | | | | | Unknown |

Sheet no. __49__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                                    (Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JOY BROWN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 415 E. FORDHAM DRIVE TEMPE, AZ 85283 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JUDY MADDEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7080 HOLLY AVE. COCOA, FL 32927 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JUDY SCHAEFER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 3484 TAOS, NM 87571 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JULIAN & SUSAN LANGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 323 E. MATILIJA ST. 110-155 OJAI, CA 93023 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| JULIE TESORO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 19323 OTTERS WICK WAY LAND O LAKES, FL 34638 | C | | | | | | | | Unknown |

Sheet no. __50__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KARAM SHAHHOSSEINI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 47483 MANTIS STREET FREMONT, CA 94539 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KAREN ANDREWS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1223 E. 1630 S SPANISH FORK, UT 84660 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KAREN L. ASSAD ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7895 SPINDRIFT COVE STREET LAS VEGAS, NV 89139 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KAREN NELSON BELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 N. OSCEOLA BLVD. #303 CLEARWATER, FL 33755 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KAREN PORTER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5757 W. LLIFF DRIVE DENVER, CO 80227 | C | | | | | | | | Unknown |

Sheet no. __51__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                              Case No. _____
         **SUZAN J HUDSON**

_____,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KATHARYNE TAYLOR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6440 SKY POINTE DRIVE #140-224 LAS VEGAS, NV 89131 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KATHRYN NEAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 49 W. 72ND STREET #14A NEW YORK, NY 10023 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KAY MEESTER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1059 S. ORANGE GROVE AVE. LOS ANGELES, CA 90019 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KEITH BRYANT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4801 N. PINE HILLS ROAD #203 ORLANDO, FL 32808 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| KEN DICKEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 21 148405 N. PLYMOUTH ROAD PLYMOUTH, WA 99346 | C | | | | | | | | Unknown |

Sheet no. __52__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **KENDALL MIX** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **558 COUNTRYSIDE DRIVE** **WATERBURY, VT** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **KENNETH BAHOORA** **C/O MOUNTAIN WEST CHIROPRATIC** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **3210 N. PECOS, SUITE 200** **HENDERSON, NV 89074** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **KENNY BAHOORA** **C/O MOUNTAIN WEST CHIROPRATIC** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **321 N. PECOS, SUITE 200** **HENDERSON, NV 89074** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **KENT CORBELL** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **3015 IRVING STREET** **DENVER, CO 80211** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **KIERAN WONG** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **23841 FOXWOOD COURT** **VALENCIA, CA 91354** | C | | | | | | | | Unknown |

Sheet no. **53** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
    **SUZAN J HUDSON**
                                                ,     Case No. _____

                                                 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **KIM MEZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10104 SNOW CREST PLACE LAS VEGAS, NV 89134** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **KIMBERLY LOPEZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 625 S. 8TH STREET LAS VEGAS, NV 89101** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **KRIS ELIG ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5571 WARING ROAD SAN DIEGO, CA 92120** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **KRYSTA SITKO C/O FIDELITY NATIONAL TITLE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 N. RAINBOW BLVD., STE. 100 LAS VEGAS, NV 89107** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **LADAWNA CHRISTENSEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 935 N. REVERE MESA, AZ 85201** | C | | | | | | **Unknown** |

Sheet no. __54__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
            (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
**SUZAN J HUDSON**
                                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **LAMPLIGHT COTTAGES AT BUFFALO HOA** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 12117** <br> **LAS VEGAS, NV 89112-0117** | C | | | **HOME OWNER ASSOCIATION FEES FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA** | | | | **1,286.40** |
| Account No. <br><br> **LANCE & REBECCA ROHRIG** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **7094 FENWAY AVE.** <br> **LAS VEGAS, NV 89147** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br> **LARRY CHAO** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **7955 PHAETON DRIVE** <br> **OAKLAND, CA 94605** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxxxxxx962-7** <br><br> **LAS VEGAS VALLEY WATER DISTRICT** <br> **ATTN:  BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **1001 S. VALLEY VIEW BLVD.** <br> **LAS VEGAS, NV 89153** | C | | | **WATER BILL FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA** | | | | **0.00** |
| Account No. **xxxxxxx962-7** <br><br> **LAS VEGAS VALLEY WATER DISTRICT** <br> **ATTN:  BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **1001 S. VALLEY VIEW BLVD.** <br> **LAS VEGAS, NV 89153** | C | | | **WATER BILL FOR 6444 BECKMAN GLEN COURT, LAS VEGAS, NEVADA** | | | | **0.00** |

Sheet no. _**55**_ of _**99**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **1,286.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
      **SUZAN J HUDSON**
                                                        ,

Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LAURA DEWITT**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**12920 PALAZZO BLVD.**<br>**FORT WAYNE, IN 46845** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LAUREN BERGIEL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5885 FOREST VIEW DRIVE #431**<br>**OAK BROOK, IL 60523** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LAVERT BENEFIELD**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3394 GARDEN SHOWER PLACE**<br>**LAS VEGAS, NV 89135** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LEANNE SLUSHER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2620 S. MARYLAND PKWY. #216**<br>**LAS VEGAS, NV 89109** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LILLIAN ATCHLEY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3266 PALIO AVE.**<br>**LAS VEGAS, NV 89141** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**56**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**LILY XU<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1538 13TH AVENUE<br>OAKLAND, CA 94606** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LINDA ABRAMS-BOWIE<br>C/O AMERIDREAMS, INC.<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1555 E. FLAMINGO ROAD, STE. 207<br>LAS VEGAS, NV 89119** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LINDA BURLEY<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>6849 ARROWHEAD LAKE COURT<br>LAS VEGAS, NV 89149** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LINDA CLAFLIN<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>4854 MOCKINGBIRD DRIVE<br>DADE CITY, FL 33523** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LINDA FOSTER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1201 W. STARLING<br>HAYDEN, ID 83835** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**57**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
      **SUZAN J HUDSON**
                                          ,

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**LINKS VILLAGE HOA C/O SBS MANAGMENT LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3974-1 BROWN PARK DRIVE HILLIARD, OH 43026** | C | | | **HOME OWNER ASSOCIATION FEES FOR 531 GLEN OAKS DR., MARYSVILLE, OHIO** | | | | **524.24** |
| Account No.<br><br>**LINKS VILLAGE HOA C/O SBS MANAGMENT LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3974-1 BROWN PARK DRIVE HILLIARD, OH 43026** | C | | | **HOMEOWNERS ASSOCIATION FEES FOR 1531 FOX FIRE DRIVE., MARYSVILLE, OHIO** | | | | **524.24** |
| Account No.<br><br>**LIZ BINNELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 30802 SOUTH COAST HWY #A6 LAGUNA BEACH, CA 92651** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LIZ CROWDER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7425 DOE AVE. LAS VEGAS, NV 89117** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**LORETTA JOHNSTON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 18700 N. 107TH AVE., STE. 8 SUN CITY, AZ 85373** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**58**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,048.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| LORI BASSETT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 12920 PALAZZO BLVD. FORT WAYNE, IN 46845 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| LUCKY ESPIRITU ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 21999 N. DIETZ DRIVE MARICOPA, AZ 85239 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| LUIS C. NUNEZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3 ETUDE COURT SPRING, TX 77382 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| MAAT SOS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 749 S. PARK HYDE STREET ORANGE, CA 92868 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| MAFE RABINO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 101 S. RAINBOW BLVD. #28-38 LAS VEGAS, NV 89145 | C | | | | | | Unknown |

Sheet no. __59__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
      **SUZAN J HUDSON**

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**MAI HUYNH**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**12629 CASWELL AVE. #B2**<br>**LOS ANGELES, CA 90066** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**MANDEL JOHNSTON**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**26081 MERIT CIRCLE, STE. 114**<br>**LAGUNA HILLS, CA 92653** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**MARC SHUBB**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4831 LAS VIRGENES ROAD, SUITE 191**<br>**CALABASAS, CA 91302** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**MARC WHITE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1740 LORRY LANE**<br>**ESCONDIDO, CA 92029** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**MARCELL ZAMORA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1015 TURQUOISE STREET #D**<br>**SAN DIEGO, CA 92109** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __60__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
**SUZAN J HUDSON**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MARCO MERCURY C/O MAMERCURY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4615 MILL VALLEY DRIVE LAS VEGAS, NV 89120** | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MARIAN MEIGHAN C/O SKYMARHOMES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3213 GREEN MTN LANE BAKERSFIELD, CA 93312-4448** | C | | | | | | | Unknown |
| Account No. | | | | RESIDENTIAL LEASE | | | | |
| **MARILYN DELARA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 945 JULIAN DR. GILBERT, AZ 85296** | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MARILYN SNYDER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 59647-330TH STREET WADENA, MN 56482** | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MARK CITSAY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 209 POPOLO DRIVE LAS VEGAS, NV 89138** | C | | | | | | | Unknown |

Sheet no. **61** of **99** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
    **SUZAN J HUDSON**

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARK MERRILL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 17396 W. HILTON AVE. GOODYEAR, AZ 85338 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARK REPPERT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2473 ABARTH STREET LAS VEGAS, NV 89142 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARLO VERDUGO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 7744 CHAMBRAY PLACE #2 RANCHO CUCAMONGA, CA 91739 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARTHA RAMIREZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 687 LA VERNE, CA 91750 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARTY WEINBERG ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9962 ROCKSIDE AVE. LAS VEGAS, NV 89148 | C | | | | | | | | Unknown |

Sheet no. **_62_** of **_99_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | RESIDENTIAL LEASE | | | | |
| MARVIN AND LADONNA NELSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8222 SILVER GLEN DRIVE FOUNTAIN, CO 80817 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARY LENAHAN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 915 CONCHA STREET ALTADENA, CA 91001 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MARY TURNER C/O REPUBLIC MORTGAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9580 W. SAHARA AVE., STE. 200 LAS VEGAS, NV 89117 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MATHIS MARGUERITE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2866 CORDILLA DRIVE HENDERSON, NV 89074 | C | | | | | | | | Unknown |
| Account No. | | | | | RESIDENTIAL LEASE | | | | |
| MAUREEN ADAMO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1624 BOX STEP DRIVE. HENDERSON, NV 89012 | C | | | | | | | | Unknown |

Sheet no. __63__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | THE ENCHANTMENT WAY DEVELOPMENT OFFSITE BOND WITH CLARK COUNTY | | | | |
| **MCFADDEN INSURANCE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6180 WEST VIKING ROAD LAS VEGAS, NV 89103** | | C | | | | | | | **2,619.00** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **MEDER STEWART ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10079 FLAGSTAFF BUTTE AVE. LAS VEGAS, NV 89148** | | C | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **MELISSA DIAZ ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5415 W. HARMON #2009 LAS VEGAS, NV 89103** | | C | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **MELISSA HELMKAMP C/O AMBERWOOD HOMES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1262 N. DILLON MESA, AZ 85207** | | C | | | | | | | **Unknown** |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **MERLINDA SCHULTE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9331 MARY KNOLL AVE. WHITTIER, CA 90605** | | C | | | | | | | **Unknown** |

Sheet no. **64** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,619.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL & LINDA PERRY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2489 PALMERA DRIVE LAS VEGAS, NV 89121 | C | | | | | | | | Unknown |
| Account No. | | | | | SEPTEMBER 2008 EVICTION FILINGS | | | | |
| MICHAEL COX ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4930 REED ROAD COLUMBUS, OH 43220 | C | | | | | | | | 0.00 |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL CUNNINGHAM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6789 QUAIL HILL PKWY., STE. 326 IRVINE, CA 92603 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL J. PAVLINCH C/O DIGITAL OASIS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3417 A HONEYCUT ROAD SALT LAKE CITY, UT 84106 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL KIM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 16974 SILVER PINE ROAD SAN DIEGO, CA 92128 | C | | | | | | | | Unknown |

Sheet no. __65__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL SCHOBERG ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1812 QUARTET DRIVE NORTH LAS VEGAS, NV 89032 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL SMITH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6809 PATTON WAY BAKERSFIELD, CA 95308 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHAEL STEPHENSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9728 A METCALFE ROAD ROBERTS CREEK, BC VON2W4 CANADA | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHELLE BURGAD ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10537 RUBICON AVE. STOCKTON, CA 95219 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHELLE MCGINN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4756 E. OLNEY DRIVE PHOENIX, AZ 85044 | C | | | | | | | | Unknown |

Sheet no. __66__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                             Case No. _____
**SUZAN J HUDSON**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHELLE MORRIS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 53 NEWTON STREET ILION, NY 13357 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICHELLE PANARO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 13623 N. BITTERSWEET WAY FOUNTAIN HILLS, AZ 85268 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MICKI RICE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6351 CRIPPLE CREEK LANE COLORADO SPRINGS, CO 80919 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MIGUEL LUGO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1756 ESSEX STREET #206 SAN DIEGO, CA 92103 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| MIHAI TABACU ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3661 24TH STREET SACRAMENTO, CA 95818 | C | | | | | | | | Unknown |

Sheet no. __67__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
　　　 **SUZAN J HUDSON**　　　　　　　　　　　　　　　　　　　　 Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　　　　　　 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MIKALA FREITAS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 475 W. 57TH STREET #SA-3 NEW YORK, NY 10019** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MIKE & CLAUDIA HEWELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1539 TANG COURT FORT COLLINS, CO 80526** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MIKE & PENNY PARK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 13442 PIPING ROCK LANE EL CAJON, CA 92021** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MIKE & SANDI MARVICH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2020 CAMINO DE LA REINA #211 SAN DIEGO, CA 92108** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **MIKE LUGO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 300 SUMMER PALACE WAY LAS VEGAS, NV 89144** | C | | | | | | | **Unknown** |

Sheet no. __68__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　　**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MILLIE BERTILSON**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**13979 SKYLINE DRIVE**<br>**SPICER, MN 56288** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxxx7463**<br><br>**MONITRONIX**<br>**ATTN: CUSTOMER SERVICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 814530**<br>**DALLAS, TX 75381-4530** | C | | **ALARM SYSTEM FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA** | | | | **39.97** |
| Account No.<br><br>**MOUNTAIN'S EDGE HOA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8360 E. VIA DE VENTURA**<br>**BLDG. L, SUITE 100**<br>**SCOTTSDALE, AZ 85258** | C | | **HOME OWNER ASSOCIATION FEES FOR 8423 HOLLYWOOD HILLS AVE., LAS VEGAS, NEVADA** | | | | **75.00** |
| Account No.<br><br>**MOUNTAIN'S EDGE HOA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8360 E. VIA DE VENTURA**<br>**BLDG L, SUITE 100**<br>**SCOTTSDALE, AZ 85258** | C | | **HOME OWNER ASSOCIATION FEES FOR 8458 PICO RIVERA AVE., LAS VEGAS, NEVADA** | | | | **75.00** |
| Account No.<br><br>**MOUNTAIN'S EDGE HOA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8360 E. VIA DE VENTURA**<br>**BLDG. L, SUITE 100**<br>**SCOTTSDALE, AZ 85258** | C | | **HOME OWNER ASSOCIATION FEES FOR 9835 OPAL BRIDGE COURT, LAS VEGAS, NEVADA** | | | | **75.00** |

Sheet no. __**69**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**264.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
         **SUZAN J HUDSON**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NADER AHMED ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4235 KIMWOOD COURT #A LAS VEGAS, NV 89147** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NANCY BROWN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1635 DREW PL SW ALBANY, OR 97321** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NANCY CHAN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3906 MIDDLEFIELD ROAD PALO ALTO, CA 94303** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NANCY EASON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3668 STEINBECK DRIVE LAS VEGAS, NV 89115** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NANCY WAGNER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4156 ASPEN STREET LAS VEGAS, NV 89147** | C | | | | | | | | Unknown |

Sheet no. **70** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
       **SUZAN J HUDSON**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NICK & SAMANTHA NIEROP ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 848 N. RAINBOW BLVD., STE. 960 LAS VEGAS, NV 89107** | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **NICOLE VERTHAGEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8923 BELCONTE LANE HENDERSON, NV 89074** | C | | | | | | | | Unknown |
| Account No. xxxxxxxxxxxxxx1836 | | | | | 2009 ELECTRICITY BILL FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA | | | | |
| **NV ENERGY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98910 LAS VEGAS, NV 89151-0001** | C | | | | | | | | 227.96 |
| Account No. xxxxxxxxxxxxxx3049 | | | | | 2009 ELECTRICITY BILL FOR 3512 TERRAZA MAR AVE., N. LAS VEGAS, NEVADA 89081 | | | | |
| **NV ENERGY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98910 LAS VEGAS, NV 89151-0001** | C | | | | | | | | 387.18 |
| Account No. xxxxxxxxxxxxxx7561 | | | | | 2009 ELECTRICITY BILL FOR 3852 HOLLYCROFT DRIVE, N. LAS VEGAS, NEVADA | | | | |
| **NV ENERGY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98910 LAS VEGAS, NV 89151-0001** | C | | | | | | | | 224.91 |

