# United States Bankruptcy Court
## District of Nevada

To: Gregory L. Wilde, Esq.
From: Gerald Buchanan, Case Administrator
E–mail: gerald_buchanan@nvb.uscourts.gov
Telephone:

☑ Las Vegas    ☐ Reno

CM/ECF Customer Support Center [Toll Free]: (866) 232–1266

Case Number: 09–27783–mkn
Document Number: 17
In Re: Frank & Suzan Hudson
Filed Date: 10/1/09
Title of PDF: Motion for Relief from Automatic Stay

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE TO THE ENTRY/ENTRIES:**

☐ Entered on incorrect case. Re–docketed on case number

☐ Order entry
　　☐ Text of the docket entry has been corrected
　　☐ Correct pdf attached

☐ Filing date corrected to

☐ Discrepancy in hearing information reflected on pdf and/or text.
　　☐ Amended Notice of Hearing should be filed.
　　☐ Docket text corrected
　　　　☐ Date is
　　　　☐ Time is
　　　　☐ Location is

☐ Summons Service Executed does not contain the address of service upon Defendant

☑ Other:
Incorrect pdf image attached. It is the same motion for property 945 East Julian Dr., Gilbert, AZ. Please upload correct image.

Thanks.