

**Entered on Docket**
**December 07, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN  11185
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, OneWest Bank FSB, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-27783-MKN |
| | ) |
| Frank Woodbeck, | ) Chapter  7 |
| Suzan J. Hudson, | ) |
| | ) DATE:  11/04/09 |
| Debtors. | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

M&H File No. NV09-45999
09-27783-MKN

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
2 provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of
3 Movant in the real property commonly known as 8222 Silver Glen Drive, Fountain, CO 80817.
4   IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies,
5 including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:

 /s/ Seth J. Adams, Esq. 
Seth J. Adams, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329

Approved/Disapproved

 Emailed 11/5/09 – No response received. 
Joseph B. Atkins
5030 Paradise Road, #B-213
Las Vegas, NV 89119

M&H File No. NV09-45999
09-27783-MKN

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Joseph B. Atkins *Emailed 11/5/09 – No response received.*

/s/ Seth J. Adams, Esq.
Seth J. Adams, Esq.

### 

M&H File No. NV09-45999
09-27783-MKN