Sheet no. __71__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    840.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxxxxx5823 | | | | | ELECTRICITY BILL FOR 6444 BECKMAN GLEN COURT, LAS VEGAS, NEVADA | | | | |
| **NV ENERGY ATTN: BANKRUPTCY DESK/MANAGING AGENT PO BOX 30086 RENO, NV 89520-3086** | C | | | | | | | | 229.47 |
| Account No. xxxxxxxxxxxxxx7043 | | | | | ELECTRICITY BILL FOR 9025 S. TENAYA WAY, LAS VEGAS, NEVADA | | | | |
| **NV ENERGY ATTN: BANKRUPTCY DESK/MANAGING AGENT PO BOX 30086 RENO, NV 89520-3086** | C | | | | | | | | 580.70 |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **ONA & MICHELLE WESTFALL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5527 ASHLEIGH WALK DRIVE SUWANEE, GA 30024** | C | | | | | | | | Unknown |
| Account No. | | | | | HOME OWNER ASSOCIATION FEES FOR 5415 E. HARMON AVE #2009, LAS VEGAS, NEVADA | | | | |
| **OPULENCE CONDOMINIUM HOA C/O COLONIAL PROPERTY MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3068 E. SUNSET ROAD, STE. 14 LAS VEGAS, NV 89120** | C | | | | | | | | 1,203.19 |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| **OSO CASEL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 12712 SADDLEBROOK DRIVE SILVER SPRING, MD 20906** | C | | | | | | | | Unknown |

Sheet no. __**72**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,013.36

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
       **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**OWEN & MARY THOMSEN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**26972 SALAZAR DRIVE**<br>**MISSION VIEJO, CA 92691** | C | | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**PAIGE MOSER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1225 ASTER STREET**<br>**SIMI VALLEY, CA 93063** | C | | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**PAT ROWAN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5421 FACULTY AVE.**<br>**LAKEWOOD, CA 90712** | C | | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**PAUL J. DORLAN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3453 QUARRY PARK DRIVE**<br>**SAN JOSE, CA 95136** | C | | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**PAUL KIM**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**725 RIVER ROAD, STE. 32 PMB 213**<br>**EDGEWATER, NJ 07020** | C | | | | REAL ESTATE SEMINAR | | | | **Unknown** |

Sheet no. __73__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| PAUL SHAW ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 95 HILLCREST ROAD SAN CARLOS, CA 94070 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| PENNY TESCH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 325 WASHINGTON AVE. S. #82 KENT, WA 98032 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| PERRY FUEHRER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 599 B HAMILTON STREET COSTA MESA, CA 92627 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| PETER NAPOLI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2540 S. MARYLAND PKWY #145 LAS VEGAS, NV 89109 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| PHIL PAINTER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2251 N. RAMPART UNIT 280 LAS VEGAS, NV 89128 | C | | | | | | Unknown |

Sheet no. __74__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
      **SUZAN J HUDSON**                             Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. <br><br>**PHILIP HUBLER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**68265 HERMOSILLO ROAD**<br>**CATHEDRAL CITY, CA 92234** | C | | **REAL ESTATE SEMINAR** | | | | Unknown |
| Account No. **WC101DWD1** <br><br>**PIONEER ENERGY MANAGEMENT**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 26327**<br>**COLUMBUS, OH 43226-0327** | C | | **2009**<br>**ELECTRICITY BILL FOR 101 DUSKY WILLOW DRIVE., REYNOLDSBURG, OHIO** | | | | 294.90 |
| Account No. **WC103DWD1** <br><br>**PIONEER ENERGY MANAGEMENT**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 26327**<br>**COLUMBUS, OH 43226-0327** | C | | **2009**<br>**ELECTRICITY BILL FOR 103 DUSKY WILLOW DRIVE, REYNOLDSBURG, OH 43068** | | | | 51.70 |
| Account No. <br><br>**PLINIO BRITO**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5301 JACKSON VALLEY COURT**<br>**LAS VEGAS, NV 89131** | C | | **REAL ESTATE SEMINAR** | | | | Unknown |
| Account No. **xxxx4169** <br><br>**PMI**<br>**ATTN: BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**3003 OAK RD.**<br>**WALNUT CREEK, CA 94597** | | W | **UNSECURED NOTE ON SHORT SALE OF PROPERTY LOCATED AT 11064 PARETE COURT, LAS VEGAS, NV 89113** | | | | 60,000.00 |

Sheet no. __75__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal       **60,346.60**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                          Case No. _____
         **SUZAN J HUDSON**

                                                                ,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **POSITANO HOA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 630 TRADE CENTER DRIVE #100 LAS VEGAS, NV 89119** | C | | HOME OWNER ASSOCIATION FEES FOR 8771 BRINDISI PARK AVE., LAS VEGAS, NEVADA | | | | **0.00** |
| Account No. **RANDI ORZOFF ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 64 TEAHOUSE STREET LAS VEGAS, NV 89138** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. **REBECCA AND GIANINA CHATTMAN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 103 DUSKY WILLOW DRIVE REYNOLDSBURG, OH 43068** | C | | RESIDENTIAL LEASE | | | | **Unknown** |
| Account No. **REBECCA KOEHN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5490 OLD HWY 60 NORWOOD, MO 65717** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No. **REBECCA KRINER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 102 LINGER LANE PHOENIX, AZ 85020** | C | | REAL ESTATE SEMINAR | | | | **Unknown** |

Sheet no. __**76**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**              Case No. _____
       **SUZAN J HUDSON**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | C | | REAL ESTATE SEMINAR | | | | |
| REBECCA URSICH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 942 N 84TH STREET SEATTLE, WA 98103 | | | | | | | | **Unknown** |
| Account No. **Rx8996** | | C | | HOME OWNER ASSOCIATION FEES FOR 3852 HOLLYCROFT DRIVE., N. LAS VEGAS, NV 89081 | | | | |
| RED ROCK FINANCIAL SERVICES ATTN: BANKRUPTCY DESK/MANAGING AGENT 6830 W. OQUENDO RD. #201 LAS VEGAS, NV 89118 | | | | | | | | **0.00** |
| Account No. | | C | | TRASH FOR 124 SIMOBLE, LAS VEGAS, NEVADA | | | | |
| REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508 | | | | | | | | **0.00** |
| Account No. **xx-xx165-2** | | C | | 2009 TRASH FOR 11064 PARETE COURT, LAS VEGAS, NEVADA | | | | |
| REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508 | | | | | | | | **203.66** |
| Account No. **xxxx xx-xxx760-7** | | C | | TRASH BILL FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA | | | | |
| REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508 | | | | | | | | **45.33** |

Sheet no. __77__ of __99__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)                **248.99**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**                          Case No. _____
          **SUZAN J HUDSON**

                                              ,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **REX & ROCHELLE WATKINS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 21011 CHATSWORTH STREET CHATSWORTH, CA 91311** | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **RHONDA SIEFKEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1051 S. DOBSON ROAD., SUITE 191 CALABASAS, CA 91302** | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **RICHARD L. BURNS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 27134 ELIAS AVE. SANTA CLARITA, CA 91350** | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **RICHARD LEE C/O 1ST AMERICAN TITLE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2490 PASEO VERDE PARKWAY, STE. 100 HENDERSON, NV 89074** | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **RICK CUNNINGHAM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6709 W. 119TH STREET LEAWOOD, KS 66209** | C | | | | | | Unknown |

Sheet no. __78__ of __99__ sheets attached to Schedule of                           Subtotal                               
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                     Case No. _____

          **SUZAN J HUDSON**

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**RICK FOSTER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1054 ROYAL SKYLINE**<br>**HENDERSON, NV 89015** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**RICK LAYMAN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3120 RAWLEY PIKE**<br>**HARRISONBURG, VA 22801** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**ROB BUSWELL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 6178**<br>**GOODYEAR, AZ 85338** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**ROB MCFADDEN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1196 E. BELLA VISTA DRIVE**<br>**KAYSVILLE, UT 84037** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**ROBBY LEBLANC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 73276**<br>**LAS VEGAS, NV 89170** | C | | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __79__ of __99__ sheets attached to Schedule of                  Subtotal

Creditors Holding Unsecured Nonpriority Claims             (Total of this page)        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
    **SUZAN J HUDSON**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ROBERT MURRAY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3909 ADAIR COURT BAKERSFIELD, CA 93309 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ROBIN BELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2406 GREENS AVE. HENDERSON, NV 89014 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| ROBIN TRAVELSTEAD ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8750 W. VIA DEL VALLE SCOTTSDALE, AZ 85258 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| RON CAREY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 17287 LACANADA ROAD MADERA, CA 93638 | C | | | | | | Unknown |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| RON PARISH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2300 E. STEPHENS PL CHANDLER, AZ 85225 | C | | | | | | Unknown |

Sheet no. __80__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                    Case No. _____
          **SUZAN J HUDSON**

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **ROSSLYNNE LUDDEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 687 CARZORLA AVENUE CHULA VISTA, CA 91910** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **ROY JOHNSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 105 E. TOWNLINE ROAD VERNON HILLS, IL 60061** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **RUSSELL & MICHELLE SMITH ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9015 S. TENAYA WAY LAS VEGAS, NV 89113** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **RYAN EARLE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 385 N. BROWN ROAD #9 MINNEAPOLIS, MN 55437** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **SALLY EICKENHORST ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8308 MOUNT LOGAN COURT LAS VEGAS, NV 89131** | C | | | | | | | **Unknown** |

Sheet no. __81__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                         Case No. _____
         **SUZAN J HUDSON**

_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**SAM & KRISTYNE CROCE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**7235 HOLLYWOOD PARK AVE.**<br>**LAS VEGAS, NV 89129** | C | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**SAM A. SCHWARTZ, ESQ.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**626 S. THIRD STREET**<br>**LAS VEGAS, NV 89101** | C | | | ATTORNEY FEES | | | | **Unknown** |
| Account No.<br><br>**SANDI HEALY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9781 COFFEE AVE.**<br>**LAS VEGAS, NV 89147** | C | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**SANDRA HAYNES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**96 - 12TH STREET**<br>**CRESSKILL, NJ 07626** | C | | | REAL ESTATE SEMINAR | | | | **Unknown** |
| Account No.<br><br>**SANDY GREEN**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**650 S. SUNKIST STREET**<br>**ANAHEIM, CA 92806** | C | | | REAL ESTATE SEMINAR | | | | **Unknown** |

Sheet no. __**82**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SARAH JOHNSON**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**210 E. ROBINDALE ROAD**<br>**LAS VEGAS, NV 89123** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**SCOTT CAMPBELL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1652 S. GRAND AVE. #103**<br>**PULLMAN, WA 99163** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. xxxxxxxx0565<br><br>**SELECT PORTFOLIO SERVICING, INC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 551170**<br>**JACKSONVILLE, FL 32255-1170** | W | | | **Opened 6/01/07 Last Active 5/01/09**<br>**FORECLOSED PROPERTY OF 10582**<br>**LONGORIA GARDEN STREET, LAS VEGAS,**<br>**NV 89141** | | | | **202,491.00** |
| Account No.<br><br>**SEROJA KASLI**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1669-2 HOLLENBECK AVE. #262**<br>**SUNNYVALE, CA 94087** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**SHANE & CAMI LEWIS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 91731**<br>**HENDERSON, NV 89009** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __83__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**202,491.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

_____,
                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| SHARON GLENWINKEL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2520 MAJELLA ROAD VISTA, CA 92084 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| SHAUN ELLERD-STYLES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1059 S. ORANGE GROVE AVE. LOS ANGELES, CA 90019 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| SHAYNA GOLDSTEIN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3067 RED SPRINGS DRIVE LAS VEGAS, NV 89135 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| SHELIA BERTILSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 13979 SKYLINE DRIVE SPICER, MN 56288 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| SHERI BERNER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9891 WONDERFUL DAY DRIVE LAS VEGAS, NV 89148 | C | | | | | | | | Unknown |

Sheet no. __84__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **FRANK WOODBECK,**                                    Case No. _____
        **SUZAN J HUDSON**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **SHERRY BYRNS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30698 LAS VEGAS, NV 89173** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **SHIRLEE BENSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1701 PLATA PICO DRIVE LAS VEGAS, NV 89128** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **SHIRLEY FRASER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 21551 SAINT JOHN LANE HUNTINGTON BEACH, CA 92646** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **SILAS NELSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2 ASHFORD COURT TRENTON, NJ 08691** | C | | | | | | **Unknown** |
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **SILDEM GANDY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5516 GIPSY AVENUE LAS VEGAS, NV 89107** | C | | | | | | **Unknown** |

Sheet no. __**85**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**                                          Case No. _____
       **SUZAN J HUDSON**

                                                          ,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **SKYLER MEIGHAN C/O TOUCHSTONE REAL ESTATE GROUP ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9101 CAMINO MEDIA BAKERSFIELD, CA 93311** | | C | | | | | **Unknown** |
| Account No. | | | HOME OWNER ASSOCIATION FEES FOR 1043 DORSET DRIVE., HENDERSON, TENNESSEE | | | | |
| **SOMERSET DOWNS HOA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1002 SOMERSET DOWNS ROAD HENDERSONVILLE, TN 37075** | | C | | | | | **1,500.00** |
| Account No. | | | HOME OWNER ASSOCIATION FEES FOR 11064 PARETE COURT, LAS VEGAS, NEVADA | | | | |
| **SOUTHERN HIGHLANDS HOA C/O OLUMPIA MANAGEMENT SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 830672 BIRMINGHAM, AL 35283-0672** | | C | | | | | **185.00** |
| Account No. **xxx-xxxxxx8-002** | | | GAS BILL FOR 8109 ALTAMONT RIDGE, LAS VEGAS, NEVADA | | | | |
| **SOUTHWEST GAS CORPORATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98512 LAS VEGAS, NV 89193** | | C | | | | | **22.79** |
| Account No. **xxx-xxxxxx5-005** | | | GAS BILL FOR 3512 TERRAZA MAR AVE., N. LAS VEGAS, NEVADA 89081 | | | | |
| **SOUTHWEST GAS CORPORATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98512 LAS VEGAS, NV 89193** | | C | | | | | **15.87** |

Sheet no. __86__ of __99__ sheets attached to Schedule of                              Subtotal                      |  **1,723.66**
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**                 Case No. _____
      **SUZAN J HUDSON**

_____,
                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx3-009** <br><br>**SOUTHWEST GAS CORPORATION ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98512 LAS VEGAS, NV 89193** | C | | **GAS BILL FOR 3852 HOLLYCROFT DRIVE., N. LAS VEGSA, NEVADA** | | | | 46.16 |
| Account No. <br><br>**SPECTRUM COMMUNITY ASSOCIATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3303 S. LINDSAY ROAD, SUITE 124 GILBERT, AZ 85296** | C | | **HOME OWNER ASSOCIATION FEES FOR 945 JULIAN DRIVE, GILBERT AZ 85296** | | | | 183.00 |
| Account No. **xxxxx3137** <br><br>**SPRINT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6391 SPRINT PARKWAY OVERLAND PARK, KS 66251-4300** | C | | **HOME OFFICE 800 LINE** | | | | 25.67 |
| Account No. <br><br>**STACEY TYLER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2013 ARBOR FOREST STREET LAS VEGAS, NV 89134** | C | | **REAL ESTATE SEMINAR** | | | | Unknown |
| Account No. <br><br>**STAN AND RISSA SKLAR ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2607 EVENING SKY DRIVE HENDERSON, NV 89052** | C | | **REAL ESTATE SEMINAR** | | | | Unknown |

Sheet no. __**87**__ of __**99**__ sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)      254.83

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
    **SUZAN J HUDSON**
                                                  ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| STEVE & MARSALA RYPKA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2194 CLEARWATER LAKE DRIVE HENDERSON, NV 89044 | C | | | | | | | | Unknown |
| Account No. | | | | | RESIDENTIAL LEASE | | | | |
| STEVE AND VICKIE RIVERA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8862 SILVER GLEN DRIVE. FOUNTAIN, CO 80817 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| STEVE KIRKMAN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6551 SANTA BARBARA, CA 93160 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| STEVE OSHINS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| STEVEN & KELLIE KING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4460 HILLVIEW WAY ROHNERT PARK, CA 94928 | C | | | | | | | | Unknown |

Sheet no. __88__ of __99__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**STEVEN HJORTH**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**14732 CANDEDA PLACE**<br>**TUSTIN, CA 92780** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**STEVEN MATTOS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1340 SIERRA AVE.**<br>**SAN JOSE, CA 95126** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**STEVEN RICHLAND**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**14480 SW CAMDEN LANE**<br>**LAKE OSWEGO, OR 97035** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**STUART DECELLES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**6001-21 ARGYLE FOREST BLVD. #163**<br>**JACKSONVILLE, FL 32244** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**SUNNI GIBBONS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**5995 OAK VALLEY COURT**<br>**SANTA MARIA, CA 93455** | C | | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. __**89**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
         (Total of this page)       **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**                                      Case No. _____
         **SUZAN J HUDSON**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br> **SUNRISE CANYON HOA** <br>**C/O RMI MANAGEMENT, LLC** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**630 TRADE CENTER DRIVE, STE. 100** <br>**LAS VEGAS, NV 89119** | C | | | HOME OWNER ASSOCIATION FEES FOR 3852 HOLLYCROFT DRIVE., N. LAS VEGAS, NEVADA | | | | 993.00 |
| Account No. <br><br> **SUNSET HARBOR LUXURY** <br>**CONDOMINIUMS** <br>**ATTN:  BANKRUPTCY** <br>**DESK/MANAGING AGENT** <br>**PO BOX 1457** <br>**MONTGOMERY, TX 77356** | C | | | HOME OWNER ASSOCIATION FEES FOR 7039 KINGSTON COVE, UNIT 310, WILLIS, TEXAS | | | | 3,169.40 |
| Account No. <br><br> **SUNSET PASS HOA** <br>**C/O RMI MANAGEMENT, LLC** <br>**630 TRADE CENTER DRIVE, SUITE 100** <br>**LAS VEGAS, NV 89119** | C | | | HOME OWNER ASSOCIATION FEES FOR 8585 PEACEFUL DREAMS STREET, LAS VEGAS, NEVADA 89139 | | | | 363.00 |
| Account No. <br><br> **SUNSET PASS HOA** <br>**C/O RMI MANAGEMENT, LLC** <br>**630 TRADE CENTER DRIVE, SUITE 100** <br>**LAS VEGAS, NV 89119** | C | | | HOME OWNER ASSOCIATION FEES FOR 8589 PEACEFUL DREAMS STREET, LAS VEGAS, NEVADA 89139 | | | | 363.00 |
| Account No. <br><br> **SUSAN CARLSON** <br>**ATTN: BANKRUPTCY DEPT. /** <br>**MANAGING AGENT** <br>**21011 CHATSWORTH STREET** <br>**CHATSWORKTH, CA 91311** | C | | | REAL ESTATE SEMINAR | | | | Unknown |

Sheet no. __**90**__ of __**99**__ sheets attached to Schedule of                                    Subtotal                    | 4,888.40 |
Creditors Holding Unsecured Nonpriority Claims                                               (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

_____,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **SUSAN MCMANUS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 211433 CHULA VISTA, CA 91921** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **SUZIE MACKENZIE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 581 S. ARLINGTON ROAD ORANGE, CA 92869** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **TAD LIGNELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2030 LINCOLN CIRCLE SALT LAKE CITY, UT 84124** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **TAMI TODD ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5469 CLOUD WAY SAN DIEGO, CA 92117** | C | | | | | | | **Unknown** |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| **TAMMY STARRING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9035 S. TENAYA WAY LAS VEGAS, NV 89113** | C | | | | | | | **Unknown** |

Sheet no. __91__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
      **SUZAN J HUDSON**

Case No. _____

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| TANIA ALLEN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2650-147 JAMACHA ROAD #238 EL CAJON, CA 92019 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| TERESA BERRY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4531 HAVOC WAY NORTH LAS VEGAS, NV 89031 | C | | | | | | | Unknown |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| TERESA SERRANO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 20603 LAS VEGAS, NV 89112 | C | | | | | | | Unknown |
| Account No. | | | | HOME OWNER ASSOCIATION FEES FOR 3512 TERRAZA MAR AVE., N. LAS VEGAS, NEVADA | | | | |
| TERRACINA/TERRASOL HOA C/O TERRA WEST MANAGEMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2655 S. RAINBOW BLVD., SUITE 200 LAS VEGAS, NV 89146 | C | | | | | | | 1,371.48 |
| Account No. | | | | REAL ESTATE SEMINAR | | | | |
| TERRY BEGUE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 11580 WILLIAM PENN AVE NE HARTVILLE, OH 44632 | C | | | | | | | Unknown |

Sheet no. **92** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,371.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
     **SUZAN J HUDSON**

Case No. _____

_____ ,
                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | RESIDENTIAL LEASE | | | | |
| TERRY COLLIER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8589 PEACEFUL DREAMS STREET LAS VEGAS, NV 89139 | C | | | | | | | | Unknown |
| Account No. TFPCxxxxxxx4334 | | | | | POLICY FOR 7039 KINGSTON COVE, UNIT 310, WILLIS TEXAS 77318 | | | | |
| TEXAS FAIR PLAN ASSOCIATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 99080 AUSTIN, TX 78709-9080 | C | | | | | | | | 100.00 |
| Account No. | | | | | HOME OWNER ASSOCIATION FEES FOR 170 BOULEVARD, UNIT H526, ATLANTA, GA | | | | |
| THE STACKS AT FULTON COTTON MILLS HOA C/O CONDOMINIUM CONCEPTS MGMT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 421116 | C | | | | | | | | 1,872.93 |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| TIFFANY PORTO-DAHL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 11178 ANTONINE WALL COURT LAS VEGAS, NV 89141 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| TIM MERRELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1525 VIA CASSIA HENDERSON, NV 89052 | C | | | | | | | | Unknown |

Sheet no. __93__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,972.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
　　　 **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TIM MINER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>7250 PEAK DRIVE, STE. 212<br>LAS VEGAS, NV 89128** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**TIM PAGE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>530 MELROSE STREET<br>MODESTO, CA 95354-0436** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**TINA SWITZER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>6120 W. TROPICANA, A16-189<br>LAS VEGAS, NV 89103** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**TODD & JULIA EARLE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>4011 PEBBLEBROOK DRIVE<br>LAS VEGAS, NV 89147** | | C | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**TODD ARMSTRONG<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1043 DORSET DRIVE<br>HENDERSONVILLE, TN 37075** | | C | **RESIDENTIAL LEASE** | | | | **Unknown** |

Sheet no. __94__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
    **SUZAN J HUDSON**

Case No. _____

_____,
                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**TOM BABAUTA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8410 ELDORA AVE.**<br>**LAS VEGAS, NV 89117** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**TOM GASPER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1152 BRECKENHAM COURT**<br>**HENDERSON, NV 89015** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**TRACEY COREA**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9320 ANGELFISH DRIVE**<br>**LAS VEGAS, NV 89117** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. <br><br>**TRACY HUGHES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**35 A. JAMES COOK ISLAND**<br>**SYLVANIA WATERS 2224** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. xxxxx-xxxxxx3791 <br><br>**TRANSWORLD SYSTEMS, INC.**<br>**COLLECTION AGENCY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**6655 WEST SAHARA AVE., #A-210**<br>**LAS VEGAS, NV 89146** | C | | **WARRANTY COMPANY** | | | | **55.00** |

Sheet no. __**95**__ of __**99**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**55.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**                          Case No. _____
       **SUZAN J HUDSON**

                                                ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TUT CUNNINGHAM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2070 PARK ROAD RIDGEWAY, SC 29130** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**TYSON T. MITCHELL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1762 VIRGINIA AVE., STE. 1 ATLANTA, GA 30337** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No. **xxx7707**<br><br>**UNION RURAL ELECTRIC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 15461 US RTE. 36 PO BOX 393 MARYSVILLE, OH 43040** | C | | **MARCH 2009 ELECTRICITY FOR 531 GLEN OAKS DRIVE, MARYSVILLE, OHIO** | | | | **143.49** |
| Account No.<br><br>**VERLAND AND EMILY PIERSON ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8423 HOLLYWOOD HILLS AVE. LAS VEGAS, NV 89178** | C | | **RESIDENTIAL LEASE** | | | | **Unknown** |
| Account No.<br><br>**VICKIE LUEDEMAN ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 14 MONTERERY COURT MANHATTAN BEACH, CA 90266** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. **_96_** of **_99_** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **143.49**

B6F (Official Form 6F) (12/07) - Cont.

In re **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| VICTORIA L. RENNIE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 25323 MAINSAIL DRIVE DANA POINT, CA 92629 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| VINCE POMPEI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3394 GARDEN SHOWER PLACE LAS VEGAS, NV 89135 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| VIRGINIA PLEKENPOL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4020 N. MACARTHUR BLVD. #122-320 IRVING, TX 75038 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| WANDA HAWKINS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 60222 LAS VEGAS, NV 89160 | C | | | | | | | | Unknown |
| Account No. | | | | | REAL ESTATE SEMINAR | | | | |
| WANDA SOBOTKA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1023 DELTA DRIVE LAFAYETTE, CO 80026 | C | | | | | | | | Unknown |

Sheet no. __97__ of __99__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **FRANK WOODBECK,**
        **SUZAN J HUDSON**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx2484**<br><br>**WELLS FARGO**<br>**ATTN: BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 29704**<br>**PHOENIX, AZ 85038** | H | | **Opened 9/01/01 Last Active 5/01/09**<br>**CREDIT CARD PURCHASES** | | | | **434.53** |
| Account No.<br><br>**WILLOW BELLOTTI**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4815 E. NEW YORK STREET**<br>**LAS VEGAS, NV 89104** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |
| Account No.<br><br>**WILLOW CREEK CONDOMINIUM**<br>**C/O SBS MANAGMENT LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3974-1 BROWN PARK DRIVE**<br>**HILLIARD, OH 43026** | C | | **HOME OWNER ASSOCIATION FEES FOR 101**<br>**DUSKY WILLOW DR., REYNOLDSBURG, OHIO** | | | | **1,504.34** |
| Account No.<br><br>**WILLOW CREEK CONDOMINIUM**<br>**C/O SBS MANAGMENT LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3974-1 BROWN PARK DRIVE**<br>**HILLIARD, OH 43026** | C | | **HOME OWNER ASSOCIATION FEES FOR 103**<br>**DUSKY WILLOW DRIVE, REYNOLDSBURG,**<br>**OHIO** | | | | **849.37** |
| Account No.<br><br>**YIH-YI CHANG**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3121 SCOTT STREET**<br>**VISTA, CA 92081** | C | | **REAL ESTATE SEMINAR** | | | | **Unknown** |

Sheet no. **98** of **99** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,788.24**

B6F (Official Form 6F) (12/07) - Cont.

In re    **FRANK WOODBECK,**
        **SUZAN J HUDSON**                                Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | REAL ESTATE SEMINAR | | | | |
| **ZAIDA LUGO-PICHARDO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 11 GABRIEL DRIVE BRONX, NY 10469** | C | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __**99**__ of __**99**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **1,651,543.97** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **FRANK WOODBECK,**                          Case No. _____
       **SUZAN J HUDSON**

_____,
                                 Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ALEX RODRIGUEZ**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**10587 MANN STREET**<br>**LAS VEGAS, NV 89141** | **RESIDENTIAL LEASE** |
| **ANNA SORRELL**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5415 W. HARMON AVE. #2009**<br>**LAS VEGAS, NV 89103** | **RESIDENTIAL LEASE** |
| **ARTHUR AND DENISE LOVE**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9835 OPAL BRIDGE COURT**<br>**LAS VEGAS, NV 89178** | **RESIDENTIAL LEASE** |
| **BYRON SPENCER & MISTY CHERRY**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**135 GRACIOUS CREST AVENUE**<br>**NORTH LAS VEGAS, NV 89032** | **RESIDENTIAL LEASE** |
| **IAN RICKEY**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8458 PICO RIVERA AVE.**<br>**LAS VEGAS, NV 89178** | **RESIDENTIAL LEASE** |
| **JEFF LAUTEN**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**10575 MANN STREET**<br>**LAS VEGAS, NV 89141** | **RESIDENTIAL LEASE** |
| **JOSEPH AND DANA MANTYNEN**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8585 PEACEFUL DREAMS STREET**<br>**LAS VEGAS, NV 89139** | **RESIDENTIAL LEASE** |
| **MARILYN DELARA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**945 JULIAN DR.**<br>**GILBERT, AZ 85296** | **RESIDENTIAL LEASE** |
| **MARVIN AND LADONNA NELSON**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8222 SILVER GLEN DRIVE**<br>**FOUNTAIN, CO 80817** | **RESIDENTIAL LEASE** |

**1**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **FRANK WOODBECK,**
         **SUZAN J HUDSON**

Case No. _____

_____,
                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MAUREEN ADAMO**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1624 BOX STEP DRIVE.**<br>**HENDERSON, NV 89012** | **RESIDENTIAL LEASE** |
| **REBECCA AND GIANINA CHATTMAN**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**103 DUSKY WILLOW DRIVE**<br>**REYNOLDSBURG, OH 43068** | **RESIDENTIAL LEASE** |
| **STEVE AND VICKIE RIVERA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8862 SILVER GLEN DRIVE.**<br>**FOUNTAIN, CO 80817** | **RESIDENTIAL LEASE** |
| **TERRY COLLIER**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8589 PEACEFUL DREAMS STREET**<br>**LAS VEGAS, NV 89139** | **RESIDENTIAL LEASE** |
| **TODD ARMSTRONG**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1043 DORSET DRIVE**<br>**HENDERSONVILLE, TN 37075** | **RESIDENTIAL LEASE** |
| **VERLAND AND EMILY PIERSON**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**8423 HOLLYWOOD HILLS AVE.**<br>**LAS VEGAS, NV 89178** | **RESIDENTIAL LEASE** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **FRANK WOODBECK,**                                          Case No. _____
         **SUZAN J HUDSON**

_____,
                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| CHARLES BELL<br>THE ESTATE OF CHARLES BELL<br>2406 GREENS AVE.<br>HENDERSON, NV 89014 | BAC HOME LOANS/COUNTRYWIDE<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>450 AMERICAN ST.<br>SIMI VALLEY, CA 93065 |
| CHARLES BELL<br>THE ESTATE OF CHARLES BELL<br>2406 GREENS AVE.<br>HENDERSON, NV 89014 | BAC HOME LOANS/COUNTRYWIDE<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>450 AMERICAN ST.<br>SIMI VALLEY, CA 93065 |
| COLLETTE POWERS BARBEE<br>1493 SW TROON<br>PALM CITY, FL 34990 | COMMUNITY FIRST BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>201 W. SYCAMORE STREET<br>KOKOMO, IN 46901 |
| DAVID & RITA STARK<br>2021 E. MARLENE DRIVE<br>GILBERT, AZ 85296 | TAYLOR, BEAN, WHITAKER<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>315 NE 14TH STREET<br>OCALA, FL 34470 |
| JENNIFER WEISBRUCH<br>2102 SKYVIEW GLEN<br>ESCONDIDO, CA 92027 | COMMUNITY FIRST BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>201 W. SYCAMORE STREET<br>KOKOMO, IN 46901 |
| JENNIFER WESIBRUCH<br>2102 SKYVIEW GLEN<br>ESCONDIDO, CA 92027 | CITIMORTGAGE<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>295 N. RURAL RD. 268<br>CHANDLER, AZ 85226 |
| SANDI MARVICH<br>2020 CAMINO DE LA REINA #211<br>SAN DIEGO, CA 92108 | GMAC MORTGAGE<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 780<br>WATERLOO, IA 50704-0780 |
| SANDI MARVICH<br>2020 CAMINO DE LA REINA #211<br>SAN DIEGO, CA 92108 | BANK OF AMERICA<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 30750<br>LOS ANGELES, CA 90030-0750 |
| SANDI MARVICH<br>2020 CAMINO DE LA REINA #211<br>SAN DIEGO, CA 92108 | BANK OF AMERICA<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 30750<br>LOS ANGELES, CA 90030-0750 |

1

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **FRANK WOODBECK,**                                                      Case No. _____
       **SUZAN J HUDSON**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SANDI MARVICH IRA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**2020 CAMINO DE LA REINA #211**<br>**SAN DIEGO, CA 92108** | **GARY AND MARY LUCILLE LAWSON**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**38 LOCUST PEG RD.**<br>**JASPER, GA 30143** |
| **STEVEN KING**<br>**4460 HILLVIEW WAY**<br>**ROHNERT PARK, CA 94928** | **USAA FEDERAL SAVINGS BANK**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 47504**<br>**SAN ANTONIO, TX 78265** |
| **SUSAN MACKENZIE**<br>**581 S. ARLINGTON ROAD**<br>**ORANGE, CA 92869** | **GMAC MORTGAGE**<br>**ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 780**<br>**WATERLOO, IA 50704-0780** |
| **THE ENCHANTMENT WAY DEVELOPMENT LLC**<br>**9045 S. TENAYA WAY**<br>**LAS VEGAS, NV 89113** | **MARK CITSAY**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**209 POPOLO DRIVE**<br>**LAS VEGAS, NV 89138** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **FRANK WOODBECK**
**SUZAN J HUDSON**                                          Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CONSULTANT** | **DIRECT SALES/MARKETING** |
| Name of Employer | **MANPOWER INC. OF SOUTHERN NEVADA** | **SELF EMPLOYED** |
| How long employed | **5 MONTHS** | **11 YEARS** |
| Address of Employer | **6615 S. EASTERN AVE. LAS VEGAS, NV 89119** | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **12,705.42** | $ **0.00** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **12,705.42** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **3,283.06** | $ **0.00** |
| b. Insurance | | $ **0.00** | $ **0.00** |
| c. Union dues | | $ **0.00** | $ **0.00** |
| d. Other (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **3,283.06** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **9,422.36** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance | | | |
| (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income | | | |
| (Specify): | | $ **0.00** | $ **0.00** |
| | | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **9,422.36** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **9,422.36** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**EXPECTING A DECREASE DUE TO CONTRACT TERMINATION**

B6J (Official Form 6J) (12/07)

In re   **FRANK WOODBECK**
**SUZAN J HUDSON**               Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,801.51 |
|    a. Are real estate taxes included?    Yes __X__    No ___ | | |
|    b. Is property insurance included?    Yes __X__    No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 226.18 |
|                 b. Water and sewer | $ | 0.00 |
|                 c. Telephone | $ | 0.00 |
|                 d. Other  **See Detailed Expense Attachment** | $ | 96.63 |
| 3. Home maintenance (repairs and upkeep) | $ | 246.69 |
| 4. Food | $ | 375.63 |
| 5. Clothing | $ | 16.69 |
| 6. Laundry and dry cleaning | $ | 33.26 |
| 7. Medical and dental expenses | $ | 182.74 |
| 8. Transportation (not including car payments) | $ | 133.11 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 52.62 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                 a. Homeowner's or renter's | $ | 0.00 |
|                 b. Life | $ | 906.56 |
|                 c. Health | $ | 760.75 |
|                 d. Auto | $ | 0.00 |
|                 e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|          (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                 a. Auto | $ | 0.00 |
|                 b. Other | $ | 0.00 |
|                 c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 2,000.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 3,009.20 |
| 17. Other  **See Detailed Expense Attachment** | $ | 1,781.43 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 12,703.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 9,422.36 |
| b.    Average monthly expenses from Line 18 above | $ | 12,703.00 |
| c.    Monthly net income (a. minus b.) | $ | -3,280.64 |

B6J (Official Form 6J) (12/07)

In re    **FRANK WOODBECK**
      **SUZAN J HUDSON**                                Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **TRASH** | $ | **12.65** |
| **CABLE** | $ | **83.98** |
| **Total Other Utility Expenditures** | $ | **96.63** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **NETWORK ORGANIZATIONS (PERSONAL)** | $ | **200.00** |
| **PETS** | $ | **60.00** |
| **PROFESSIONAL FEES (LEGAL/ACCOUNTING)** | $ | **798.50** |
| **BANK SERVICE CHARGES** | $ | **71.31** |
| **MISCELLANEOUS EXPENSES** | $ | **625.03** |
| **POSTAGE** | $ | **26.59** |
| **Total Other Expenditures** | $ | **1,781.43** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **FRANK WOODBECK**
　　　**SUZAN J HUDSON**

Debtor(s)

Case No.

Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **135** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 23, 2009**

Signature **/s/ FRANK WOODBECK**
　　　　　**FRANK WOODBECK**
　　　　　Debtor

Date **September 23, 2009**

Signature **/s/ SUZAN J HUDSON**
　　　　　**SUZAN J HUDSON**
　　　　　Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re **FRANK WOODBECK**
**SUZAN J HUDSON**

Debtor(s)

Case No.

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$96,979.16** | **2009 YTD INCOME** |
| **$-29,717.00** | **2007 INCOME** |
| **$-101,908.00** | **2008 INCOME** |

2

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                              SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **FRANK WOODBECK, CLAIMANT VS. CHRISTOPHER DEVINE, INDIVIDUALLY AND LAKESHORE MEDIA LLC, RESPONDENT - OFFICE OF LABOR COMMISSIONER** | **UNPAID WAGES DUE MR. WOODBECK** | **NEVADA STATE LABOR COMMISIONER, 555 E. WASHINGTON AVENUE, SUITE 4100, LAS VEGAS, NV 89101** | **ORDER DATED 6/23/09 IN THE AMOUNT OF $16,019.60** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **HARDIN & SONS, INC. VS. THE BLACK AND WHITE LIVING TRUST 2006, FRANK R. WOODBECK, SR., AND SUSAN J. HUDSON, DEFENDANTS - CASE NO. A572438** | **NON-PAYMENT OF SEPTIC TANK INSTALLATION BY DEVELOPER AT 9045 SOUTH TENAYA WAY, LAS VEGAS, NV 89113** | **DISTRICT COURT OF CLARK COUNTY, NEVADA - 500 LEWIS AVENUE, 5TH FLOOR, LAS VEGAS, NV 89101** | **CASE IS CURRENTLY PENDING** |
| **FRANK R. WOODBECK V. VIRGINIA A. WOODBECK** | **REDUCTION OF PLAINTIFF'S SPOUSAL SUPPORT PAYMENTS** | **DISTRICT COURT, FAMILY DIVISION, LAS VEGAS, NV** | **ORDERED REDUCTION IN SPOUSAL SUPPORT DATED 11/13/08** |
| **SILVER STATE ANGEL INVESTMENTS, LLC V. SORENSEN ET AL. CASE NO.: CC2009051688** | **COLLECTIONS** | **HIGHLAND JUSTICE COURT COUNTY OF MARICOPA, STATE OF ARIZONA** | **JUDGMENT ORDERED** |
| **CITIMORTGAGE V. HUDSON CASE NO.: 09CV0692** | **COLLECTIONS** | **LICKING COUNTY OHIO** | **PENDING** |
| **WOODBECK V. KHAFE MORTGAGE ET AL. CASE NO.: A551561** | **FRAUD/MISREPRESENTATION** | **DISTRICT COURT CLARK COUNTY, NEVADA** | **JUDGMENT IN FAVOR OF PLAINTIFF IN AMOUNT OF $30,248.00.** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None □   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10350 PARK MEADOWS DR. LITTLETON, CO 80124** | **AUGUST 26, 2009** | **FORECLOSURE OF PROPERTY LOCATED AT 1043 DORSET DRIVE, HENDERSON, TENNESSEE** |
| **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 10350 PARK MEADOWS DR. LITTLETON, CO 80124** | **JULY 15, 2009** | **FORECLOSURE ON PROPERTY LOCATED AT 124 SIR NOBLE STREET, LAS VEGAS, NEVADA** |
| **BANK OF AMERICA ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 1598 NORFOLK, VA 23501** | **AUGUST 14, 2009** | **FORECLOSURE OF PROPERTY LOCATED AT 101 DUSKY WILLOW DRIVE, REYNOLDSBURG, OH** |
| **CITIMORTGAGE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 295 N. RURAL RD. 268 CHANDLER, AZ 85226** | **APRIL 6, 2009** | **FORECLOSURE OF PROPERTY LOCATED AT 103 DUSKY WILLOW DRIVE, REYNOLDSBURG, OH** |

4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **INDYMAC BANK ATTN: BANKRUPTCY DESK/MANAGING AGENT 1 NATIONAL CITY PKWY. KALAMAZOO, MI 49009** | **AUGUST 26, 2009** | **FORECLOSURE ON PROPERTY LOCATED AT 8222 SILVER GLEN DRIVE., FOUNTAIN, CO** |
| **EMC MORTGAGE CORPORATION ATTN: BANKRUPTCY DEPT./MANAGING AGENT 909 HIDDEN RIDGE SUITE 200 IRVING, TX 75038** | **AUGUST 5, 2009** | **FORECLOSURE ON PROPERTY LOCATED AT 7674 SANDY SPRINGS PT., FOUNTAIN, COLORADO** |
| **SELECT PORTFOLIO SERVICING, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 551170 JACKSONVILLE, FL 32255-1170** | **AUGUST 3, 2009** | **FORECLOSURE ON PROPERTY LOCATED AT 10582 LONGORIA GARDEN STREET, LAS VEGAS, NEVADA** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **THE CROSSING 7950 W. WINDMILL LANE LAS VEGAS, NV 89113** | | **7/08-09/09** | **$1,775.00** |
| **100 BLACK MEN OF LAS VEGAS 1420 TREELIN DRIVE LAS VEGAS, NV 89142** | | **6/22/09** | **$400.00** |

5

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & STEPHENS, LLC 810 S. CASINO CENTER BLVD. SUITE 104 LAS VEGAS, NV 89101** | **JUNE 2009** | **$10,500.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**VIRGINIA WOODBECK**
**9030 DIAMOND DRIVE**
**CHANDLER, AZ 85248**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

7

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **BLACK & WHITE LIVING TRUST 2006** **9045 S. TENEYA WAY** **LAS VEGAS, NV 89113** | | **JUNE 19, 2009** | |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **ANGEL INVESTORS, LLC** | 20-5090046 | **9045 TENAYA WAY LAS VEGAS, NV 89113** | **RESIDENTIAL RENTAL/RE-SALE** | **JUNE 2006** |
| **CONTACT MANAGEMENT, INC.** | 88-0411051 | **9045 TENAYA WAY LAS VEGAS, NV 89113** | **DIRECT MAIL MARKETING SERVICES** | **NOVEMBER 1998 TO PRESENT** |
| **FIVE FULL HEARTS, LLC** | | **9045 S. TENAYA WAY LAS VEGAS, NV 89113** | **REAL ESTATE INVESTMENT EDUCATION** | **MAY 2006 TO PRESENT (CURRENTLY DEFAULTED)** |
| **FRW, LLC** | 20-4875597 | **9045 TENAYA WAY LAS VEGAS, NV 89113** | **CONSULTING SERVICES** | **JUNE 2006 TO PRESENT** |
| **KINGBECK, LLC** | 26-0895395 | **9045 TENAYA WAY LAS VEGAS, NV 89113** | **REAL ESTATE INVESTMENT/MANAGEMENT** | **SEPTEMBER 17, 2008 TO PRESENT** |
| **MORROW HUDSON, LLC** | 26-1161430 | **9045 TENAYA WAY LAS VEGAS, NV 89113** | **RESIDENTIAL RENTAL/RE-SALE** | **OCTOBER 2007 TO PRESENT (CURRENTLY DEFAULTED)** |

8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| MOUNTAIN MAGIC 1, LLC | 20-4375708 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | RESIDENTIAL RENTAL/RE-SALE | JUNE 2008 TO PRESENT |
| MOUNTAIN MAGIC 2, LLC | 20-4375725 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | RESIDENTIAL RENTAL/RE-SALE | JUNE 7, 2005 TO PRESENT |
| MPC ACTION WEEKEND, LLC | 20-5090024 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | REAL ESTATE INVESTMENT EDUCATION | JUNE 2006 TO PRESENT |
| ADAVEN CONSULTING, LLC | 26-2495302 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | CONSULTING SERVICES | APRIL 28, 2006 TO PRESENT |
| POSITANO PARTNERSHIP, LLC | 20-0408234 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | REAL ESTATE INVESTMENT EDUCATION | JUNE 2, 2006 TO PRESENT |
| POWERTEAM 1, LLC | | 9045 TENAYA WAY LAS VEGAS, NV 89113 | CONSULTING SERVICES | AUGUST 19, 2008 TO PRESENT |
| SCD PARTNERS, LLC | 26-1958708 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | REAL ESTATE INVESTMENT/MANAGEMENT | MARCH 31, 2008 TO PRESENT |
| SILVER STATE ANGEL INVESTMENTS, LLC | 20-0727601 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | RESIDENTIAL RENTAL/RE-SALE | FEBRUARY 5, 2004 TO PRESENT |
| STARGAZER LEASING, LLC | | 9045 TENAYA WAY LAS VEGAS, NV 89113 | MANAGEMENT OF ANY CORPORATE VEHICLES | JUNE 20, 2006 TO PRESENT (CURRENTLY DEFAULTED) |
| STARK HUDSON, LLC | 26-1161457 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | REAL ESTATE INVESTMENT/MANAGEMENT | OCTOBER 5, 2007 TO PRESENT (CURRENTLY DEFAULTED) |
| THE ENCHANTMENT WAY DEVELOPMENT LLC | 20-4799771 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | RESIDENTIAL DEVELOPEMENT | FEBRUARY 15, 2006 TO PRESENT |
| THE ENCHANTMENT WAY LP 1 | | 9045 TENAYA WAY LAS VEGAS, NV 89113 | MANAGEMENT OF TEW HOA | AUGUST 13, 2008 TO PRESENT |
| THE ENCHANTMENT WAY MANAGEMENT LLC | 26-2070789 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | CONSTRUCTION/OPS OF DEVELOPMENT | MARCH 13, 2006 TO PRESENT |
| TWO CRAZY GIRLS LLC | 20-4722976 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | RESIDENTIAL RENTAL/RE-SALE | APRIL 14, 2006 TO PRESENT (CURRENTLY DEFAULTED) |
| WOODBECK / STITT - SOHO LOFTS 812B LLC | | 9045 TENAYA WAY LAS VEGAS, NV 89113 | RESIDENTIAL RENTAL/RE-SALE | OCTOBER 19, 2004 TO MARCH 20, 2007 |
| WOOD-MAR LAND ACQUISITION AND DEVELOPMEN | | 9045 TENAYA WAY LAS VEGAS, NV 89113 | LAND ACQUISITION | JANUARY 24, 2006 TO OCTOBER 30, 2006 |
| ZABAS LLC | 26-1993181 | 9045 TENAYA WAY LAS VEGAS, NV 89113 | REAL ESTATE INVESTMENT EDUCATION | MAY 16, 2006 TO PRESENT (CURRENTLY DEFAULTED) |

9

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                   DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                     ADDRESS                       DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                   ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR               DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                           RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST                  PERCENTAGE OF INTEREST

10

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 23, 2009**       Signature  **/s/ FRANK WOODBECK**
                                   **FRANK WOODBECK**
                                   Debtor

Date  **September 23, 2009**       Signature  **/s/ SUZAN J HUDSON**
                                   **SUZAN J HUDSON**
                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re    **FRANK WOODBECK**
**SUZAN J HUDSON**                        Case No. _____

                                       Debtor(s)       Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**AFFORDABLE HABITAT 401K** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV  89113** |

Property will be (check one):
    ■Surrendered                     ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt                 ■Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**ASC, A DIVISION OF WELLS FARGO BANK, NA** | **Describe Property Securing Debt:**<br>**8458 PICO RIVERA AVENUE, LAS VEGAS, NV  89178** |

Property will be (check one):
    ■Surrendered                     ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt                 ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                            Page  2

---

**Property No. 3**

| Creditor's Name:<br>**AURORA LOAN SERVICES** | Describe Property Securing Debt:<br>**170 BOULEVARD, UNIT H526, ATLANTA, GA  30312** |
|---|---|

Property will be (check one):
&#9632;Surrendered                         &#9633;Retained

If retaining the property, I intend to (check at least one):
  &#9633;Redeem the property
  &#9633;Reaffirm the debt
  &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  &#9633;Claimed as Exempt                         &#9632;Not claimed as exempt

---

**Property No. 4**

| Creditor's Name:<br>**AURORA LOAN SERVICES** | Describe Property Securing Debt:<br>**8862 SILVER GLEN DRIVE, FOUNTAIN, CO  80817** |
|---|---|

Property will be (check one):
&#9632;Surrendered                         &#9633;Retained

If retaining the property, I intend to (check at least one):
  &#9633;Redeem the property
  &#9633;Reaffirm the debt
  &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  &#9633;Claimed as Exempt                         &#9632;Not claimed as exempt

---

**Property No. 5**

| Creditor's Name:<br>**BAC HOME LOANS/COUNTRYWIDE** | Describe Property Securing Debt:<br>**3214 DIAMOND BLUFF, UNION CITY, GA  30291** |
|---|---|

Property will be (check one):
&#9632;Surrendered                         &#9633;Retained

If retaining the property, I intend to (check at least one):
  &#9633;Redeem the property
  &#9633;Reaffirm the debt
  &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  &#9633;Claimed as Exempt                         &#9632;Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**BAC HOME LOANS/COUNTRYWIDE** | **Describe Property Securing Debt:**<br>**8585 PEACEFUL DREAMS STREET, LAS VEGAS, NV 89139** |

Property will be (check one):
&#9632;Surrendered    &#9633;Retained

If retaining the property, I intend to (check at least one):
 &#9633;Redeem the property
 &#9633;Reaffirm the debt
 &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 &#9633;Claimed as Exempt    &#9632;Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**BAC HOME LOANS/COUNTRYWIDE** | **Describe Property Securing Debt:**<br>**3852 HOLLYCROFT DRIVE, N. LAS VEGAS, NV 89081** |

Property will be (check one):
&#9632;Surrendered    &#9633;Retained

If retaining the property, I intend to (check at least one):
 &#9633;Redeem the property
 &#9633;Reaffirm the debt
 &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 &#9633;Claimed as Exempt    &#9632;Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**BAC HOME LOANS/COUNTRYWIDE** | **Describe Property Securing Debt:**<br>**8109 ALTAMONT RIDG STREET, LAS VEGAS, NV 89113** |

Property will be (check one):
&#9632;Surrendered    &#9633;Retained

If retaining the property, I intend to (check at least one):
 &#9633;Redeem the property
 &#9633;Reaffirm the debt
 &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 &#9633;Claimed as Exempt    &#9632;Not claimed as exempt

B8 (Form 8) (12/08)

---

**Property No. 9**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **BAC HOME LOANS/COUNTRYWIDE** | **135 GRACIOUS CREST AVENUE, N. LAS VEGAS, NV  89032** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
　☐Redeem the property
　☐Reaffirm the debt
　☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐Claimed as Exempt                    ■Not claimed as exempt

---

**Property No. 10**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **BAC HOME LOANS/COUNTRYWIDE** | **8109 ALTAMONT RIDG STREET, LAS VEGAS, NV  89113** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
　☐Redeem the property
　☐Reaffirm the debt
　☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐Claimed as Exempt                    ■Not claimed as exempt

---

**Property No. 11**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **BAC HOME LOANS/COUNTRYWIDE** | **3512 TERRAZA MAR AVENUE, N. LAS VEGAS, NV  89081 (UNDER NAME OF BUSINESS) (VACATION RENTAL)** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
　☐Redeem the property
　☐Reaffirm the debt
　☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　☐Claimed as Exempt                    ■Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                   Page  5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**BAC HOME LOANS/COUNTRYWIDE** | **Describe Property Securing Debt:**<br>**3512 TERRAZA MAR AVENUE, N. LAS VEGAS, NV  89081**<br>**(UNDER NAME OF BUSINESS) (VACATION RENTAL)** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 13 | |
|---|---|
| **Creditor's Name:**<br>**BANK OF AMERICA** | **Describe Property Securing Debt:**<br>**3852 HOLLYCROFT DRIVE, N. LAS VEGAS, NV  89081** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**BANK OF AMERICA** | **Describe Property Securing Debt:**<br>**1624 BOX STEP DRIVE, HENDERSON, NV  89012 (UNDER**<br>**NAME OF BUSINESS)** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                       Page  6

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**BANK OF AMERICA** | **Describe Property Securing Debt:**<br>**1624 BOX STEP DRIVE, HENDERSON, NV  89012 (UNDER NAME OF BUSINESS)** |

Property will be (check one):
■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**BRUCE & SANDI ROGOL** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV  89113** |

Property will be (check one):
■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt            ■ Not claimed as exempt

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**CHASE MORTGAGE** | **Describe Property Securing Debt:**<br>**8423 HOLLYWOOD HILLS AVENUE, LAS VEGAS, NV 89178** |

Property will be (check one):
■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt            ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  7

| Property No. 18 | |
|---|---|
| **Creditor's Name:**<br>**CHASE MORTGAGE** | **Describe Property Securing Debt:**<br>**1531 FOX FIRE DRIVE, MARYSVILLE, OH 43040** |

Property will be (check one):
&#9632;Surrendered                          &#9633;Retained

If retaining the property, I intend to (check at least one):
  &#9633;Redeem the property
  &#9633;Reaffirm the debt
  &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  &#9633;Claimed as Exempt                          &#9632;Not claimed as exempt

| Property No. 19 | |
|---|---|
| **Creditor's Name:**<br>**CHASE MORTGAGE** | **Describe Property Securing Debt:**<br>**531 GLEN OAKS DRIVE, MARYSVILLE, OH 43040** |

Property will be (check one):
&#9632;Surrendered                          &#9633;Retained

If retaining the property, I intend to (check at least one):
  &#9633;Redeem the property
  &#9633;Reaffirm the debt
  &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  &#9633;Claimed as Exempt                          &#9632;Not claimed as exempt

| Property No. 20 | |
|---|---|
| **Creditor's Name:**<br>**CHEVY CHASE FED SAV BANK** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV  89113** |

Property will be (check one):
&#9632;Surrendered                          &#9633;Retained

If retaining the property, I intend to (check at least one):
  &#9633;Redeem the property
  &#9633;Reaffirm the debt
  &#9633;Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  &#9633;Claimed as Exempt                          &#9632;Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page  8

| Property No. 21 | |
|---|---|
| **Creditor's Name:**<br>**CHEVY CHASE FED SAV BANK** | **Describe Property Securing Debt:**<br>**5415 W. HARMON AVENUE, #2009, LAS VEGAS, NV  89103** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 22 | |
|---|---|
| **Creditor's Name:**<br>**CITIMORTGAGE** | **Describe Property Securing Debt:**<br>**9835 OPAL BRIDGE COURT, LAS VEGAS, NV  89178 (UNDER NAME OF BUSINESS)** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 23 | |
|---|---|
| **Creditor's Name:**<br>**COLLETTE POWERS BARBEE** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV  89113** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)  Page 9

| Property No. 24 | |
|---|---|
| **Creditor's Name:**<br>**COMMUNITY FIRST BANK** | **Describe Property Securing Debt:**<br>**9025 S. TENAYA WAY, LAS VEGAS, NV  89112 (UNDER NAME OF BUSINESS)** |

Property will be (check one):
  ■Surrendered         □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt         ■Not claimed as exempt

---

| Property No. 25 | |
|---|---|
| **Creditor's Name:**<br>**CONSOLIDATED MORTGAGE, LLC** | **Describe Property Securing Debt:**<br>**THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND** |

Property will be (check one):
  ■Surrendered         □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt         ■Not claimed as exempt

---

| Property No. 26 | |
|---|---|
| **Creditor's Name:**<br>**CONSOLIDATED MORTGAGE, LLC** | **Describe Property Securing Debt:**<br>**THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND** |

Property will be (check one):
  ■Surrendered         □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt         ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                              Page 10

| Property No. 27 | |
|---|---|
| **Creditor's Name:**<br>**FRANKLIN CREDIT MANAGEMENT CORPORATION** | **Describe Property Securing Debt:**<br>**7039 KINGSTON COVE, UNIT 310, WILLIS, TX 77318**<br>**(VACATION RENTAL)** |

Property will be (check one):
■Surrendered                                    □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt                    ■Not claimed as exempt

| Property No. 28 | |
|---|---|
| **Creditor's Name:**<br>**GARY AND MARY LUCILLE LAWSON** | **Describe Property Securing Debt:**<br>**81 W. SELLERS STREET, JASPER, GA 30143** |

Property will be (check one):
■Surrendered                                    □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt                    ■Not claimed as exempt

| Property No. 29 | |
|---|---|
| **Creditor's Name:**<br>**GMAC MORTGAGE** | **Describe Property Securing Debt:**<br>**10587 MANN STREET, LAS VEGAS, NV 81941 (UNDER NAME**<br>**OF BUSINESS)** |

Property will be (check one):
■Surrendered                                    □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt                    ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                              Page 11

| Property No. 30 | |
|---|---|
| **Creditor's Name:**<br>**GMAC MORTGAGE** | **Describe Property Securing Debt:**<br>**8771 BRINDISI PARK AVENUE, LAS VEGAS, NV  89141 -**<br>**(UNDER NAME OF BUSINESS)** |

Property will be (check one):
■Surrendered                          □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt                          ■Not claimed as exempt

| Property No. 31 | |
|---|---|
| **Creditor's Name:**<br>**MARK CITSAY** | **Describe Property Securing Debt:**<br>**THE ENCHANTMENT WAY DEVELOPMENT, LLC - LAND** |

Property will be (check one):
■Surrendered                          □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt                          ■Not claimed as exempt

| Property No. 32 | |
|---|---|
| **Creditor's Name:**<br>**ONEWEST BANK / INDYMAC** | **Describe Property Securing Debt:**<br>**3214 DIAMOND BLUFF, UNION CITY, GA  30291** |

Property will be (check one):
■Surrendered                          □Retained

If retaining the property, I intend to (check at least one):
  □Redeem the property
  □Reaffirm the debt
  □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □Claimed as Exempt                          ■Not claimed as exempt

B8 (Form 8) (12/08)

Page 12

| Property No. 33 | |
|---|---|
| **Creditor's Name:**<br>**SELECT PORTFOLIO SERVICING, INC.** | **Describe Property Securing Debt:**<br>**7039 KINGSTON COVE, UNIT 310, WILLIS, TX  77318**<br>**(VACATION RENTAL)** |

Property will be (check one):
■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt        ■ Not claimed as exempt

---

| Property No. 34 | |
|---|---|
| **Creditor's Name:**<br>**SELECT PORTFOLIO SERVICING, INC.** | **Describe Property Securing Debt:**<br>**945 JULIAN DRIVE, GILBERT, AZ 85296** |

Property will be (check one):
■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt        ■ Not claimed as exempt

---

| Property No. 35 | |
|---|---|
| **Creditor's Name:**<br>**SELECT PORTFOLIO SERVICING, INC.** | **Describe Property Securing Debt:**<br>**10575 MANN STREET, LAS VEGAS, NV  89141** |

Property will be (check one):
■ Surrendered        □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                 Page 13

| Property No. 36 | |
|---|---|
| **Creditor's Name:**<br>**SPECIALIZED LOAN SERVICING, LLC** | **Describe Property Securing Debt:**<br>**8589 PEACEFUL DREAMS STREET, LAS VEGAS, NV  89139** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt                    ■Not claimed as exempt

| Property No. 37 | |
|---|---|
| **Creditor's Name:**<br>**STAN AND RISSA SKLAR** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV  89113** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt                    ■Not claimed as exempt

| Property No. 38 | |
|---|---|
| **Creditor's Name:**<br>**STATE FARM BANK** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV; 5415 W. HARMON AVE. #2009, LAS VEGAS, NV; AND 135 GRACIOUS CREST AVE., LAS VEGAS, NV** |

Property will be (check one):
■Surrendered                    ☐Retained

If retaining the property, I intend to (check at least one):
☐Redeem the property
☐Reaffirm the debt
☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐Claimed as Exempt                    ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 14

| Property No. 39 | |
|---|---|
| **Creditor's Name:**<br>**TAMMY & TIMOTHY BILLINGTON** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV 89113** |

Property will be (check one):
■Surrendered                              ☐Retained

If retaining the property, I intend to (check at least one):
   ☐Redeem the property
   ☐Reaffirm the debt
   ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐Claimed as Exempt                    ■Not claimed as exempt

| Property No. 40 | |
|---|---|
| **Creditor's Name:**<br>**TAYLOR, BEAN, WHITAKER** | **Describe Property Securing Debt:**<br>**10567 MANN STREET, LAS VEGAS, NV 89141 (UNDER NAME OF BUSINESS)** |

Property will be (check one):
■Surrendered                              ☐Retained

If retaining the property, I intend to (check at least one):
   ☐Redeem the property
   ☐Reaffirm the debt
   ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐Claimed as Exempt                    ■Not claimed as exempt

| Property No. 41 | |
|---|---|
| **Creditor's Name:**<br>**TOCAYO INVESTMENTS, LLC** | **Describe Property Securing Debt:**<br>**9045 S. TENAYA WAY, LAS VEGAS, NV 89113** |

Property will be (check one):
■Surrendered                              ☐Retained

If retaining the property, I intend to (check at least one):
   ☐Redeem the property
   ☐Reaffirm the debt
   ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐Claimed as Exempt                    ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 15

| Property No. 42 | |
|---|---|
| **Creditor's Name:**<br>**USAA FEDERAL SAVINGS BANK** | **Describe Property Securing Debt:**<br>**6444 BECKMAN GLEN COURT, LAS VEGAS, NV  89141**<br>**(UNDER NAME OF BUSINESS)** |

Property will be (check one):
    ■Surrendered                 □Retained

If retaining the property, I intend to (check at least one):
    □Redeem the property
    □Reaffirm the debt
    □Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □Claimed as Exempt                ■Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**ALEX RODRIGUEZ** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**ANNA SORRELL** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**ARTHUR AND DENISE LOVE** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      ■ NO |

| Property No. 4 | | |
|---|---|---|
| **Lessor's Name:**<br>**BYRON SPENCER & MISTY CHERRY** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      ■ NO |

| Property No. 5 | | |
|---|---|---|
| **Lessor's Name:**<br>**IAN RICKEY** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES      ■ NO |

| Property No. 6 | |
|---|---|

B8 (Form 8) (12/08)                                                                                          Page 16

| Lessor's Name:<br>JEFF LAUTEN | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |
|---|---|---|

| Property No. 7 | | |
|---|---|---|
| Lessor's Name:<br>JOSEPH AND DANA MANTYNEN | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 8 | | |
|---|---|---|
| Lessor's Name:<br>MARILYN DELARA | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 9 | | |
|---|---|---|
| Lessor's Name:<br>MARVIN AND LADONNA NELSON | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 10 | | |
|---|---|---|
| Lessor's Name:<br>MAUREEN ADAMO | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 11 | | |
|---|---|---|
| Lessor's Name:<br>REBECCA AND GIANINA CHATTMAN | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 12 | | |
|---|---|---|
| Lessor's Name:<br>STEVE AND VICKIE RIVERA | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 13 | | |
|---|---|---|
| Lessor's Name:<br>TERRY COLLIER | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

| Property No. 14 | | |
|---|---|---|
| Lessor's Name:<br>TODD ARMSTRONG | Describe Leased Property:<br>RESIDENTIAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ■ NO |

B8 (Form 8) (12/08)                                                                          Page 17

| Property No. 15 | | |
|---|---|---|
| **Lessor's Name:**<br>**VERLAND AND EMILY PIERSON** | **Describe Leased Property:**<br>**RESIDENTIAL LEASE** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 23, 2009**                    Signature    **/s/ FRANK WOODBECK**
                                                             **FRANK WOODBECK**
                                                             Debtor


Date  **September 23, 2009**                    Signature    **/s/ SUZAN J HUDSON**
                                                             **SUZAN J HUDSON**
                                                             Joint Debtor

# United States Bankruptcy Court
## District of Nevada

In re  **FRANK WOODBECK**
**SUZAN J HUDSON** _____     Case No. _____

Debtor(s)     Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,500.00** |
| Prior to the filing of this statement I have received | $ | **10,500.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September 23, 2009** _____    **/s/ Zachariah Larson** _____
                                                  **Zachariah Larson 7787**
                                                  **LARSON & STEPHENS, LLC**
                                                  **810 S. CASINO CENTER BLVD.**
                                                  **SUITE 104**
                                                  **LAS VEGAS, NV 89101**
                                                  **(702) 382-1170  Fax: (702) 382-1169**
                                                  **zlarson@lslawnv.com**

---

**United States Bankruptcy Court**
**District of Nevada**

In re    **FRANK WOODBECK**
**SUZAN J HUDSON**
                                                              Case No.
                                        Debtor(s)             Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **September 23, 2009**          **/s/ FRANK WOODBECK**
                                         **FRANK WOODBECK**
                                         Signature of Debtor

Date:    **September 23, 2009**          **/s/ SUZAN J HUDSON**
                                         **SUZAN J HUDSON**
                                         Signature of Debtor

FRANK WOODBECK
SUZAN J HUDSON
9045 S. TENAYA WAY
LAS VEGAS, NV 89113

Zachariah Larson
LARSON & STEPHENS, LLC
810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101

AARON HIXON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
13173 KING SALMON COURT
OREGON CITY, OR 97045

ABELARDO SHIRAKI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5526 SEAN CIRCLE #55
SAN JOSE, CA 95123

ADRIANA BORCEA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2021 VIA COMO COURT
CORONA, CA 92881

AFFORDABLE HABITAT 401K
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1403 SW TROON
PALM CITY, FL 34990

AL & BETH VERDIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2063 KING MESA DRIVE
HENDERSON, NV 89012

ALEX RODRIGUEZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10587 MANN STREET
LAS VEGAS, NV 89141

ALICE HUPP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1214 HARVEY
WICHITA FALLS, TX 76302

ALISON KARCHER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
404 LAKE WINEMERE STREET
LAS VEGAS, NV 89138

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC
Acct No xxxx-xxxx-xxxx-0586
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1160 CENTRE POINTE DR. #1
SAINT PAUL, MN 55120

ALLSTATE ADJ
Acct No xxxxxxxx6068
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1050 E. FLAMINGO RD.
LAS VEGAS, NV 89119

AMERICAN BROADCASTERS CREDIT UNION
Acct No xxxxxxxxxxxx3769
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30495
TAMPA, FL 33630

AMERICAN EXPRESS
Acct No xxxx-xxxxxx-x1008
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 5207
FORT LAUDERDALE, FL 33310-5207

AMERICAN SECURITY INSURANCE COMPANY
Acct No xxxxxxxxx xxxxxx8411
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 50355
ATLANTA, GA 30302

AMERIGAS
Acct No xxxxx5014
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3434 KIER ROAD
NORTH LAS VEGAS, NV 89030-4479

AMEX
Acct No -xxxxxxxxxxxx7753
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 297871
FORT LAUDERDALE, FL 33329

AMTI SUNBELT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
720 SUSANNA WAY
HENDERSON, NV 89011

AMY O'KEEFE
C/O SOUTHWEST HOMES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT

AMY PULVER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
36 W. WICKIEUP LANE
PHOENIX, AZ 85027

```
ANDY BAILEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10808 SCANADELLA STREET
LAS VEGAS, NV 89141

ANDY KING
C/O CUSTOM HOME LOANS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10898 AVENZANO STREET
LAS VEGAS, NV 89141

ANNA SORRELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5415 W. HARMON AVE. #2009
LAS VEGAS, NV 89103

ANNA VLASOVA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4840 HASKEL AVE.
ENCINO, CA 91436

ANNE REID
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
589 GUARD HILL ROAD
BEDFORD, NY 10506

ANTHONY CROY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5527 ASHLEIGH WALK DRIVE
SUWANEE, GA 30024

ANTHONY CROY, JR.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5527 ASHLEIGH WALK DRIVE
SUWANEE, GA 30024

ANTHONY L. MCLAIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7864 TOLBERTS MILL
LAS VEGAS, NV 89131

ANTHONY MITCHELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
577 BIRCH AVE.
UPLAND, CA 91786

ANTHONY RUFO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5432 ROYAZ VISTA LANE
LAS VEGAS, NV 89149

ARDICE FAORO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1626 N. WILCOX AVE., #130
LOS ANGELES, CA 90078
```

ARICA DRISKILL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3403 SECOND STREET
BROWNWOOD, TX 76801

ARROYO MESA TOWNHOMES
C/O RPMG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3283 E. WARM SPRINGS ROAD., #300
LAS VEGAS, NV 89120

ARTHELLE LOVEJOY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2239 GUM TREE LANE
FALLBROOK, CA 92028

ARTHUR ALVAREZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
305 N. 10TH STREET APT. 20
LAS VEGAS, NV 89101

ARTHUR AND DENISE LOVE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9835 OPAL BRIDGE COURT
LAS VEGAS, NV 89178

ASC, A DIVISION OF WELLS FARGO BANK, NA
Acct No xxxxxxxxx1351
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1 HOME CAMPUS X2401-049
DES MOINES, IA 50328-0001

ASSESSMENT MANAGEMENT SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2655 S. RAINBOW BLVD., STE. 105
LAS VEGAS, NV 89146

AURORA LOAN SERVICES
Acct No xxxxxxxxx6855
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10350 PARK MEADOWS DR.
LITTLETON, CO 80124

AXCENIA HRICZISCSE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
155 S. LAS FLORES DRIVE #135
SAN MARCOS, CA 92069

BAC HOME LOANS/COUNTRYWIDE
Acct No xxxxx3406
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
450 AMERICAN ST.
SIMI VALLEY, CA 93065

```
BANK OF AMERICA
Acct No 0864
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 17054
WILMINGTON, DE 19884

BANK OF AMERICA
Acct No 6005
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1598
NORFOLK, VA 23501

BANK OF AMERICA
Acct No xxxxxxxxx5799
ATTN: BANKRUPTCY DESK/MANAGING AGENT
4161 PIEDMONT PKWY.
GREENSBORO, NC 27410

BANK OF AMERICA
Acct No xxxxx4550
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30750
LOS ANGELES, CA 90030-0750

BARBARA SHAW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
47483 MANTIS STREET
FREMONT, CA 94539

BARBARA UNDERWOOD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
330 CLIFF DRIVE #303
LAGUNA BEACH, CA 92651

BENNY LONG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3223 HERMITAGE ROAD E
JACKSONVILLE, FL 32277

BETH HINKLE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1612 W. GAGE AVENUE
FULLERTON, CA 92833

BILL & DONNA HOOVER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10817 108TH AVENUE NE
KIRKLAND, WA 98033-4406

BILL BUMPHREY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1410 RED CREST LANE #204
LAS VEGAS, NV 89144
```

BILL SKLAR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1185 MIDORI STREET
HENDERSON, NV 89002

BOB & BEVERLY PERING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1616 AMRL AVE.
CHULA VISTA, CA 91911

BOBBY MECKE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2537 GOLFERS STREET
LAS VEGAS, NV 89142

BRENDA CHILDERS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
100 WEST BEENE STREET
FULTON, MS 38843

BRIAN CALDER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1837
LODI, CA 95241

BRIAN LEE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
46 ANDRE LANE COURT
TORONTO, ON
CANADA

BRID'JETTE WHALEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2604 CAMPOBELLO AVE.
NORTH LAS VEGAS, NV 89081

BRIDGET COPLEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1580 LOCHINVAR AVE.
SUNNYVALE, CA 94087

BRUCE & SANDI ROGOL
ATTN: BANKRUPTCY DESK/MANAGING AGENT
9781 COFFEE AVENUE
LAS VEGAS, NV 89147

BRUCE & SUSAN NORTON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
18304 CALLE LA SERRE
RANCHO SANTA FE, CA 92091

BRUCE JOHNSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2075 KING MESA
HENDERSON, NV 89012

BRUCE ROGOL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9781 COFFEE AVE.
LAS VEGAS, NV 89147

BRYAN MALDONADO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9863 SILVER LASSO ROAD
HENDERSON, NV 89074

BYL COLLECTION SERVICES, LLC
Acct No xxx6150
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
301 LACEY ST.
WEST CHESTER, PA 19382

BYRON SPENCER & MISTY CHERRY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
135 GRACIOUS CREST AVENUE
NORTH LAS VEGAS, NV 89032

CAMERON AND CRESTONE HOA
Acct No x1107
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9300 INDIAN CANE AVE
LAS VEGAS, NV 89178

CANDIE LUGO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7792 APACHE CLIFF STREET
LAS VEGAS, NV 89113

CAONEX ABREU
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9910 W. CALUSA CLUB DRIVE
MIAMI, FL 33186

CAPITAL ONE
Acct No xxxx-xxxx-xxxx-1796
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CAPITAL ONE BANK
Acct No xxxx-xxxx-xxxx-0927
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 85520
RICHMOND, VA 23285

CAPITAL ONE, NA
Acct No ALRxxxxxxxx3512
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6151 CHEVY CHASE DRIVE
LAUREL, MD 20707

CARL & LISA MIDDLETON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
274 AWENDOW CIRCLE
ELLENWOOD, GA 30294

CARLOS MORALES
C/O ADORNO YOSS WHITE & WIGGINS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
901 MIAN STREET, SUITE 6200
DALLAS, TX 75202

CARLTON DYER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8926 SIERRA LINDA DRIVE
LAS VEGAS, NV 89147

CAROL LIEGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6325 SANDBURG ROAD, STE. 1700
MINNEAPOLIS, MN 55427

CAROL PARKINS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
21551 SAINT JOHN LANE
HUNTINGTON BEACH, CA 92646

CAROL ZELAZNY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
393 VERMONT RT. 15
JERICHO, VT 05465

CAROLYN CALLEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2674 REDWOOD STREET
LAS VEGAS, NV 89146

CAROLYN WATERS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4441 VILLA TOSCANO COURT
LAS VEGAS, NV 89141

CARROLL STRAUS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
24000 ALICIA PKWY
MISSION VIEJO, CA 92691

CARY & DEANNA MCLAUGHLIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4888 MT. GAYWAS DRIVE
SAN DIEGO, CA 92117

CELYN ARADANAS-HANSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6817 S. 58TH AVE
LAVEEN, AZ 85339

```
CHAD PURCELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12733 WINDERMERE ISLES PLACE
WINDERMERE, FL 34786

CHARLENE DAY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 119
BOZRAH, CT 06334

CHARLES & JACQUELYN SPRINGS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4528 CLARK FORK PLACE
COLORADO SPRINGS, CO 80918

CHARLES BELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2406 GREENS AVE.
HENDERSON, NV 89014

CHARLES BELL
THE ESTATE OF CHARLES BELL
2406 GREENS AVE.
HENDERSON, NV 89014

CHARLES JOHNSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5250 OLD NATIONAL HIGHWAY
ATLANTA, GA 30349

CHARLES T. WILLIAMS LAW OFFICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
TWO MIRANOVA PL, STE. 380
COLUMBUS, OH 43215

CHARLOTTE GRAY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8643 CLIFTON WAY
BEVERLY HILLS, CA 90211

CHASE
Acct No xxxx-xxxx-xxxx-6752
ATTN:  BNKRUPTCY DESK/MANAGING AGENT
PO BOX 15298
WILMINGTON, DE 19886-5298

CHASE
Acct No xxxx-xxxx-xxxx-6911
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 15298
WILMINGTON, DE 19850-5298
```

CHASE MORTGAGE
Acct No xxxxxx4919
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
10790 RANCHO BENA
SAN DIEGO, CA 92127

CHERI TROY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 474
ROY, WA 98580

CHEVY CHASE FED SAV BANK
Acct No xxxxxxxxx2304
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
6200 CHEVY CHASE DR.
LAUREL, MD 20707

CHRIS & CLAUDIA EDGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
713 SCORPION CIRCLE
COLORADO SPRINGS, CO 80906

CHRIS FLEISHNER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2307 CAMDEN AVENUE
LOS ANGELES, CA 90064

CHRIS LEBEDEFF
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1534 N. MOORPARK ROAD #377
THOUSAND OAKS, CA 91360

CHRIS WHITE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2567 LANO RUSH DRIVE
HENDERSON, NV 89015

CHRISTI MOTTOLA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2215 PACIFIC DRIVE
CORONA DEL MAR, CA 92625

CHRISTINE L. MARWELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10554 BUTTERFIELD ROAD
LOS ANGELES, CA 90064

CHRISTINE MORROW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1336 N. DILLON
MESA, AZ 85207

```
CHRISTINE WILSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6186 PASEO MONONA
CARLSBAD, CA 92009

CITI
Acct No xxxx-xxxx-xxxx-8547
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6241
Sioux Falls, SD 57117

CITI
Acct No xxxxxxxxxxxx6002
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6003
HAGERSTOWN, MD 21742

CITIBUSINESS
Acct No xxxx-xxxx-xxxx-0592
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 44180
JACKSONVILLE, FL 32231-4180

CITIMORTGAGE
Acct No xxxxxxx334-4
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
295 N. RURAL RD. 268
CHANDLER, AZ 85226

CITIMORTGAGE, INC.
Acct No xxxx9858
ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 9438
GAITHERSBURG, MD 20898

CITY OF MARYSVILLE
Acct No xxx-xxx85-10
UTILITY BILLING OFFICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
125 E. 6TH STREET
MARYSVILLE, OH 43040

CITY OF NORTH LAS VEGAS
Acct No xxxxx1-05-1
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2829 FORT SUMTER DRIVE
NORTH LAS VEGAS, NV 89030

CLARK COUNTY TREASURER
Acct No xxx-xx-xx1-056
ATTN: BANKRUPTCY DESK/MANAGING AGENT
500 SOUTH GRAND CENTRAL PARKWAY
P.O. BOX 551220
LAS VEGAS, NV 89155
```

CLARK COUNTY TREASURER
Acct No xxx-xx-xx6-098
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
500 SOUTH GRAND CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY WATER RECLAMATION DISTRICT
Acct No xxx0335
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5857 E. FLAMINGO RD.
LAS VEGAS, NV 89122

CLIFF AND VIRGINIA BERG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2165 SUNCREST BLVD.
EL CAJON, CA 92021

COLLETTE POWERS BARBEE
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1493 SW TROON
PALM CITY, FL 34990

COLLETTE POWERS BARBEE
1493 SW TROON
PALM CITY, FL 34990

COMERICA BANK
Acct No xxxx-xxxx-xxxx-0311
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6335
FARGO, ND 58125-6335

COMMUNITY BANK OF NEVADA
Acct No xxxx-xxxx-xxxx-0347
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 569120
DALLAS, TX 75356

COMMUNITY FIRST BANK
Acct No xxxxxxxx x800-1
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
201 W. SYCAMORE STREET
KOKOMO, IN 46901

CONNIE SANTILLI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10554 BUTTERFIELD ROAD
LOS ANGELES, CA 90064

CONSOLIDATED MORTGAGE, LLC
Acct No 294
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1291 GALLERIA DR. # 220
HENDERSON, NV 89014

COREY OLDKNOW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2320 WOODCREST DRIVE
SMYRNA, GA 30082

CORKY & COLLETTE SIMMONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1403 SW TROON CIRCLE
PALM CITY, FL 34990

CORY SPEHAR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1000 N. GREEN VALLEY PKWY #440-397
HENDERSON, NV 89074

COX COMMUNICATIONS
Acct No xxx xxxx xxxxx3604
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1700 VEGAS DRIVE
LAS VEGAS, NV 89106

CRAIG GIBBLE
C/O CCG & ASSOCIATES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
30278 MERSEY COURT
TEMECULA, CA 92591-3820

CRISTY HUENDER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3424 LACEBANK PINE STREET
LAS VEGAS, NV 89129

CROSS CREEK COMMUNITY ASSOCIATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1711
COLORADO SPRINGS, CO 80901

CROSS CREEK COMMUNITY ASSOCIATION
C/O MANAGMENT ADVANTAGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1711
COLORADO SPRINGS, CO 80901

CYNTHIA BROOKS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
16270 N. 30TH AVE.
PHOENIX, AZ 85053

D. BRENT TYLER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1529 PASTURE LANE
LAS VEGAS, NV 89110

DALE BERWANGER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3011 GROVELAND SCHOOL ROAD
WAYZATA, MN 55391

DALE BUNDY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2208 E. TEMPLE COURT
GILBERT, AZ 85296

DARCI POLONI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1208 SONATINA DRIVE
HENDERSON, NV 89052

DARCI POLONI
C/O POLONI & ASSOCIATES
2850 W. HORIZON RIDGE PKWY, STE. 200
HENDERSON, NV 89052

DARIN APPLEGATE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4632 S. WINSTON AVE.
TULSA, OK 74135

DARLENE MEA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7929 BLUEBROOK DRIVE
LAS VEGAS, NV 89147

DARRELL K. WHALEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3133 SUNRISE COVE AVE.
NORTH LAS VEGAS, NV 89031

DARYL BOZEMAN
C/O TRANSFORMATIONS CORPORATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8550 W. DESERT INN, SUITE 102-213
LAS VEGAS, NV 89117

DAVE DELMAR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
45612 BROWN ROAD
HAINES, OR 97833

DAVID & ANGIE O'LEARY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
522 LOS ALTOS DRIVE
CHULA VISTA, CA 91914

DAVID & RITA STARK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2021 E MARLENE DRIVE
GILBERT, AZ 85296

```
DAVID & RITA STARK
2021 E. MARLENE DRIVE
GILBERT, AZ 85296

DAVID CARTER
C/O AMERICAN NATIONWIDE MORTGAGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
720 S. JONES
LAS VEGAS, NV 89107

DAVID DUMMERMUTH
C/O AMERICAN HOME INVESTMENTS, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6265 THUNDERBIRD
MENTOR, OH 44060

DAVID FORESTIERI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
210 E. FLAMINGO ROAD #212
LAS VEGAS, NV 89169

DAVID FUCHS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
402 W. OJAI AVE. #101-527
OJAI, CA 93023

DAVID PETERS-SCHRAM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
605 GLENWOOD ROAD UNIT A
GLENDALE, CA 91202

DAVID SEIDER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
13874 BRUYERE COURT
SAN DIEGO, CA 92129

DAVID STROUD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9999 W. KATIE AVE. #1278
LAS VEGAS, NV 89147

DC ALBERT SIMONCELLI
C/O MOUNTAIN WEST CHIROPRACTIC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9034 W. SAHARA AVE
LAS VEGAS, NV 89117

DEBBIE PANICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8953 BELCONTE LANE
HENDERSON, NV 89074
```

```
DEBI THOMAS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10044 DEL DIOS HWY
ESCONDIDO, CA 92029

DEBORAH BRADLEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1423
CROWS NEST, NSW 2065

DEBORAH FREEDMAN
C/O AUDREY MINIAMI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
411 SANTA
SANTA MONICA, CA 90401

DEBORAH KASS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4831 LAS VIRGENES ROAD #191
CALABASAS, CA 91302

DEE DEE HESSLER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
32 E. KELLY LANE
TEMPE, AZ 85284

DELL METZLER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 5167
ANAHEIM, CA 92814-1167

DENISE FOLEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8611 ROCKY AVENUE
LAS VEGAS, NV 89143

DENISE KAMENZIND
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
29559 PLATANUS DRIVE
ESCONDIDO, CA 92026

DENISE LORENZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9456 JONES AVE.
DURHAM, CA 95938

DIANE HEATH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9011 W. BOPP ROAD
TUCSON, AZ 85735

DIANN THOMSEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
520 N. GREGG ROAD
NIXA, MO 65714
```

DIANNE BAKER
C/O OCEANA INVESTMENT GROUP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT

DISCOVER
Acct No xxxx-xxxx-xxxx-9815
ATTN: BANKRUTPCY DESK/MANAGING AGENT
PO BOX 15316
WILMINGTON, DE 19850

DOUG GEMMELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9001 GLENISTAR GATE AVENUE
LAS VEGAS, NV 89143

DOUG TAYLOR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3462 SIOUX WAY
LAS VEGAS, NV 89109

DR. IAN YAMANE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2304 SILVER BLUFF COURT
LAS VEGAS, NV 89134

EARL & SUE STITT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2536 RIMROCK AVE., STE. 400-233
GRAND JUNCTION, CO 81505

EDDIE EPSTEIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7500 W. LAKE MEAD BLVD., STE. 9-460
LAS VEGAS, NV 89128-0297

EDDIE LUGO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5216 JACKSON VALLEY COURT
LAS VEGAS, NV 89130

EL PASO COUNTY ASSESSOR
Acct No xxxxxx5001
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
27 E. VERMIJO AVENUE
2ND FLOOR
COLORADO SPRINGS, CO 80903

ELAINA SAPERSTEIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10765 PORTER MT COURT
LAS VEGAS, NV 89129

ELISABETH OKUN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4252 BAKMAN AVE.
NORTH HOLLYWOOD, CA 91602

ELSINORE HOA
C/O THOROUGHBRED MANAGEMENT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2555 W. CHEYENNE AVE.
NORTH LAS VEGAS, NV 89032

EMBARQ COMMUNICATIONS
Acct No xxx-xxx-xxx2-146
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5454 W. 110TH STREET
LEAWOOD, KS 66211

EMBARQ COMMUNICATIONS, INC.
Acct No xxx-xxx-xxx2-444
ATTN: BANKRUTPCY DESK/MANAGING AGENT
PO BOX 79255
CITY OF INDUSTRY, CA 91716-9255

EMC MORTGAGE
Acct No xxxxxxxxx7889
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 141358
IRVING, TX 75014

EMC MORTGAGE
Acct No xxxxxxxxx9286
ATTN: BANKRUPTCY DESK/MANAGING AGENT
800 STATE HIGHWAY 121 BY
LEWISVILLE, TX 75067

EMC MORTGAGE CORPORATION
Acct No xxxxxxxxx3232
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
909 HIDDEN RIDGE
SUITE 200
IRVING, TX 75038

ENTERGY TEXAS, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 8104
BATON ROUGE, LA 70891-8104

ERFAN HETTINI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
841 QUAIL COURT
ARROYO GRANDE, CA 93420

```
ERIC KARLEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
404 LAKE WINDEMERE STREET
LAS VEGAS, NV 89138

FARIS SOS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1301 S. HALLADAY STREET
SANTA ANA, CA 92707

FIRST HORIZON HOME LOANS
Acct No xxxxxxxxx9903
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
4000 HORIZON WAY
IRVING, TX 75063

FRANCISCO PEREZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5300 OAKPARK LANE #105
OAK PARK, CA 91377

FRANK AND DEBRA JO BRIGHT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
28372 COUNTY ROAD
SUMMERLAND KEY, FL 33042

FRANK FRAGALE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2222 ARMACOST DRIVE
HENDERSON, NV 89074

FRANKLIN CREDIT MANAGEMENT CORPORATION
Acct No xxx2038
C/O BANKRUPTCY DEPT/MANAGING AGENT
119 E. 5TH STREET
EAST LIVERPOOL, OH 43920

FULTON COUNTY TAX COMMISSIONER
Acct No xx-xxxx-LL-170-0
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
141 PRYOR STREET
ATLANTA, GA 30303

GAIL BARBER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2102 SKYVIEW GLEN
ESCONDIDO, CA 92027

GAIL SCHWARTZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
847 S. SHERBOURNE DRIVE #5
LOS ANGELES, CA 90035
```

GARY AND MARY LUCILLE LAWSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
38 LOCUST PEG RD.
JASPER, GA 30143

GARY REBMAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9721 ENNISKEEN AVE.
LAS VEGAS, NV 89129

GARY ROSE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7816 LOBELLA STREET
LAS VEGAS, NV 89123

GARY VERDIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
700 E. DRAKE STREET
FORT COLLINS, CO 80525

GAVIN & LINDSAY DELMAS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1028 WILLOW TREE DRIVE #C
LAS VEGAS, NV 89128

GC SERVICES LIMITED
Acct No -xxxxxxxxxxxx7753
COLLECTION AGENCY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 2667 (157)
HOUSTON, TX 77252-2667

GC SERVICES LIMITED
Acct No xxxx-xxxx-xxxx-1796
COLLECTION AGENCY DIVISION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6330 GULFTON
HOUSTON, TX 77081

GEORGE CAPPELLO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7168 FAIRWIND ACRES PLACE
LAS VEGAS, NV 89131

GEORGE MEYER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
880 S. TAFT
DENVER, CO 80228

GEORGIA POWER
Acct No xxxxx-x5119
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
805 B R D ABERNATHY BLVD.
ATLANTA, GA 30310

GITA PATEL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5911 KILLAMEY CIRCLE
SAN JOSE, CA 95138

GLORIA WATSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
250 JULIA COURT
FAYETTEVILLE, GA 30214

GMAC MORTGAGE
Acct No xxxxxx6621
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 780
WATERLOO, IA 50704-0780

GUARANTY BANK
Acct No xxxx-xxxx-xxxx-8530
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6335
FARGO, ND 58125-6335

HARMONY HOA
C/O NICKLIN PROPERTY MGMT.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
375 N. STEPHANIE STREET #911B
HENDERSON, NV 89014

HARRY & YOLANDA ZELLARS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6956 E. BROAD STREET., STE. 213
COLUMBUS, OH 43213

HAYNES, FREEMAN & BRACEY, PLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
140 N. MAIN STREET
PO BOX 527
GOODLETTSVILLE, TN 37072

HEIGHTS AT CROSS CREEK
C/O COLORADO ASSOCIATION SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10 N. MEADE AVE.
COLORADO SPRINGS, CO 80909

HELDER GUZMAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1934 E. FAIRWAY DRIVE #3
ORANGE, CA 92866

HELEANA ADELE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5721 HIDDEN BROOK CIRCLE
ATLANTA, GA 30349

HENRY CALMA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3599 EUREKA COAST WAY
LAS VEGAS, NV 89141

HIGH POINT COMMONS HOA
C/O HOMEOWNERS ASSOCIATION, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1677
STOCKBRIDGE, GA 30281

HILDA PHILLIPS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3120 RAWLEY PIKE
HARRISONBURG, VA 22801

HOLLY ANGOTTI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10642 LAGO CANTINI
LAS VEGAS, NV 89141

IAN RICKEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8458 PICO RIVERA AVE.
LAS VEGAS, NV 89178

IC SYSTEM, INC.
Acct No 0864
ATTN: BANKRUPTCY DESK/MANAGING AGENT
444 HIGHWAY 96 EAST
PO BOX 64887
SAINT PAUL, MN 55164-0887

IMAL WAGNER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9627 ASPEN STREET
BURTONSVILLE, MD 20866

INDYMAC BANK
Acct No xxxxxxxxx7703
ATTN: BANKRUPTCY DESK/MANAGING AGENT
1 NATIONAL CITY PKWY.
KALAMAZOO, MI 49009

INGEMAR RODRIGUEZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
216353 BOX VALLEY
SAN DIEGO, CA 92127

INVESTMENT PARTNERS GROUP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2385 E. WINDMILL LANE #306
LAS VEGAS, NV 89123

IVAN BARRON C/O NATIONAL ASSOCIATION
 OF HISPANIC REAL ESTATE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3880 RIVERAL DRIVE
SAN DIEGO, CA 92109

JACK JOHNSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7487 SCRAGGS STREET
LAS VEGAS, NV 89123

JACK JOHNSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3530 TRAVIS STREET. APT. 333
DALLAS, TX 75204

JAHNAVI KOPECKA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4800 LAGUNA ROAD
COLLEGE PARK, MD 20740

JAMIE KUIZON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30023
LAS VEGAS, NV 89173

JANICE ABBASOV
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10592 ABALONE LANDING TERRACE
SAN DIEGO, CA 92130

JARRAD JANSSEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1585 PATTON
LAKE OSWEGO, OR 97034

JASON & DEBBIE JONES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2385 W. WINDMILL LANE #306
LAS VEGAS, NV 89123

JD & SUZANNE MORRIS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7990 PASEO MEBRILLO
CARLSBAD, CA 92009

JEAN MORROW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12838 DARWIN AVE.
GRAND TERRACE, CA 92313

JEAN WALL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 161164
HONOLULU, HI 96816

JEFF ANDREW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1968 PACIFIC BEACH DRIVE
SAN DIEGO, CA 92109

JEFF LAUTEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10575 MANN STREET
LAS VEGAS, NV 89141

JENNIFER WEISBRUCH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2102 SKYVIEW GLEN
ESCONDIDO, CA 92027

JENNIFER WEISBRUCH
2102 SKYVIEW GLEN
ESCONDIDO, CA 92027

JENNIFER WESIBRUCH
2102 SKYVIEW GLEN
ESCONDIDO, CA 92027

JENNIFER WOLTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2250 E. TROPICANA AVE. #19-385
LAS VEGAS, NV 89119

JENNY TOLCHIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10320 FALSTOM CIRCLE
OLD BRIDGE, NJ 08857

JEREMY BLAY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
438 OBERLE PLACE
PLACENTIA, CA 92870-8226

JEREMY STAYTON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11970 WALNUT LANE #104
LOS ANGELES, CA 90026

JERRY BARTON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2748 PORT OF CALL DRIVE
LAS VEGAS, NV 89128

JERRY OAKES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
18811 PARK GROVE
DALLAS, TX 75287

JERRY WILLIAMS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1000 SECRET GARDEN STREET
LAS VEGAS, NV 89145

JIM & CAROLYN MILLER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2867 TRUE ROAD
YUBA CITY, CA 95993-9699

JIM & HEIDI HARRISON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2600 FRONTERA ROAD
HENDERSON, NV 89074

JIM & NIKKIE TETZLAFF
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8136 CELINA HILLS STREET
LAS VEGAS, NV 89131

JIM & ROBERTA TURK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3210 BEECH TREE COURT
FAIRFAX, VA 22030

JIM ANDERSON
C/O ELECTONIC COMMERCE INTERNATIONAL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1930 VILLAGE CENTER CIRCLE, STE. 3-201
LAS VEGAS, NV 89134

JIMMY KROEGER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
281 BOLENDER PONTIUS ROAD
CIRCLEVILLE, OH 43113

JOHN & JENNIFER MOGAR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4635 TERRAZA MAR MARVELOSA
SAN DIEGO, CA 92130

JOHN & JOANNE CLENDINING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
629 ELDRIDGES HILL ROAD
PILESGROVE, NJ 08098

JOHN & SANDY WOODS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
73030 EL PASEO #470
PALM DESERT, CA 92260

JOHN HUNTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4275 CHEROKEE AVE.
SAN DIEGO, CA 92104

```
JOHN WALTERS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10044 DEL DIOS HWY
ESCONDIDO, CA 92029

JON JACKSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11508 E. BRADHURST STREET
WHITTIER, CA 90606

JONATHAN VANCLUTE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
667 TOYON AVE.
SUNNYVALE, CA 94086

JOSEPH AND DANA MANTYNEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8585 PEACEFUL DREAMS STREET
LAS VEGAS, NV 89139

JOSHUA MARR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3500 E. 1ST. STREET #1
LONG BEACH, CA 90803

JOY BROWN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
415 E. FORDHAM DRIVE
TEMPE, AZ 85283

JUDY MADDEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7080 HOLLY AVE.
COCOA, FL 32927

JUDY SCHAEFER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 3484
TAOS, NM 87571

JULIAN & SUSAN LANGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
323 E. MATILIJA ST. 110-155
OJAI, CA 93023

JULIE TESORO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
19323 OTTERS WICK WAY
LAND O LAKES, FL 34638

KARAM SHAHHOSSEINI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
47483 MANTIS STREET
FREMONT, CA 94539
```

KAREN ANDREWS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1223 E. 1630 S
SPANISH FORK, UT 84660

KAREN L. ASSAD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7895 SPINDRIFT COVE STREET
LAS VEGAS, NV 89139

KAREN NELSON BELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
500 N. OSCEOLA BLVD. #303
CLEARWATER, FL 33755

KAREN PORTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5757 W. LLIFF DRIVE
DENVER, CO 80227

KATHARYNE TAYLOR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6440 SKY POINTE DRIVE #140-224
LAS VEGAS, NV 89131

KATHRYN NEAL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
49 W. 72ND STREET #14A
NEW YORK, NY 10023

KAY MEESTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1059 S. ORANGE GROVE AVE.
LOS ANGELES, CA 90019

KEITH BRYANT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4801 N. PINE HILLS ROAD #203
ORLANDO, FL 32808

KEN DICKEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 21
148405 N. PLYMOUTH ROAD
PLYMOUTH, WA 99346

KENDALL MIX
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
558 COUNTRYSIDE DRIVE
WATERBURY, VT

KENNETH BAHOORA
C/O MOUNTAIN WEST CHIROPRATIC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3210 N. PECOS, SUITE 200
HENDERSON, NV 89074

KENNY BAHOORA
C/O MOUNTAIN WEST CHIROPRATIC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
321 N. PECOS, SUITE 200
HENDERSON, NV 89074

KENT CORBELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3015 IRVING STREET
DENVER, CO 80211

KIERAN WONG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
23841 FOXWOOD COURT
VALENCIA, CA 91354

KIM MEZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10104 SNOW CREST PLACE
LAS VEGAS, NV 89134

KIMBERLY LOPEZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
625 S. 8TH STREET
LAS VEGAS, NV 89101

KRIS ELIG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5571 WARING ROAD
SAN DIEGO, CA 92120

KRYSTA SITKO
C/O FIDELITY NATIONAL TITLE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
500 N. RAINBOW BLVD., STE. 100
LAS VEGAS, NV 89107

LADAWNA CHRISTENSEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
935 N. REVERE
MESA, AZ 85201

LAMPLIGHT COTTAGES AT BUFFALO HOA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 12117
LAS VEGAS, NV 89112-0117

```
LANCE & REBECCA ROHRIG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7094 FENWAY AVE.
LAS VEGAS, NV 89147

LARRY CHAO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7955 PHAETON DRIVE
OAKLAND, CA 94605

LAS VEGAS VALLEY WATER DISTRICT
Acct No xxxxxxx962-7
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
1001 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89153

LAURA DEWITT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12920 PALAZZO BLVD.
FORT WAYNE, IN 46845

LAUREN BERGIEL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5885 FOREST VIEW DRIVE #431
OAK BROOK, IL 60523

LAVERT BENEFIELD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3394 GARDEN SHOWER PLACE
LAS VEGAS, NV 89135

LEANNE SLUSHER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2620 S. MARYLAND PKWY. #216
LAS VEGAS, NV 89109

LILLIAN ATCHLEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3266 PALIO AVE.
LAS VEGAS, NV 89141

LILY XU
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1538 13TH AVENUE
OAKLAND, CA 94606

LINDA ABRAMS-BOWIE
C/O AMERIDREAMS, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1555 E. FLAMINGO ROAD, STE. 207
LAS VEGAS, NV 89119
```

LINDA BURLEY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6849 ARROWHEAD LAKE COURT
LAS VEGAS, NV 89149

LINDA CLAFLIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4854 MOCKINGBIRD DRIVE
DADE CITY, FL 33523

LINDA FOSTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1201 W. STARLING
HAYDEN, ID 83835

LINKS VILLAGE HOA
C/O SBS MANAGMENT LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3974-1 BROWN PARK DRIVE
HILLIARD, OH 43026

LIZ BINNELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
30802 SOUTH COAST HWY #A6
LAGUNA BEACH, CA 92651

LIZ CROWDER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7425 DOE AVE.
LAS VEGAS, NV 89117

LORETTA JOHNSTON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
18700 N. 107TH AVE., STE. 8
SUN CITY, AZ 85373

LORI BASSETT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12920 PALAZZO BLVD.
FORT WAYNE, IN 46845

LUCKY ESPIRITU
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
21999 N. DIETZ DRIVE
MARICOPA, AZ 85239

LUEDER LAW FIRM, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8900 WINDWARD PKWY, STE. 390
ALPHARETTA, GA 30005

LUIS C. NUNEZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3 ETUDE COURT
SPRING, TX 77382

MAAT SOS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
749 S. PARK HYDE STREET
ORANGE, CA 92868

MAFE RABINO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
101 S. RAINBOW BLVD. #28-38
LAS VEGAS, NV 89145

MAI HUYNH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12629 CASWELL AVE. #B2
LOS ANGELES, CA 90066

MANDEL JOHNSTON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
26081 MERIT CIRCLE, STE. 114
LAGUNA HILLS, CA 92653

MARC SHUBB
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4831 LAS VIRGENES ROAD, SUITE 191
CALABASAS, CA 91302

MARC WHITE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1740 LORRY LANE
ESCONDIDO, CA 92029

MARCELL ZAMORA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1015 TURQUOISE STREET #D
SAN DIEGO, CA 92109

MARCO MERCURY
C/O MAMERCURY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4615 MILL VALLEY DRIVE
LAS VEGAS, NV 89120

MARIAN MEIGHAN
C/O SKYMARHOMES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3213 GREEN MTN LANE
BAKERSFIELD, CA 93312-4448

MARICOPA COUNTY TREASURER
Acct No xxx-xx-396 9
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
301 W. JEFFERSON, ROOM 100
PHOENIX, AZ 85003-2199

```
MARILYN DELARA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
945 JULIAN DR.
GILBERT, AZ 85296

MARILYN SNYDER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
59647-330TH STREET
WADENA, MN 56482

MARK CITSAY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
209 POPOLO DRIVE
LAS VEGAS, NV 89138

MARK MERRILL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
17396 W. HILTON AVE.
GOODYEAR, AZ 85338

MARK REPPERT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2473 ABARTH STREET
LAS VEGAS, NV 89142

MARLO VERDUGO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7744 CHAMBRAY PLACE #2
RANCHO CUCAMONGA, CA 91739

MARTHA RAMIREZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 687
LA VERNE, CA 91750

MARTY WEINBERG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9962 ROCKSIDE AVE.
LAS VEGAS, NV 89148

MARVIN AND LADONNA NELSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8222 SILVER GLEN DRIVE
FOUNTAIN, CO 80817

MARY LENAHAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
915 CONCHA STREET
ALTADENA, CA 91001

MARY TURNER
C/O REPUBLIC MORTGAGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9580 W. SAHARA AVE., STE. 200
LAS VEGAS, NV 89117
```

```
MATHIS MARGUERITE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2866 CORDILLA DRIVE
HENDERSON, NV 89074

MAUREEN ADAMO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1624 BOX STEP DRIVE.
HENDERSON, NV 89012

MCFADDEN INSURANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6180 WEST VIKING ROAD
LAS VEGAS, NV 89103

MEDER STEWART
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10079 FLAGSTAFF BUTTE AVE.
LAS VEGAS, NV 89148

MELISSA DIAZ
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5415 W. HARMON #2009
LAS VEGAS, NV 89103

MELISSA HELMKAMP
C/O AMBERWOOD HOMES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1262 N. DILLON
MESA, AZ 85207

MERLINDA SCHULTE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9331 MARY KNOLL AVE.
WHITTIER, CA 90605

MICHAEL & LINDA PERRY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2489 PALMERA DRIVE
LAS VEGAS, NV 89121

MICHAEL COX
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4930 REED ROAD
COLUMBUS, OH 43220

MICHAEL CUNNINGHAM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6789 QUAIL HILL PKWY., STE. 326
IRVINE, CA 92603
```

```
MICHAEL J. PAVLINCH
C/O DIGITAL OASIS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3417 A HONEYCUT ROAD
SALT LAKE CITY, UT 84106

MICHAEL KIM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
16974 SILVER PINE ROAD
SAN DIEGO, CA 92128

MICHAEL SCHOBERG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1812 QUARTET DRIVE
NORTH LAS VEGAS, NV 89032

MICHAEL SMITH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6809 PATTON WAY
BAKERSFIELD, CA 95308

MICHAEL STEPHENSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9728 A METCALFE ROAD
ROBERTS CREEK, BC VON2W4
CANADA

MICHELLE BURGAD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10537 RUBICON AVE.
STOCKTON, CA 95219

MICHELLE MCGINN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4756 E. OLNEY DRIVE
PHOENIX, AZ 85044

MICHELLE MORRIS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
53 NEWTON STREET
ILION, NY 13357

MICHELLE PANARO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
13623 N. BITTERSWEET WAY
FOUNTAIN HILLS, AZ 85268

MICKI RICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6351 CRIPPLE CREEK LANE
COLORADO SPRINGS, CO 80919
```

MIGUEL LUGO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1756 ESSEX STREET #206
SAN DIEGO, CA 92103

MIHAI TABACU
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3661 24TH STREET
SACRAMENTO, CA 95818

MIKALA FREITAS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
475 W. 57TH STREET #SA-3
NEW YORK, NY 10019

MIKE & CLAUDIA HEWELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1539 TANG COURT
FORT COLLINS, CO 80526

MIKE & PENNY PARK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
13442 PIPING ROCK LANE
EL CAJON, CA 92021

MIKE & SANDI MARVICH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2020 CAMINO DE LA REINA #211
SAN DIEGO, CA 92108

MIKE LUGO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
300 SUMMER PALACE WAY
LAS VEGAS, NV 89144

MILLIE BERTILSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
13979 SKYLINE DRIVE
SPICER, MN 56288

MONITRONIX
Acct No xxxx7463
ATTN: CUSTOMER SERVICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 814530
DALLAS, TX 75381-4530

MONTGOMERY COUNTY TAX OFFICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
400 N. SAN JACINTO AVE.
CONROE, TX 77301

```
MOUNTAIN'S EDGE HOA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8360 E. VIA DE VENTURA
BLDG. L, SUITE 100
SCOTTSDALE, AZ 85258

MOUNTAIN'S EDGE HOA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8360 E. VIA DE VENTURA
BLDG L, SUITE 100
SCOTTSDALE, AZ 85258

NADER AHMED
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4235 KIMWOOD COURT #A
LAS VEGAS, NV 89147

NANCY BROWN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1635 DREW PL SW
ALBANY, OR 97321

NANCY CHAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3906 MIDDLEFIELD ROAD
PALO ALTO, CA 94303

NANCY EASON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3668 STEINBECK DRIVE
LAS VEGAS, NV 89115

NANCY WAGNER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4156 ASPEN STREET
LAS VEGAS, NV 89147

NATIONAL COMMERCIAL SERVICES, INC.
Acct No xxxx4169
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8619 RESEDA BLVD., STE. 205
NORTHRIDGE, CA 91324

NEVADA ASSOCIATION SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6224 W. DESERT INN ROAD., STE. A
LAS VEGAS, NV 89146

NICK & SAMANTHA NIEROP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
848 N. RAINBOW BLVD., STE. 960
LAS VEGAS, NV 89107
```

NICOLE VERTHAGEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8923 BELCONTE LANE
HENDERSON, NV 89074

NV ENERGY
Acct No xxxxxxxxxxxxxx1836
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 98910
LAS VEGAS, NV 89151-0001

NV ENERGY
Acct No xxxxxxxxxxxxxxx5823
ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 30086
RENO, NV 89520-3086

ONA & MICHELLE WESTFALL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5527 ASHLEIGH WALK DRIVE
SUWANEE, GA 30024

ONEWEST BANK / INDYMAC
Acct No xxxxxxxxx9029
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6900 BEATRICE DRIVE
KALAMAZOO, MI 49009

OPULENCE CONDOMINIUM HOA
C/O COLONIAL PROPERTY MANAGEMENT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3068 E. SUNSET ROAD, STE. 14
LAS VEGAS, NV 89120

OSO CASEL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12712 SADDLEBROOK DRIVE
SILVER SPRING, MD 20906

OWEN & MARY THOMSEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
26972 SALAZAR DRIVE
MISSION VIEJO, CA 92691

PAIGE MOSER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1225 ASTER STREET
SIMI VALLEY, CA 93063

PAT ROWAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5421 FACULTY AVE.
LAKEWOOD, CA 90712

PATENAUDE & FELIX, A.P.C.
Acct No xxxx-xxxx-xxxx-0927
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1771 E. FLAMINGO RD., SUITE 112A
LAS VEGAS, NV 89119

PAUL J. DORLAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3453 QUARRY PARK DRIVE
SAN JOSE, CA 95136

PAUL KIM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
725 RIVER ROAD, STE. 32 PMB 213
EDGEWATER, NJ 07020

PAUL SHAW
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
95 HILLCREST ROAD
SAN CARLOS, CA 94070

PENNY TESCH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
325 WASHINGTON AVE. S. #82
KENT, WA 98032

PERRY FUEHRER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
599 B HAMILTON STREET
COSTA MESA, CA 92627

PETER NAPOLI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2540 S. MARYLAND PKWY #145
LAS VEGAS, NV 89109

PHIL PAINTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2251 N. RAMPART UNIT 280
LAS VEGAS, NV 89128

PHILIP HUBLER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
68265 HERMOSILLO ROAD
CATHEDRAL CITY, CA 92234

PIONEER ENERGY MANAGEMENT
Acct No WC101DWD1
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 26327
COLUMBUS, OH 43226-0327

```
PLINIO BRITO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5301 JACKSON VALLEY COURT
LAS VEGAS, NV 89131

PMI
Acct No xxxx4169
ATTN: BANKRUTPCY DESK/MANAGING AGENT
3003 OAK RD.
WALNUT CREEK, CA 94597

POSITANO HOA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
630 TRADE CENTER DRIVE #100
LAS VEGAS, NV 89119

RANDI ORZOFF
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
64 TEAHOUSE STREET
LAS VEGAS, NV 89138

REBECCA AND GIANINA CHATTMAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
103 DUSKY WILLOW DRIVE
REYNOLDSBURG, OH 43068

REBECCA KOEHN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5490 OLD HWY 60
NORWOOD, MO 65717

REBECCA KRINER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
102 LINGER LANE
PHOENIX, AZ 85020

REBECCA URSICH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
942 N 84TH STREET
SEATTLE, WA 98103

RED ROCK FINANCIAL SERVICES
Acct No Rx8996
ATTN: BANKRUPTCY DESK/MANAGING AGENT
6830 W. OQUENDO RD. #201
LAS VEGAS, NV 89118

REPUBLIC SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
770 E. SAHARA AVE.
PO BOX 98508
LAS VEGAS, NV 89193-8508
```

REX & ROCHELLE WATKINS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
21011 CHATSWORTH STREET
CHATSWORTH, CA 91311

RHONDA SIEFKEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1051 S. DOBSON ROAD., SUITE 191
CALABASAS, CA 91302

RICHARD L. BURNS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
27134 ELIAS AVE.
SANTA CLARITA, CA 91350

RICHARD LEE
C/O 1ST AMERICAN TITLE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2490 PASEO VERDE PARKWAY, STE. 100
HENDERSON, NV 89074

RICK CUNNINGHAM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6709 W. 119TH STREET
LEAWOOD, KS 66209

RICK FOSTER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1054 ROYAL SKYLINE
HENDERSON, NV 89015

RICK LAYMAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3120 RAWLEY PIKE
HARRISONBURG, VA 22801

ROB BUSWELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6178
GOODYEAR, AZ 85338

ROB MCFADDEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1196 E. BELLA VISTA DRIVE
KAYSVILLE, UT 84037

ROBBY LEBLANC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 73276
LAS VEGAS, NV 89170

ROBERT MURRAY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3909 ADAIR COURT
BAKERSFIELD, CA 93309

```
ROBIN BELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2406 GREENS AVE.
HENDERSON, NV 89014

ROBIN TRAVELSTEAD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8750 W. VIA DEL VALLE
SCOTTSDALE, AZ 85258

RON CAREY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
17287 LACANADA ROAD
MADERA, CA 93638

RON PARISH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2300 E. STEPHENS PL
CHANDLER, AZ 85225

ROSSLYNNE LUDDEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
687 CARZORLA AVENUE
CHULA VISTA, CA 91910

ROY JOHNSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
105 E. TOWNLINE ROAD
VERNON HILLS, IL 60061

RUSSELL & MICHELLE SMITH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9015 S. TENAYA WAY
LAS VEGAS, NV 89113

RYAN EARLE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
385 N. BROWN ROAD #9
MINNEAPOLIS, MN 55437

SALLY EICKENHORST
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8308 MOUNT LOGAN COURT
LAS VEGAS, NV 89131

SAM & KRISTYNE CROCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7235 HOLLYWOOD PARK AVE.
LAS VEGAS, NV 89129

SAM A. SCHWARTZ, ESQ.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
626 S. THIRD STREET
LAS VEGAS, NV 89101
```

```
SANDI HEALY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9781 COFFEE AVE.
LAS VEGAS, NV 89147

SANDI MARVICH
2020 CAMINO DE LA REINA #211
SAN DIEGO, CA 92108

SANDI MARVICH IRA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2020 CAMINO DE LA REINA #211
SAN DIEGO, CA 92108

SANDRA HAYNES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
96 - 12TH STREET
CRESSKILL, NJ 07626

SANDY GREEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
650 S. SUNKIST STREET
ANAHEIM, CA 92806

SARAH JOHNSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
210 E. ROBINDALE ROAD
LAS VEGAS, NV 89123

SCOTT CAMPBELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1652 S. GRAND AVE. #103
PULLMAN, WA 99163

SELECT PORTFOLIO SERVICING, INC.
Acct No xxxxxxxxx6925
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 551170
JACKSONVILLE, FL 32255-1170

SEROJA KASLI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1669-2 HOLLENBECK AVE. #262
SUNNYVALE, CA 94087

SHANE & CAMI LEWIS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 91731
HENDERSON, NV 89009

SHARON GLENWINKEL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2520 MAJELLA ROAD
VISTA, CA 92084
```

SHAUN ELLERD-STYLES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1059 S. ORANGE GROVE AVE.
LOS ANGELES, CA 90019

SHAYNA GOLDSTEIN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3067 RED SPRINGS DRIVE
LAS VEGAS, NV 89135

SHELIA BERTILSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
13979 SKYLINE DRIVE
SPICER, MN 56288

SHERI BERNER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9891 WONDERFUL DAY DRIVE
LAS VEGAS, NV 89148

SHERRY BYRNS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30698
LAS VEGAS, NV 89173

SHIRLEE BENSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1701 PLATA PICO DRIVE
LAS VEGAS, NV 89128

SHIRLEY FRASER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
21551 SAINT JOHN LANE
HUNTINGTON BEACH, CA 92646

SILAS NELSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2 ASHFORD COURT
TRENTON, NJ 08691

SILDEM GANDY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5516 GIPSY AVENUE
LAS VEGAS, NV 89107

SKYLER MEIGHAN
C/O TOUCHSTONE REAL ESTATE GROUP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9101 CAMINO MEDIA
BAKERSFIELD, CA 93311

SOMERSET DOWNS HOA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1002 SOMERSET DOWNS ROAD
HENDERSONVILLE, TN 37075

SOUTHERN HIGHLANDS HOA
C/O OLUMPIA MANAGEMENT SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 830672
BIRMINGHAM, AL 35283-0672

SOUTHWEST GAS CORPORATION
Acct No xxx-xxxxxx8-002
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 98512
LAS VEGAS, NV 89193

SPECIALIZED LOAN SERVICING, LLC
Acct No xxxxxx4484
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8742 LUCENT BLVD.
LITTLETON, CO 80129

SPECTRUM COMMUNITY ASSOCIATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3303 S. LINDSAY ROAD, SUITE 124
GILBERT, AZ 85296

SPRINT
Acct No xxxxx3137
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6391 SPRINT PARKWAY
OVERLAND PARK, KS 66251-4300

STACEY TYLER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2013 ARBOR FOREST STREET
LAS VEGAS, NV 89134

STAN AND RISSA SKLAR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
17 HUTTON LANE
MARCUS HOOK, PA 19061

STAN AND RISSA SKLAR
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2607 EVENING SKY DRIVE
HENDERSON, NV 89052

STATE FARM BANK
Acct No xxxxxx1506
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 2316
BLOOMINGTON, IL 61702

STEVE & MARSALA RYPKA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2194 CLEARWATER LAKE DRIVE
HENDERSON, NV 89044

STEVE AND VICKIE RIVERA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8862 SILVER GLEN DRIVE.
FOUNTAIN, CO 80817

STEVE KIRKMAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6551
SANTA BARBARA, CA 93160

STEVE OSHINS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT

STEVEN & KELLIE KING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4460 HILLVIEW WAY
ROHNERT PARK, CA 94928

STEVEN HJORTH
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
14732 CANDEDA PLACE
TUSTIN, CA 92780

STEVEN KING
4460 HILLVIEW WAY
ROHNERT PARK, CA 94928

STEVEN MATTOS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1340 SIERRA AVE.
SAN JOSE, CA 95126

STEVEN RICHLAND
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
14480 SW CAMDEN LANE
LAKE OSWEGO, OR 97035

STUART DECELLES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6001-21 ARGYLE FOREST BLVD. #163
JACKSONVILLE, FL 32244

SUNNI GIBBONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5995 OAK VALLEY COURT
SANTA MARIA, CA 93455

SUNRISE CANYON HOA
C/O RMI MANAGEMENT, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
630 TRADE CENTER DRIVE, STE. 100
LAS VEGAS, NV 89119

SUNSET HARBOR LUXURY CONDOMINIUMS
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
PO BOX 1457
MONTGOMERY, TX 77356

SUNSET PASS HOA
C/O RMI MANAGEMENT, LLC
630 TRADE CENTER DRIVE, SUITE 100
LAS VEGAS, NV 89119

SUSAN CARLSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
21011 CHATSWORTH STREET
CHATSWORKTH, CA 91311

SUSAN MACKENZIE
581 S. ARLINGTON ROAD
ORANGE, CA 92869

SUSAN MCMANUS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 211433
CHULA VISTA, CA 91921

SUZIE MACKENZIE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
581 S. ARLINGTON ROAD
ORANGE, CA 92869

TAD LIGNELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2030 LINCOLN CIRCLE
SALT LAKE CITY, UT 84124

TAMI TODD
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5469 CLOUD WAY
SAN DIEGO, CA 92117

TAMMY & TIMOTHY BILLINGTON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8228 S. HOMESTEAD LANE
TEMPE, AZ 85284

TAMMY STARRING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9035 S. TENAYA WAY
LAS VEGAS, NV 89113

TANIA ALLEN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2650-147 JAMACHA ROAD #238
EL CAJON, CA 92019

TAYLOR, BEAN, WHITAKER
Acct No xxx6324
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
315 NE 14TH STREET
OCALA, FL 34470

TERESA BERRY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4531 HAVOC WAY
NORTH LAS VEGAS, NV 89031

TERESA SERRANO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 20603
LAS VEGAS, NV 89112

TERRACINA/TERRASOL HOA
C/O TERRA WEST MANAGEMENT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2655 S. RAINBOW BLVD., SUITE 200
LAS VEGAS, NV 89146

TERRY BEGUE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11580 WILLIAM PENN AVE NE
HARTVILLE, OH 44632

TERRY COLLIER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8589 PEACEFUL DREAMS STREET
LAS VEGAS, NV 89139

TEXAS FAIR PLAN ASSOCIATION
Acct No TFPCxxxxxxx4334
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 99080
AUSTIN, TX 78709-9080

THE ENCHANTMENT WAY DEVELOPMENT LLC
9045 S. TENAYA WAY
LAS VEGAS, NV 89113

THE STACKS AT FULTON COTTON MILLS HOA
C/O CONDOMINIUM CONCEPTS MGMT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 421116
ATLANTA, GA 30342

TIFFANY PORTO-DAHL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11178 ANTONINE WALL COURT
LAS VEGAS, NV 89141

```
TIM MERRELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1525 VIA CASSIA
HENDERSON, NV 89052

TIM MINER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7250 PEAK DRIVE, STE. 212
LAS VEGAS, NV 89128

TIM PAGE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
530 MELROSE STREET
MODESTO, CA 95354-0436

TINA SWITZER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6120 W. TROPICANA, A16-189
LAS VEGAS, NV 89103

TOCAYO INVESTMENTS LLC 401K PROFIT
SHARING PLAN AND TRUST
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4132 S. RAINBOW BLVD. #3354
LAS VEGAS, NV 89103

TOCAYO INVESTMENTS, LLC
401 K PROFIT SHARING PLAN & TRUST
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10812 ELM RIDGE AVENUE
LAS VEGAS, NV 89144

TODD & JULIA EARLE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4011 PEBBLEBROOK DRIVE
LAS VEGAS, NV 89147

TODD ARMSTRONG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1043 DORSET DRIVE
HENDERSONVILLE, TN 37075

TOM BABAUTA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8410 ELDORA AVE.
LAS VEGAS, NV 89117

TOM GASPER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1152 BRECKENHAM COURT
HENDERSON, NV 89015
```

```
TRACEY COREA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9320 ANGELFISH DRIVE
LAS VEGAS, NV 89117

TRACY HUGHES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
35 A. JAMES COOK ISLAND
SYLVANIA WATERS 2224

TRANSWORLD SYSTEMS, INC.
Acct No xxxxx-xxxxxx3791
COLLECTION AGENCY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6655 WEST SAHARA AVE., #A-210
LAS VEGAS, NV 89146

TUT CUNNINGHAM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2070 PARK ROAD
RIDGEWAY, SC 29130

TYSON T. MITCHELL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1762 VIRGINIA AVE., STE. 1
ATLANTA, GA 30337

UNION COUNTY TREASURER
Acct No xx-xx-xxxx3.018
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 420
MARYSVILLE, OH 43040-0420

UNION RURAL ELECTRIC
Acct No xxx7707
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
15461 US RTE. 36
PO BOX 393
MARYSVILLE, OH 43040

USAA FEDERAL SAVINGS BANK
Acct No xxxxx5659
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 47504
SAN ANTONIO, TX 78265

VERLAND AND EMILY PIERSON
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8423 HOLLYWOOD HILLS AVE.
LAS VEGAS, NV 89178

VICKIE LUEDEMAN
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
14  MONTERERY COURT
MANHATTAN BEACH, CA 90266
```

VICTORIA L. RENNIE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
25323 MAINSAIL DRIVE
DANA POINT, CA 92629

VINCE POMPEI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3394 GARDEN SHOWER PLACE
LAS VEGAS, NV 89135

VIRGINIA PLEKENPOL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4020 N. MACARTHUR BLVD. #122-320
IRVING, TX 75038

VIRGINIA WOODBECK
9030 DIAMOND DRIVE
CHANDLER, AZ 85248

WANDA HAWKINS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 60222
LAS VEGAS, NV 89160

WANDA SOBOTKA
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1023 DELTA DRIVE
LAFAYETTE, CO 80026

WEINSTOCK AND SCAVO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3405 PIEDMONT ROAD., NE ST. 300
ATLANTA, GA 30305

WELLS FARGO
Acct No xxx xxx2484
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
PO BOX 29704
PHOENIX, AZ 85038

WILLOW BELLOTTI
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4815 E. NEW YORK STREET
LAS VEGAS, NV 89104

WILLOW CREEK CONDOMINIUM
C/O SBS MANAGMENT LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3974-1 BROWN PARK DRIVE
HILLIARD, OH 43026

YIH-YI CHANG
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3121 SCOTT STREET
VISTA, CA 92081

ZAIDA LUGO-PICHARDO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
11 GABRIEL DRIVE
BRONX, NY 10469